UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------

Albert E. Percy and Percy Jobs and Careers Corporation an
IRC 501(c)(3) non-profit, as Class Representatives,
             Class Plaintiff,

-against-                                   AMENDED COMPLAINT
                                               CASE No. 20-cv-06131-NG

100 Percent Fun, 11 Enviro Group, 11 St & Broadway LLC, 1100 Architect P C, 1100 Architects, 1199 Seiu National Benefit Fund, 12 Sheridan Avenue, 1203 East New York Owners, LLC, 123greetings.Com, 147th Street Homes Inc, 1489 Food Corp, 168th Street Armory Track-Fld, 174 Power Global Corp., 1960 Broadway LLC, 1964 Inc, 1st Ave Machine, 2 Saab Construction Inc, 20 20 Car Svc, 20 Jane Tenants Corp, 2033 Third Avenue Corporation, 2042 Amsterdam LLC, 21st Century Security Inc, 232 E. Broadway Prop Owners LLC, 24 Seven LLC, 252 Maspeth Avenue LLC, 283 Food Corp, 287 E161st LLC, 29 Street Hotel, 300 Huntington Street LLC, 310 Grand Concourse LLC, 3100 Third Ave Food LLC, 316 Kent Construction LLC, 321 Launch, 321 Theatrical Management, LLC, 34th Street Dental, 369 Corps, 36th Fashion Corp, 37 Ave Richouse LLC, 4 Service LLC, 400 Capital Management, 404 Pine LLC, 42 Berrian Boulevard, 4401 Northern Blvd LLC, 4autoshop Corp Co, 4c Foods Corp, 4th Row Films Inc, 5 Brothers Construction, 52 Irving Place LLC, 541 Construction Corp, 555 Group Inc., 5th Midtown Co, 6 Columbus Hotel, 6 W 77 St Assoc, 641 Construction Corp, 660 Riverside Drive Aldo Associates LLC, 67 Owners LLP, 6th Ave Clinic, 702 Brighton 7 LLC, 708 3rd Avenue Building, 7th Ave Suites, 7th Online, 805 Franklin Ave Food Corp, 80th Street Residence, 906 27 Ave LLC, 92 Street Y, 964 E 167 LLC, A & D Engineering, PLLC, A & E Brothers Ltd, A & M Electrical Svc, A & S Waterproofing, A A & L Sewer & Drain Svc, A Accountancy At Pro Fit, A Aleem Construction Corp, A and M Electric, A B C Construction, A B Isacson Assoc Inc, A Better Chance Inc, A C Electric, A C S Air Control Service Inc, A Christopher Bernardini Dds, A D C Construction, A D Sutton Sons Inc, A E Feldman Assoc Inc, A Fleisig Paperbox Corp, A G Architecture, A G Consulting Engrg Pc, A G Systems Ltd, A Grade Petroleum Corp, A H Hess Interiors Inc, A J Squared Security Inc, A M Air Cond & Refrig Svc, A M Custom Construction Inc, A M E Inc, A M New York, A M P Construction Corp, A Malek Contracting Inc, A Mx Contracting Corp, A New World Contracting Co, A Perfect Goldman, A Plus I Design Corp, A Quest Corporation, A R Brothers Const Corp, A R Environetics, A Restoration Victoria, A S C Contracting Corp, A Servidone Inc/B Anthony Construction Corp (Jv), A Snow Craft Co Inc, A Starting Place, A T Construction Group LLC, A T Kearney Inc, A Tech Concrete Co Inc, A W & S Construction Co Inc, A&D Engineering, PLLC, A&F Electrical Testing Inc., A. D. Sutton and Sons, A.E.I., A1 Construction Service Inc, A1 Professional Cleaning-Mntnc, Aa and M Management, AAA, AAA Attorney Svc Co Of Ny Inc, AAA Automobile Club, AAA Cleaning Contractors, AAA Contracting Sercices Corp, AAA Contracting Services Corp, AAA Windows &

1

Doors Corp., Aabco Sheet Metal Co, Aabr, Aah Construction Corp, Aai Architects, P.C., Aarco Environmental Services Corp, Aardvark Mechanical, Aaronson Rappaport Feinstein, Ab & Sons Realty LLC, Abad Castillo & Mallonga Atty, Abadi Construction Of Ny Inc, Abalon Exterminating, Abatech Industries,Inc., Abax Environmental Services, Inc, Abax Incorporated, Abb/Con-Cise Optical Group LLC, Abba Construction LLC, Abbey Funeral Directors, Abbey Spanier Rodd-Abrams LLP, Abbott Capital Management LLC, Abbott House, Abbott Industries Inc, Abc Construction, Abc Construction Contracting Inc, Abc Health Svc, Abc Inc, Abc Management Inc, Abc News, Inc., Abc Process Svc, Abcd Construction Corp, Abco Maintenance Inc, Abco Peerless Sprinkler, Abco Refrigeration Inc, Abdul Azeez & Sarojini, Abelman Frayne & Schwab, Able Health Care Service, Ableto, Abm Air Conditioning & Heat, Abm Mechanical, Above and Beyond, Abpi, Abr Plumbing Inc, Abraham Beth Health Services, Abraham Fructer Twersky, Abrams Artist's Agency, Abramson Law Group PLLC, Abs, Abs Sales Co Inc, Absolute Coating, Absolute Electrical Contracting, Absolute General Contracting, Abt Srbi Inc., Ac Lion Intl Inc, Acacia Network, Academic Writing Pro, Academy Fire Life Safety LLC, Acadia Realty Trust, Acc Construction Corp, Accenture, Accenture Ltd, Access Display Group, Access Markets Intl Inc, Access Staffing, LLC, Access Supports For Living Inc., Accessories Magazine, Accord Enterprise Corp, Accord Pipe Fabricators Inc, Accu Cost Construction Conslnt, Accumedic Computer Systems Inc, Accurate Alarm System Inc, Accurate Concrete Corp, Acds Inc, Ace, Ace Contracting Company, Ace Inspection & Testing Svc, Ace Natural Inc, Ace Pre-Engineered Erectors, Ace Usa, Inc., Acelero, Inc., Aceto Corporation, Acheson Doyle Partners Architects, Pc, Achievement 1st Bushwick Ms, Acito Klein & Candiloro Pc, Ackerman Levine Cullen Brickma, Aclu, Acm Corp, Acme Architectural Prods Inc, Acme Contracting Corp, Acme Industrial, Acme Smoked Fish Corporation, Acorda Therapeutics, Inc., Acqc, Acquis Consulting Group, LLC, Acrmd Facilities Housing, Acronym Media, Acs, Acs Systems Associates Inc, Act Iii Office Supplies, Action Against Hunger, Action Community Health, Action Elevator, Inc./Dba Hudson Elevator Group, Action Press Inc, Action Remediation Co Inc, Action Tire Svc, Activate Inc, Activepath, Acumen Group, Ad Nation News, Ad Tech Enterprises Ltd, Ada R Pretto Law Office, Adacore, Adafruit, Adam Leitman Bailey P C, Adam Personnel Inc, Adam's European Contracting Inc, Adc Cons., LLC., Adc Construction ,LLC, Adco Electrical Corp, Adco Installation - Nu-Tech Products, Adcorp Media Group, Addiction Research and Treatment Corp, Ade Systems, Adelhardt Construction Corp, Adelman Katz & Mond LLP, Adelphi University, Adept Technologies Inc, Adk America, Adl, Adl Data Systems Inc, Adm Video Productions Inc, Admerasia, Administration For Children's, Administrators For The Professions, Admiral Craft Equipment Corp, Adornetto Company LLC, Adp, Adp LLC, Adrea's Food Corp, Adrianna Papell, L.L.C., Ads Advertising & Mailing, Ads Construction, Adsce, Adspace Networks Inc, Adstaff Associates, Inc., Adult Day Health Center, Adults-Child With Learning, Advance Builders Inc, Advance Ctr For Psychotherapy, Advance Networks, Advance Sound Compnany, Advanced Computer Designs Inc, Advanced Dermatology Pc, Advanced Fertility Svc Pc, Advanced Lighting Resources, Advanced Medical Care PLLC, Advanced Monitored Caregiving,, Advanced Radiation Ctr-Ny, Advanced Radiological Imaging, Advanced Solutions Pain Management, Advanced Urological Assoc,

Advanced Urology Academic, Advantage Care Phys Group, Advantage Care Physicians, Advantage Ware Inc, Advantron Computers, Advantron Corp, Adventurers Park, Advertising4u, Advice Personnel, Advocate Brokerage Corp, Advocates For Children Of New York, Aecom, Aecom, Aecom Hunt, Aecom/Tishman Construction, Aegis Construction LLC, Aegis Information Systems, Aegis Media Americas, Inc., Aeis LLC., Aerco International Inc, Aero Snow Removal Corp, Aero Structures Long Island, Aes, Afa Protective Systems Inc., Affiliated Imaging Group, Affinity Health Plan, Inc., Affordable Cesspool Sewer, Afg Construction Mgmt Inc, Afgo Mechanical Svc Inc, Afl Construction Co. Inc., African American Planning Commission, Afridi Associates, Afs Usa Inc, Aftra Health and Retirement Funds, Ag All Contracting Corp., Ag Consulting Engineering, Aga Global Resources, Agdfjdsg, Age Manufacturer Inc, Age Software Inc, Agency Construction Corp, Ahearn Holtzman Inc, Ahern Contractors, Ahern Painting Constructors Inc., Ahrc, Ahrc Nassau, Ai Media Group Inc, Aib Logistics, Aiche, Aids Medical Program, Aig, Inc, Aikler Asphalt Paving Co, Aim Dental Laboratories Inc, Aimsun, Aini Assets, Air Charter Service Inc., Air Engineering Filters Inc., Air France, Air Tiger Express, Airstream Air Conditioning, Aisling Capital, Aithent Inc., Ajo Lumber Home Ctr, Aj-Quico Mattress Appl Repair, Ajs Construction, Aka Consulting, Aka Inc, Akal Builders Of Ny Inc, Akela Contracting LLC, Akf Engineers, Akin Gump Strauss Haver & Feld, Akrf Environmental Engineering Consultants, Akro General Contracting, Inc., Aks International Inc, Aktor Corp., Al Freed Radiant Construction, Al Jazeera America, Alac Contracting Corp., Aladdin Bakers, Inc., Alan Luke, Alan M Cass & Assoc, Al-Arsh Construction Corp, Alaska Spring Pharma, Alba Construction Co, Albanese & Albanese LLP, Albert, Albert Einstein College Of Medicine, Albert Feinstein Law Office, Albert Pearlman Inc, Albert Technologies Ltd, Albertus Magnus High School, Albest Metal Stamping Corp, Albin Gustafson Co, Albinder Altman & Block LLP, Albo Liberis LLC, Alcoa Inc., Alcon Builders Group Inc, Alcott School, Al-El Construction, Alex Figliolia Water & Sewer, Alex Meat & Provisions, Alexander Interactive Inc, Alexander Media, Alexander Primak Jewelry Inc, Alexandria Real Estate Equities, Alfa Medical Eqpt Spec Inc, Alfenet Consulting, Algomi Corp, Ali Forney Center, Align Communications Inc., Alison Brod Public Relations, A-List Education, Alixpartners, Aljer Plumbing Heating, Aljo-Gefa Precision Mfg, Alkem Electrical, Alkemy X, Alkit Image Express, All Air Hvac LLC, All American Electrical Corp, All American Home Care Agency, All Boro Plumbing-Htg-Cooling, All Car Rent-A-Car, All City Family Healthcare Ctr, All Con Contracting, All County Auto, All County Bus, All County Irrigation, All Medical Medical, All Metro Health Care, All Nations Steel Corp, All Plumbing Heating, All Renovation Constr LLC, All State Air Control, All Volts Electrical Inc, All Year Management, Allagory Inc, Allazo Health Inc, All-City Junior Tennis, All-Con Contracting Corp, Allegaert Berger & Vogel, Allegria Hotel, Allen, Allen & KiLLCoyne Archt LLC, Allen and Overy LLP, Allen Hotel, Allen Morris Troisi & Simon, Allen Van & Truck, Allen's Pickle Works, Allerton Press, Allhealth Home Care, Alliance Building Svc, Alliance Home Svc, Alliance Tristate Construction, Alliance Tri-State Construction, Alliancebernstein L.P., Alliant, Allied Fire Control Systems, Allied Metal Spinning Corp, Allied New York Svc Inc, Allied Painting Inc, Allied Urological Svc, Allied/All City, Allied/All-City Plumbing, Allstate Enterprises Inc, Allstate Painting Co, Allstate

Power Vac,Inc., Allstate Sprinkler Corp, Allway Tools Inc, Allworth Press, Alm Media, LLC, Almabani General Contractor, Almeida Oil Inc, Almn, Almod Ltd., Almond International Inc, Alonso Andalkar Toro Facher, Alpha 1 Marketing, Alpha 3tmri, Alpha Environmental Services Inc, Alpha Neurology, Alpha Omega Crew LLC, Alpha Workshops Inc, Alpha2omega, Alphasense Inc, Alphaserve Technologies, Alpine Construction Svc Inc, Alpine Home Health Care, LLC, Alps Provision Co, Als International, Alternate Design, Alternative Automotive Acces, Altman Building, Altman Greenfield & Selvaggi, Altour, Altronix Corp, Aluf Plastics, Alure Home Improvements Inc, Alvarez and Marsal, Inc., Alvin Ailey Amer Dance Theater, Alvin Petroleum Systems Inc, Alvion Group Inc, Alwand Vahan Jewelry Ltd, Am Building Restoration, Am Ny Electric Corp., Am Only Inc, Am Re Syndicate LLC, Am Shield Waterproofing, Ama Construction Ny Inc, Ama Consulting Engineers Pc, Ama Executive Conference Ctr, Amalgamated Advertising Inc, Amalgamated Bank, Amato Agency, Amato Law Group PLLC, Amb Contractors Inc, Amb Medical Svc, Ambac Financial Group Inc, Ambassador Construction Co Inc, Ambridge, Ambrosino De Pinto & Schmieder, Ambulatory Surgery Ctr, Amc Health, Amc Networks Inc., Amcc Corp., Amcon Contracting Corp, Amerex Group Inc, Ameri Restoration Inc, America Press Inc, American, American Arbitration Association, American Airlines, American Austrian Foundation, American Ballet Theatre, American Bible Society, American Booksellers Assoc, American Bridge Co., American Capital & Para-Legal, American Casting & Mfg Corp, American Committee-Weizman In, American Conference Institute, American Express Company, American Foundation Blind, American Institute Of Arch, American Institute-Chem Engrs, American Jewish Joint Distr, American Jewish World Svc, American Kennel Club, American M&A Projects LLC., American Medical Alert Corp., American Medical Response, American Montessori Society, Inc., American Museum Of Natural History, American Park Networks, American Parkinson Disease Assoc Inc., American Specialties, Inc., American Spray Fireproofing, American Stone, American Sugar Refining Inc., American Symphony Orchestra, American Talent Managmnt, American Thoracic Society, American Triple Partners (Jv Jfk Millennium Ptns), American Wax Co Inc, Americas Singing Telegrams, Americon Construction Inc, Amerikom Printing Partners, Ameritania Hotel, Amern Assn Of Advtg Agcs, Amern Stock Transfer and Trust Co, LLC, Amerre Certified Special Svces, Inc., Amh Mechanical Contracting Inc, Amhac, Amida Care, Amko Electrical Const & Maint, Amm Construction Inc, Ammann and Whitney, Amnesty Intl Of The U. S. A., Inc., Amorepacific Us Inc, Amoruso Contracting Co, Amp Tech. Inc., Ampacet Corporation, Amper, Politziner, and Mattia Pc, Amplify Education Inc, Amster Rothstein-Ebenstein LLP, Amsterdam & Lewinter, Amsterdam Court Hotel, Amsterdam Hospitality, Amsterdam News, Amsterdam Nursing Home Corp, Amsterdam Residence Hotel, Amsterdam Tobacco Co Inc, Amsterland, Amtex System Inc, Amtrak, Amtrust, Amtrust Financial, Analytic Partners Inc, Analytical Diagnostic Labs Inc, Anchin Block & Anchin LLP, Anchor Breaking & Cutting Co, Ancora Engineering PLLC, Andersen Windows and Doors, Anderson & Ochs LLP, Anderson Architects Pc, Anderson Kill, Andi Pepper Interiors, Andrews Kurth Kenyon LLP, Andromeda Advantage, Andrus Children's Ctr, Anesthesiology Department, Angeliades, Angelo Gordon, Angelo Ng & Anthony Ng Architect, Angelo, Gordon and Co, L. P., Angion

4

Biomedica Corp, Angus Reid Strategies Inc, Anigriv LLC, Animal Fair, Animated Storyboards Inc, Anjac Enterprises, Annex Masonry Restoration Inc, Ann-Jules Gottlieb Women's, Annual Survey Of American Law, Ansu Construction Inc, Answerlab, Antek Corp, Anthony C. Baker (Acb) Architect & Planner Pc, Anthony J. Tortolani M.D., Anti-Defamation League, Antin Ehrlich-Epstein LLP Atty, Anton Community Newspapers Inc, Anton Rusin Agency Construction, Antony & Roberto Group Inc, Antoun Sehnaoui, Anvil Knitwear Inc, Aol Inc., Apawamis Club, Apax Partners, L.P., Apco Group Inc, Apex Development, Apex Mechanical Corp, Apex Technical School, Apex Therapeutic Service, Apexx-Omni-Graphics Inc, Apn Construction Corp., Apogee Consulting Group, Apogee Translite, Inc., Apollo Global Management, LLC, Apollo Petroleum Transport Co, Apollo Theater, Apostille Us, Apothecus Inc, App First Inc, App Rise Communications, Apparatus Studio, Appareline Inc, Appellate Defender, Appepropo Inc, Appetizer Mobile LLC, Apple & Eve LLC, Apple Core Hotels Inc, Apple Restoration & Waterproofing, Applied Landscape Technologies, Applied Merchandising Concepts, Appnexus Inc., Aps Contracting Inc, Aps Electric Inc., Aps Healthcare, Aptus Health, Inc., Aqua Turf Irrigation Systems, Aqueduct, Arab Bank Plc, Araca Merchandise Lp, Aramark Corporation, Arben Group, Arc, Arc Arena, Arc Elect. & Mech. Contractors, Arc Of Rockland, Arc Tec Welding & Fabrications Inc, Arcade Edit, Arcadia Electrical, Arcadis Of New York, Inc., Arch Associates LLC Po Box, Arch Capital, Arch Construction Co Inc, Arch-Concept Construction, Inc, Archdiocese Of Ny, Archetypes Inc, Archidata Inc, Archimaera Architecture, Archinova Builders LLC, Architect's Newspaper LLC, Architectural Grille, Architecture & Design Inc, Architecture Outfit, Architecture Research Office, Architizer, Archstone-Smith, Arco Cleaning Maintenance, Arco Management Corp., Arctic Flow-Draft Beer-Ice, Arcus Foundation, Ardenn Construction, Ardsley Union Free School District Inc, Arenson Office Furnishings Inc, Ares Printing & Packaging Corp, Argent Associates Inc, Argent Software Inc, Argo, Argo Lithographers Inc, Argo Turboserve Corporation, Argonon, Argosy International Inc., Argus Community Inc, Ariel Property Advisors, Arista Air Conditioning, Arista Printing & Computer, Aristotles, Ark Systems Electric Corp, Arkadium, Inc., Arkay Decorating, Arlettes Homecare Agency,Inc., Arlo Soho, Armstrong Roofing Corp, Army, Army Cons. LLC., Army Construction LLC, Arnell Construction Corp., Arnold & Porter, Aronauer & Yudell LLP, Arqenta Inc, Arquitectonica, Array Architects, Array Magazine Inc, Array Marketing Group, Arri Inc, Arrow Exterminating Inc, Arrow Linen Supply Co Inc, Arrow Security, Arrowpak Inc, Art Dental Laboratory, Art Department, Art Newspaper, Art Scroll Printing Corp, Artco Steel, Artec Inc, Artezen Hotel, Arthur Yorkes & Co, Articulate, Artimus Construction Inc, Artistic Tile, Artstor Inc, Artsystems Limited, Arup, Arvato Systems North America, Arye Lustig & Sassower Pc, As I Am Press LLC, Asa Building Maintenance, Asa College, Asahi Technologies LLC, Asap Computer Maintenance Inc, Asar International Corp., Asb Communications, Ascend Hire Incorporated, Ash & Parsont LLP, Ash Contracting Corp, Ashay Media Group, Ashnu International Inc, Ashtime, Asi System Integration, Asiabank, Asian American Legal Defense, Asian Pacific Islander Cltn, Ask Construction Inc., Asme, Asn, Aspark, Aspca, Aspen Landscaping, Asphalt Green, Asset Inventories, Asset Staffing, Inc., Associated Global Systems Inc, Associated Mortgage Bankers, Associated Press, Associates Computer Inc, Association For

Childern With, Association For Computing Machinery, Association Management Inc., Association Of The Bar Of The, Association-Info Tech Pro-Aitp, Assurant Inc, Assured Guaranty Corp., Ast, Astellas, Aster Renovation & Design, Asterix Consulting Inc, Astivida Construction Inc, Astor Group, Astor Place Theatre, Astoria Blvd Realty LLC, Astoria Fed Savings and Loan Assn, Astoria Lic Development, Astoria Owners LLC, Astoria Studios, Astron Solutions, Ataboy Studios, Atc Healthcare Svc, Atco Contracting Group Inc, Athena East, Athletic Field Service Corporation, Atj Electrical Co, Atlantic Chestnut Affordable Housing LLC, Atlantic Cooling Tech. and Services LLC., Atlantic Dermatologic Associates, LLP, Atlantic Dialysis, Atlantic Fluid Technology, Atlantic Maintenance Corporati, Atlantic Software Tech, Atlantic State Devmnt Corp, Atlantic Television, Atlantic-Pacific Capital Inc, Atlantis Rehabilitation Ctr, Atlas Air, Atlas Capital Group LLC, Atlas Construction Mgmt LLC, Atlas Construction Of Ny, Atlas Feather Corp, Atlas Painting & Sheeting Corp, Atlas Party Rental, Atlas Scientific LLC, Atlas Search, Atlas Welding & Boiler Repair, Atlas-Acon Electric Svc Corp, Atlason, Atlaz International Ltd, Atmananda Yoga Sequence, Atmosphere Design Group LLC, Atrium, Atrium Staffing LLC, Atta Inc, Attentive Home Health Care Svc, Attri Enterprises Inc, Auburn Seminary, Auc Press, Auda, Audio Network Us Inc, Audio Video Systems, Auditory Oral School Of Ny, Audrey Golden Assoc, Aufgang Architects, Augusiewicz Construction, August Aichhorn Ctr For, Augustin Partners, Aurion Services Inc, Auritt Communications, Aurora Contractors Inc, Austrian Cultural Forum, Autism Speaks, Auto Inc, Auto Palace Car & Truck Rental, Automatic Irrigation Design, Automed, Automotive Bulb Corp Co, Autotrader.Com, Autronic Plastics Dba Clear-Vu, Avac, Avalon Auto Repair & Collision, Avalon Hotel, Avanan, Avanti Healthcare Svc, Avanti Home Renovations, Avenue Contracting Inc, Avi Pandey Md Pc, Aviant Systems, Aview Builders Inc, Avinash K Malhotra Architects, Avirao Group Management, Avison Young, Avo Construction LLC, Avon, Awac Services Company Inc, Awe Inc, Awl Industries Inc, Awr Group Inc, Axa Advisors, LLC, Axcess LLC, Axcess Worldwide, Axel Protection Systems Inc, Axelon Services Corporation, Axiom Capital Management Inc, Axiom Law, Axiom Legal Solutions, Axiom Software Labs Inc, Axis Enterprises Inc, Axispoint, Inc., Ay Phase Ii Development Company, Ayfie Inc, B & H Contracting Corp, B & H Photo, B & S Iron Works, LLC., B and B Coverage LLC, B and C, B B R Contracting Corp, B G National Plumbing & Heating Company, B H Folios Ltd, B H Multi Color Corp, B N Restoration Inc., B Rosen Sons, B Squared, B Thayer Assoc, B.J. Laura and Sons Inc., B6 Real Estate Advisors, Baby Fair, Bac Electrical Constr Co Inc, Bacc Builders, Bachrach Jacobs Search Group, Inc, Bader & Yakaitis, Badger & Winters, Badger Sports Club Inc, Badger State Industries, Bag Bazaar Ltd, Bagiana Construction, Bahar LLC, Baker & Rannells, Baker and Hostetler LLP, Baker and Mckenzie LLP, Balancing Life's Issues, Inc., Balchem Corp, Baldor Specialty Foods, Inc, Baldwin Pl, Baldwin Union Free School Dist, Ball Chain Mfg Co Inc, Ballan Cleaning Corp, Ballet Academy East, Ballet Hispanico Of Ny, Ballon Stoll Bader & Nadler Pc, Balter Sales Co Inc, Baltz & Co, Balyasny Asset Mngmt, Bam, Bancker Construction Corp, Banco Bilbao Vizcaya Argentaria, Bandit Edit, Bandujo Advertising & Design, Bank, Bank Hapoalim, Bank Leumi Usa, Bank Of China, Bank Of Communications Co Ltd, Bar Thalia, Barami Construction Corp, Baratta Aidala, Barbara's Private Collection,

6

Barbarian Group LLC, Barbaro Electric Co Inc, Barbizon Electric, Barclays Bank Plc, Bard Rao & Athanas Nyc, Barger & Wolen LLP, Bark Frameworks Inc, Barker, Barksdale Home Care Svc Inc, Barnard College, Barney Skanska Construction Co, Baron Capital, Inc., Barone Management LLC, Barr and Barr Inc, Barra, LLC, Barrier Brewing Co, Barry Mctiernan & Moore, Barry's Auto Body, Bartholomew Mazza Ltd, Bartlett Dairy, Barton F Graf 9000 LLC, Barton LLP, Base One Technologies Inc, Basic Tech. Inc., Batac Construction Co, Battery Park City Authority, Bauer Media Group Inc, Bauerschmidt & Son Inc, Bauman & Kunkis Pc, Baxt Ingui Architects, Bay Restoration Corp, Bay Ridge Federal Credit Union, Bay Ridge Medical Imaging, Bay State Alarm Security Inc., Bayada Home Health Care Inc, Bayard Advertising Agency, Inc., Bayberry Nursing Home, Bayridge Star Construction Corp, Bayside Dialysis Ctr, Bayside Homes, Bayside Refrigeration Inc., Bayview Nursing Homes, Bbb Brisbin Brook Beynon Architects, Bbc Worldwide Americas Inc., Bbdo, Bbh New York, Bbva, Bca Watson Rice LLC, Bcc Inc, Bchn, Bcm, Bdo, Bdo Usa, LLP, Be Active Corp., Be Well Primary Health Care Center, LLC, Beach Hotel Assoc, Beacon Chemical Co Inc, Beacon Eldercare Inc,, Beacon Press Inc, Beacon Rehab & Nursing Ctr, Bean Sack, Beaver Concrete Construction Co Inc, Beb Capital, Becca Pr, Beck & Sclafani Mech Piping Con Inc, Becker Glynn Melamed & Muffly, Becktech, Bed Bath and Beyond Inc., Bedessee Imports Ltd, Bedford Arms Construction, Bedford Carp Construction Corporation, Bedford Construction, Bedford Golf & Tennis Club, Bedford St Martins, Bedford Stuyvesant Restoration Corp, Bedrock Real Estate Partners LLC, Bed-Vyne Brew LLC, Bee Ready Fishbein Hatter, Beers Enterprise Inc, Before and After Construction, Behrman Communications, Bel - Air Electric Construction  Inc, Belair Care Ctr, Bel-Air Electric Inc, Belaire Radiology Pc, Belaray Dermatology, Beldock Levine & Hoffman, Belfor Property Restoration, Belizario Enterprises, Bell Flavor and Fragrances, Bellantoni Landscape, Bellevue Hospital Center, Bellevue Literary Press, Bellmore Merrick Central High Sd, Bellmore Paediatrics, Belluck & Fox, Belmont Metals Inc, Belmont Park Race Track By Nyr, Belvedere Hotel, Belway Electrical Contracting Corp, Benaka Inc, Benchmark Construction Group, Bender & Rosenthal LLP, Bendheim Performing Arts Ctr, Benedict Morelli, Benjamin Beechwod Tides LLC, Benjamin Development Company Inc., Benjamin Enterprises, Benjamin Kurzban & Son Control Inc, Bennett & Pless, Benson, Bensonhurst Center, Benta's Funeral Home Inc, Bentley Hotel New York, Berdon LLP, Bergen Beach Youth Org, Berger & Webb LLP, Berger Lehman Assoc, Berglass Associates, LLC, Berkeley College, Berkman Bottger Newman-Schein, Berkman Henoch Peterson Peddy, Berlin Steel Construction Co, Bermuda Department Of Tourism, Bern Companies Inc, Bernath Rosenberg & Mandel, Bernice Jacobson Day Sch-Camp, Bernstein & Assoc, Bernstein Liebhard Lip, Bernstein Litowitz Berger, Berwyn Editorial Inc, Besen & Associates, Bessemer Trust Company, Bessemer Venture Partners, Best Brands Home Products, Best Chair Rental, Best Concrete Mix Corp, Best Construction & Restoration Corp, Best Man Speech Source, Best Medical Care Pc, Best Western American Inn, Bestplas Tic, Bet, Betances Health Ctr, Beth Abraham Health Services, Beth Israel Dermatology, Beth Israel Medical Center, Beth Israel Medical Ctr, Beth Israel Orthopedics, Beth Sholom Day Camp, Bethel Springvale Nurse Hm Inc, Bethpage Radiology, Better Building Svc, Better Distributors Inc, Bettina Construction, Betz Mitchell Associates,

7

Bevforce LLC, Bevi, Beyer Blinder Belle, Beys Specialty Contracting Inc, Bezalel Nursing Home Co Inc, Bfc Partners, Bfi Construction, Bg National Plumbing & Heating Inc, Bh Fitness & Recreation Inc, Bharja Technologies, Bhdm Design, Bhw Contracting, Bialystoker Center For Nursing, Bianor, Bickel & Brewer, Biddle Sawyer, Bidprime, LLC, Big Alice Brewing, Big Ant Electric, Big Apple Visual Group, Big Blue Products Inc, Big Brothers Big Sisters Of Ny, Big Geyser Inc, Big John's Moving Inc, Big Spaceship LLC, Bigman Brothers Inc, Billaway, Billing Works, Bilotta Home Ctr Kitchen-Bath, Biltmore General Contractors, Biltwel General Construction Corp, Bio-Chem Technology Labs, Biofeedback Instrument Co, Biomedical Research Alliance Of Ny, Birch Family Services Inc., Birch Wathe Lenox School, Birdland Jazz Club, Birth and Up, Inc., Birth Zone Doulas, Birthplace Magazine, Bishop Charles Waldo Maclean, Bishop Loughlin Memorial High School, Bit By Bit Computer Consultant, Bitly Inc, Bizbash Media, Bjarke Ingels Group (Big) - Nyc, Bkr International, Bl Companies Corp Hq, Black Balloon Publish, Black Bear Co Inc, Black Dog & Leventhal Pubhs, Black Gold Paving, Black Square Builders Corp, Blackman Leo, Blackstone and Assoc, Blaise Construction Corp, Blake Electric Co, Blakely New York, Blaser Swisslube, Blau Mechanical Corp, Blavatnik Family-Chelsea Med, Bld (Baldassano Arch Group), Bldg. 4 Fabrication LLC., Bless One Transport Transport, Bletsas Plumbing, Blidgeman & King Medical Pc, Blind Brook Club, Blindman & Uram, Blink Contractors, LLC, Blink Health Admin LLC, Bliss Spa, Block Institute Inc., Block O'toole & Murphy, Bloom Kosher Candy, Bloomberg L.P., Blue Apron, Inc., Blue Chip Building Mntnc Inc, Blue Diamond Sheet Metal Aka Diam-N-Blu Mechanical, Blue Fountain Media, Blue Hill At Stone Barns, Blue Iceberg LLC, Blue Man Group, Blue Sea Construction Corp, Blue Star Jets LLC, Blueberry Builders LLC, Bluecore Inc, Blueground Technologies, Bluerock, Bluestone Center For Clinical, Bluestone Organization, Bluewolf, Bluewolf Inc, Blythedale Children's Hospital, Bmb Building Consulting Inc, Bmb Leasing Corp, Bmc Software Inc, Bmcc Gymnasium, Bmms Inc, Bmw Mt Kisco, Bn Restoration Inc., Bni Network One, Bnp Media, Bnp Paribas Asset Management, Inc., Bobcar, Bobtec, Boca Group Intl, Boccia Masonry & Waterproofing, Body-Lawson Associates, Bodylog Inc, Bogal & Kahn LLP, Bogopa Service Corp, Bohrer PLLC, Boies, Schiller and Flexner LLP, Boilermatic Welding Industries, Bolivar Builders LLC, Bollare, Bolster, Bolt Solutions Inc, Bon Appetit Magazine, Bon Secours Health System, Bond Schoeneck and King PLLC, Bonded Roofing Materials Inc, Bonhams, Bonjour Capital, Bonner Kiernan Trebach, Bonnie Briar Country Club, Boom LLC, Boosey & Hawkes Inc, Bootstrap Software, Borghese, Boricua College, Boris Mechanical Inc, Boro Park Pediatric Associates, Borrowside Supply Inc, Boscobel Restoration, Inc, Boss Associates, Boss Facility Services, Boston Post Rd Dialysis Ctr, Boston Properties, Boston Valley Terra Cotta, Botcore, Bottomline Construction & Development LLC, Bouwerie Iconic Magazine, Bove Industries, Bovis Lend Lease Inc., Bowery Hotel, Box Limited Pascal Dangin Std, Boy Wonder Productions, Boys Hope Girls Hope Of Ny, Bp Air Conditioning, Bpa International, Bpcm Ny Ltd, Bpmw LLC, Bqe Industries Inc, Br Ndum Holdding A/S, Bradford Construction Corp, Bradhurst Site Constr Corp, Brady Urology Assoc, Brafman Associates Pc, Bragar Eagel & Squire Pc, Brain & Spine Surgeons-Ny, Brain Reserve Inc, Brain World Magazine, Brake Service Group Nassau, Bramson House, Branchpattern, Brand Learning Inc,

8

Brand Pharm, Brandlink International, Brandman Agency, Brandston Partnership Inc, Brandt & Hochman, Brandwatch, Brankeen Inc, Brany, Braverman Greenspun, Brd Development, Breast Examination Ctr-Harlem, Breast Imaging, Breeze National Inc, Breezemont Day Camp Inc, Breslin Realty Development, Bret Adams Ltd, Bretz & Coven LLP, Brevard Owners Inc, Brew Inn, Brewing Demo At Harlem Brewdio, Brewster Central School Dist, Brf Construction Corp, Brian J Mc Carthy Inc, Briarcliff Manor Public Works, Brick Presbyterian Church, Brickens Construction Inc, Brickwork, Bridal Guide Magazine, Bri-Den Con., Bridge & Tunnel Brewery, Bridge Development Partners, LLC, Bridge Multimedia Corp, Bridge Security Svces Inc, Bridgeline Digital, Bridgeton, Bright Power, Bright Star Country Day School, Bright Stars Usa Inc, Brightcon, LLC., Brighton Builder LLC, Brill & Miesel Law Firm, Brilliant Forever Inc, Brinco Mechanical Svc Inc, Brisa Builders Corp, Brisk Waterproofing Company, Bristol Myers Squibb Co, Bristol Plaza, British Airways, British Broadcasting Corp, Brix & Partners LLC, Broach & Stulberg, Broadcast Manager Inc, Broadfield Distributing Inc, Broadridge Financial Solutions, Inc., Broadstreet, Broadway @ Times Square Hotel, Broadway Electric Inc, Broadway Inbound, Broadway Maintenance Corp, Broadway Media LLC, Broadway Plaza Hotel, Broadway Promotions, Broadway Stages Ltd, Broadway Technology, Broadway Video, Inc., Brock Capital Group LLC, Brody & Branch LLP, Brois Construction Corp, Broken Bow Brewery, Brondum International A / S Falkevej, Bronx Aids Svc, Bronx Brew Lic, Bronx Defenders, Bronx Developmental Svc, Bronx District Attorney, Bronx Lebanon Hospital Ctr, Bronx Park Orthopaedic Group, Bronx Park Rehabilitation, Bronx Psychiatric Center, Bronx River Equipment Ltd, Bronxcare Health System, Bronxnet L, Bronxworks, Inc., Brook Island Contracting Corp, Brook Plaza Ambulatory Surgery, Brookbridge Consulting Svc, Brookdale Family Care Ctr, Brookdale Hospital, Brookdale Physicians Dialysis, Brooke St. Staffing, Ltd., Brooker Engineering PLLC, Brookfield Asset Management (Us) Inc., Brookfield Property Partners, Brookhaven Memorial Hosptl Med Ctr, Brooklyn Arena, LLC, Brooklyn Boulders LLC, Brooklyn Bridge Park Corporation, Brooklyn Center, Brooklyn Center For Families, Brooklyn Center For Psychthrpy, Brooklyn College, Brooklyn Community Services, Brooklyn Defender Svc, Brooklyn Eye Institute, Brooklyn Family Defense Prjct, Brooklyn Financial Group, Ltd., Brooklyn Gastroenterology, Brooklyn Homes, Brooklyn Hospital Center, Brooklyn Law School, Brooklyn Legal Svc, Brooklyn Museum, Brooklyn Navy Yard Development Corp, Brooklyn Plaza Medical Ctr Inc, Brooklyn Plumbing Heating Svc, Brooklyn Preventive Svc, Brooklyn Public Library, Brooklyn Queens Conservatory Of Music, Brooklyn Queens Nursing Home, Brooklyn Union Gas Company, Brookplaza Surgery Center, Brooks Brothers Inc., Brookside Painting Inc, Brookville Center Children Svc, Brookville Country Club, Brookwood Camps, Broome, Brosna Construction, Brown Brothers Harriman, Brown Gavalas & Fromm LLP, Brown Harris Stephens, Brownstone Agency Inc, Brp Companies, Brucci Limited, Bruckner Nursing Home, Brunelle Hadjikow, Bruni & Campisi Inc, Bryant Rabbino LLP, Brynwood Golf & Country Club, Btig, LLC, Btq Financial, Buchanan Petroleum Inc, Buchbinder Tunick & Co LLP, Buck Sturmer & Co Pc, Budin Reisman Kupferberg, Buena Vida Continuing Care-Rhb, Buffalo Dental Mfg Co Inc, Buffalo Matting & Rbr Co Inc, Bug Editorial Inc, Bugle Boy Active, Build Central Inc, Builders, Builders Group, Building Service 32 Bj

9

Benefit Funds, Built Rite Construction LLC, Bundle Band Industries Inc, Bunge Ltd., Burke & Parsons, Burke Neurological Institute, Burke Supply Co Inc, Burlington Packaging, Burly Bear Networks, Burns & Harris, Burns Mcdonnell, Buro Happold Inc, Bursor & Fisher Pa, Burton Goldstein Co, Bushburg Properties, Bushwick Community Svc Society, Bushwick Economics, Business Comm Mgmt Inc, Business Insider, Business Software Edu Ctr, Business Technology Align Grp, Busy Bee Cleaning Svc, Butler Rosenbury & Partners, Butt Associates Inc Dba New England Construction, Buttonwood Mementos, Buzzr, Bway.Net, Inc., Byrne & Oneill LLP, Byron Chemical Co, C & B Plumbing & Heating Inc, C & F Iron Works Inc, C & L Contracting Corp, C & P Stainless Steel Mfg Inc, C & R Consulting Corp, C A C Industries Inc, C B Mills Electric LLC, C B Property Management LLC, C C Affordable Management Lcc, C C Controlled Combustion Co, C D E Air Conditioning, C M & E Construction, C M S Electrical Svc Inc, C Net Networks, C P Advanced Imaging, C Q Magazine, C Williams Electric, C&L Contracting Corp., C. W. Brown, Inc., C.D.E. Air Conditioning Co., Inc., Caa Sports, Cabin Creek Films, Cable Scope Inc, Cac America Corp, Cachet Boutique New York Hotel, Caddell Dry Dock & Repair Co, Cadwalader, Wickersham and Taft LLP, Caesar & Napoli, Cafex Communications Inc., Cag Construction Corp, Cailendo, Cais Group, Caithness Services LLC, Calcedo Construction Corp, Caldwell & Walsh Bldg Constr, Call A Head Corp, Call Associates, Inc, Callan Koster Brady-Brennan, Callison Rtkl, Calvanico Assoc Arch. &Amp; Eng, Calvary Hospital, Camacho Mauro Mulholland LLP, Camak Construction, Camba, Camba 3 Citi, Camba Housing Ventures Inc, Camber Property Group, Cambridge Systematics, Inc., Cambridge Who's Who, Camelot Business Document Services, Camp Dora Golding, Camp Eagle Hill Inc, Camp Hillard, Camp Jacobson At Robin Hood, Camp Nabby, Camp Poyntelle, Camp Seneca Lake, Camp Shane, Camp Tel Yehudah, Campanelli and Associates, P. C., Campbell Care, Campbell Design + Constr Inc, Campbell Engineering Support, Campbell Fire Protection Inc, Campbell Hall Rehab Center, Camps R Us New York LLC, Can Dry Bottling Co Of Ny, L.P., Canada Dry Bottling Co, Canal Plastic Ctr, Cancer Care, Candid Litho, Canon Business Process Services, Inc., Cantillon Capital Mgmt Lcc, Canyon Building & Design, Cap Rents Supply LLC, Capacity Interactive, Capell and Vishnick LLP, Capgemini, Capital Builders Group Inc, Capital Electrical Contractors LLC, Capital Improvement Svc LLC, Capital On Deck Inc, Capital One Bank, Capitalstar Systems LLC, Capitol Supply, Capitol Theatre, Cappelli Enterprises Inc, Capri Landscaping Inc, Caramoor Center For Music-Art, Carat, Carbro Constructors Corp., Cardiac Care Assoc Md, Cardiacare, Cardiology Consultants, Cardiothoracic Surgery Faculty, Cardiovascular Associates, Cardiovascular Consultants Lp, Cardoza Plumbing Corp, Care For The Homeless, Care Free Improvements, Care To Care LLC, Carecube, Career Management Assoc, Careers Inc, Caremount Medical, P.C., Caren Truck Rental, Careride Paratransit, Carey & Walsh Inc, Cargo Construction, Cargo Matrix Inc, Cargo Partner Network, Inc., Caribbean Foods Delight, Caribbean Tourism Organization, Caribbeansoundplus, Caring Hearts & Hands, Caring Living Companion Inc, Caring Professionals, Carl Fischer Music, Carl Zeiss Inc, Carlo Lizza & Sons Paving Inc, Carlos Zapata Studio, Carlton Nursing Home, Inc., Carlyle Consulting Svc Inc, Carlyle Hotel Room Rsrvtns, Carman Callahan & Ingham LLP, Carmel-York Inc, Carmine Labriola Contracting, Carnak Construction, Carnegie Hotel, Carnegie Linen Svc Inc,

Carol Dauplaise Ltd, Carriage House LLC, Carrier Logistics Inc, Carroll Guido & Groffman LLP, Carroll Mcnulty & Kull LLC, Carrot Creative LLC, Carter Ledyard Milbu, Carullo Constr Co, Caruso Spillane Leighton Pc, Carvart, Carver Federal Savings Bank, Casa Belvedere, Casa Di Lisio Products Inc, Casabella Construction Corp, Casablanca Property Owner LLC, Casamia 36, Case Contracting Ltd, Caserta Concepts, Cases, Cassa, Cassini Parfums, Cast Software, Castellano Korenberg & Co, Castle Hotel & Spa, Castoleum Corp Oils, Catalano Gallardo Petropoulos, Catalyst, Catch New York City Inc, Catholic Cemeteries, Catholic Charities, Catholic Health Care System, Catholic Home Care, Catholic Migration Svc, Caton Park Rehab & Nurse Hm, Causaassociaties, LLC, Cavalier Hotel Corp, Cavalier Office Products Inc, Cavalry Portfolio Services, Cavendish Square, Cb-Emmanuel Realty LLC, Cbl, Cbre Tri-State Investment Properties, Cbs Altitude Group, Cbs Corporation, Cbs Interactive, Cbs Radio Inc., Cbt, Cca Construction Consltng Assc, Cca-Civil Inc, Ccc Medical Group, Cccs, Cchc, Ccia Mechanical, Ccn Inc, Ccrb, Cde Air Conditioning Company Inc, Cds Mestel Construction Corp, Cec Elevator Cab Corp, Cedar Manor Nursing Home, Cegid Corp, Celebrity Pink Jeans, Celebrity Report Magazine Inc, Celluloid Construction Co, Cementbloc Inc, Cementworks LLC, Centennial Elevator Mntnc, Center For Appellate Ltgtn, Center For Architecture, Center For Comprehensive, Center For Employment Opportunities, Center For Family Rprsnttn, Center For Jewish History, Center For Motivation and Change, Center For Rapid Recovery, Center For The Study Of Csab, Center For Urban Community Services, Inc, Center Light, Center On Intl Cooperation, Center Sheet Metal Inc, Centerview Partners LLC, Centflor Manufacturing Co, Central Brooklyn Dialysis Ctr, Central Cooling & Heating, Central Hvac Corp, Central Lock Security, Central Mechanical System Co. Inc., Central Mills Inc, Central Nassau Guidance-Cnslng, Central National-Gottesman Inc., Central Park Conservancy, Central Park Zoo Security, Central Queens Ym & Ywha, Centric Digital, Centroid Inc, Centurion Contracting Corp, Century Development Group, Century Elevator Maintenance, Century Fasteners Corporation, Century Management Svc LLC, Century Medical & Dental Ctr, Cerami & Associates Inc, Cercone Exterior Rest Corp., Cerebral Palsy Associations Of New York, Certapro Painters Of Syosset, Certified Site Safety, Certilman Balin Adler Hyman, Cesd Talent Agency, Cetra Ruddy Inc, Cetraruddy Inc, Ceymi Corp, Cfp, Cfr, Cfx Software Corp, Cgs, Ch2m Hill - Area Office, Cha Consulting Inc, Cha Engineers, Chad Sipkin Editorial Inc, Chaffetz Lindsey LLP, Chahill Gordon, Chalfont Construction Corp, Chalkbeat, Chamber Music Society-Lincoln, Chambers Hotel, Champion Alarm Systems, Champion Construction Mgmt Crp, Champion Pain Care Corp, Champion Painting Specialty Services Corp., Champion Window Corp, Champion Wire & Cable, Chapin Home For The Aging, Chapman & Evans Inc, Chappaqua Csd Public Library, Chapter 1 Software Inc, Charitybuzz, Charles B Wang Community Health Center, Charles E Kutner Law Offices, Charles Group Nyc, Charles H Greenthal, Charles Hart Indl Inc, Charles Samelson Inc, Charles W Cammack Assoc Inc, Charlex Inc, Charlotte Wilcox & Co, Charmer-Sunbelt Group, Charter Communications, Charter School Of Educational Excellence, Chase, Chase Building Renovation, Chassman Associates Inc, Chata Construction Co., Inc. New York, Ny, Chateau At Brooklyn, Chateaux Software Inc, Chatter Buzz Media, Chauffuers Unlimited Inc, Chaus Inc, Chaveirim.Org,

11

Chaves & Perlowitz LLC, Chc, Chdfs Inc, Cheap Batteries, Checkmax, Cheever Development Corp, Chefs Delight Packing Co, Chefs Warehouse, Chelsea Networks, Chelsea Technologies LLC, Chemlube International Inc, Chemtech, Chemtob Moss, Chenax Majesty Ip Inc, Chernoff Diamond and Co, LLC, Cherry Lane Lithographing Corp, Cherry Valley Club, Chesney Nicholas & Brower LLP, Chester Pediatrics, Chestnut Ridge Transportation, Inc., Chhetry & Assoc P C, Chi, Chief Fire Prevention, Chief Medical Examiner, Child Development Ctr, Children At Play Precschool, Childrens Aid Society, Children's Center For Cancer, Children's Law Ctr, Chilmark Builders Inc, Chimera Securities, LLC, Chimpanzee Productions Inc, China Construction America, China Laws & Technology Inc, China Press, Chinatown Cardiology, Chinses American Planning, Chips Technology Group LLC, Chldrn's and Women's Physicians Of Westc, Choice Personnel Inc, Choice Products, Chosen People Ministries, Christ Church United Methodist Nyc, Christian Cultural Center, Christian Faith Fellowship, Christie's Inc., Christophe & Assoc, Christopher Chang Law Offices, Christopher Rosekrans Law, Christopher V Papa Architect, Pc, Chromalloy, Chs Services, Chubb, Church, Church Of Christ International, Church Pension Group, Church Street Boxing Gym, Cibc, Cid Construction, Cindy E Levitz Lic Acpnctrst, Cintalta Cons. Corp., Cintra Software & Svc Inc, Circa Brewing Co, Circuit Breaker Sales Ne Inc, Cis, Cision, Citadel Construction Corp, Citadines Connect Fifth Avenue, Citi Wide Harm Reduction, Citibank, National Association, Citigroup Incorporated, Citimed PLLC, Citixsys Technologies, Citizen General Construction Inc, Citizen M Hotel New York, Citnalta Construction Corp., Citrin Cooperman and Company, LLP, Citroen Wolf Communications, City Choice, City Harvest, Inc., City Journal, City M D, City Of Middletown, City Of New York, City Of New York Department Of Parks & Recreation, City Of Ny Conflicts Of Intererest, City Of Ny Department Of Parks & Recreation Capitalprojects, City Of Yonkers, City Prints LLC, City School District Of New Rochelle, City Sounds Of Ny, City Suites LLC, City Translation Ctr, City Univ Of Ny Dept Of Design & Mgmt Procurement, City University Of New York, City View Masonry Corp, City Wide Administrative Services, Citybuzz, Cityline Restoration Inc, Cityscape Engineering, Cityscape Obgyn PLLC, Citysights Ny, Citywide Data Inc, Citywide Environmental Services LLC, Citywide Maintenance Svc, Citywide Mobile Response Corp., Citywide Sewer & Drain Co, Civcon LLC, Civetta Cousins, Civic Builders Inc, Civic Entertainment Group LLC, Civil Contracting Corp, Cjs Industries Inc, Ckc Maintenance Corp, Cksk, Cl An Druaidh/The Druid Press, Clara Barton High School, Clare Medical, Claridge's Hotel Ltd, Clarient Group, Clarion Partners, LLC, Clark Construction Group, Clark Gagliardi Miller, Clark Investigations & Scrty, Classic Harbor Line, Classic Heights Realty LLC, Classic Home Care Inc, Classic Sports Floors, Classic Stage Co, Classpass, Clay LLC, Clayman & Rosenberg, Clayton Dubilier Rice LLC, Clean Air Quality Svc Inc, Clean Earth Dredging Technologies, Clean Machine Car Wash-Detail, Cleaning Guru, Cleantech, Clear It Out Contr LLC, Clear It Out Contracting LLC, Clevertech, Click Model Management Inc, Clickdaily Inc, Clifford Chance, Clifton Budd & Demaria LLP, Clifton Ornamental Metal & Glass, Cline Davis and Mann LLC, Clinical Pain Advisor, Clinical Resources Network LLC, Clinical Systems Inc, Clinton Management, Clio Awards, Clotho Corp, Cloud 9 Technologies LLC, Cloud Dx, Clove Lakes Health Care and Rehab, Clove Lakes Health Care-Rehab, Clover Wire Forming Co Inc,

Club Demonstration Svc, Club Fit, Club Julians Inc, Club Quarters Grand Central, Cluen Corp, Cluster Inc, Cm & Assoc Constr Mgmt LLC, Cm & E Con Inc, Cm Almy Inc, Cmc Rebar, Cmd, Cmem, Cmg Group LLC, Cmgrp, Inc., Cmp Builders Corp Inc, Cmp Healthcare Media, Cmp Publications, Cncl On Accreditation For Chldrn and Fml, Cng, Cny, Cny Builders LLC, Co 3, Coachman Family Ctr, Coastal Contracting Corp, Coastal Pipeline Products Corp, Coatue Management, Cobble Hill Health Ctr, Cobite, Coca Cola, Cocentrix Corp, Co-Collective LLC, Cocooning Electronics Ltd, Code and Theory LLC, Coffee Distribution Corp, Cognito Americas LLC, Cognito Inc, Cohen & Frankel LLP, Cohen & Slamowitz, Cohen Childrens Medical Center, Cohen Clair Lans Greifer, Cohen Hochman & Allen, Cohen Hurkin Ehrenfeld, Cohen Kuhn & Assoc, Cohen Weiss and Simon LLP, Cohen Weiss Simon, Cohens Tauber Spivac Wagner, Cohnreznick LLP, Cold Spring Construction Company, Cold Spring Hls Ctr For Nursin, Coldlion Technologies LLC, Cole Mechanical Corp, Cole Partners Inc, Coleman Brandworx, Coleman Country Day Camp, Coler Goldwater Specialty Hosp, Colgate-Palmolive Company, Colina Bay, Inc, Collaborative Construction, Collazo Carling & Mish, Collective 545 Broadway, LLC, Collectivei, Colleran O'hara & Mills, Collibra Inc, Collier Halpern Newberg, Collins Aerospace, Collis Roofing Inc, Colon & Rectal Surgical, Colonial Construction Co Inc, Colonial Consulting LLC, Colonial Electric, Colonial Tag & Label Co, Colony Electric Inc, Colour Matters, Columbia Artist, Columbia Artists Managmnt Inc, Columbia Cascade Co., Columbia Cascade Company, Columbia Softball Field, Columbia University, Columbiadoctors Medical Group, Columbiadoctors Nurse, Columbus Avenue Consulting LLC, Columbus Medical Inst Of Ny, Comcast Spotlight, Inc., Comfort Bedding Inc, Comixology, Comlab Systems, Command Financial Press, Command Security Corporation, Commentary Magazine, Commerce Electrical Contracting Corp., Commercial Building Mntnc, Commercial Fence & Railing, Commercial Tenant Svc Inc, Committee Of Interns and Residen, Commodore Maintenance, Common Ground Community Hdfc, Communications Plus Digital, Communicator Inc, Community Access, Community Action For Human Services, Community Cardiology Pc, Community Consultation Ctr, Community Electric Inc, Community Health Ctr-Richmond, Community Healthproject, Community Hospital At Dobbs, Community Life Center Inc., Community Mainstreaming, Community Medical and Dental Care Inc., Community Partners, Community Psych, Community Resource Ctr, Community Resource Exchange, Community Resources, Community Service Society Of Ny, Co'motion Group LLC, Comp World Usa, Compinfo, Complete Construction Contract, Complete Discovery Source Inc, Complete Mailing Svc, Complete Womens Imaging Pc, Complexcare Solutions, Inc., Comprehensive Care Mgmt Corp, Comprehensive Hr Advisory Services Ent., Comprehensive Pain Management, Comprehensive Pediatrics, Comprehensive Professional, Compstak, Computer Generated Solutions, Inc., Computer Managers Inc, Computer Services Group Inc, Computer Solutions Intl Inc, Computercool Ac Inc, Comunilife, Con Edison, Con Edison Of Ny, Con Rac Construction Grou, Concentric Group LLC, Concentric Health Experience, Concept Air Conditioning, Concept Construction Svc Inc, Concepts In Staffing Inc, Concern Worldwide Us, Concord Electronics Inc, Concord Nursing Home, Concord Setting Inc, Concorde Hotel New York, Concorde Medical Group, Concordia International, Concur Inc, Condal Distributors Inc, Conde

13

Construction, Condeco Software Inc, Condon Omeara Mcginty Donnelly, Conedison, Conelle Construction Corp, Coney Island Preparatory Public School, Conference Board Inc, Confirmit Inc, Congdon Flaherty O'callaghan, Congregation Beth Elohim, Connections Personnel Of Ny, Conrac Construction Group LLC, Consolidated Edison, Consolidated Networks Corp., Consolidated Technologies, Constantin Associates, Constantine Cannon LLP, Constar Inc, Construction 1st Class, Construction Associates Inc, Construction Force Services, Construction Management, Construction Services 365 LLC, Constructions, Constructomics LLC, Consulate Film Editing Co, Consulate General Of Denmark, Consulting Testing Svc, Consumer Financial Network, Consumer Reports, Consumers Union-United States, Contemporary Dental Implants, Contemporary Guidance Svc Inc, Conti Enterprises, Inc., Continuum Health Partners, Inc., Contol Group Inc, Contract Magazine, Contracterp, Contractors Line & Grade South, Contractors Register, Inc., Contractors Sheet Metal Work, Contrix Inc, Control Solutions Group, Control Systems Services, Inc, Converge Direct, Converge One, Conversion Partners LLC, Conversocial, Cook & Fox Architects, Cook Krupa LLC, Cookfox Architects, Cookie Factory, Cooley Monato Studio, Cooling Guard Mech. Corp., Cooney/Waters Group, Cooper Carry & Associates, Cooper Dunham Lp, Cooper Robertson & Partners, Cooper Tank & Welding Corp, Cooper Tank and Welding Corp., Cooper Works Inc, Cooperative Home Care Assoc, Cooperman Lester Miller LLP, Coordinated Behavioral Care, Copper Development Association, Coppola Paving & Landscaping Corp, Coptis Inc, Cora Inc, Coral Cast, Coral House, Coral Realty LLC, Coranet, Corbex Inc, Corcoran Group Inc., Core and Main, Lp, Core Construction Group Corp, Core Contracting, Core Cs LLC, Core Group Marketing, Core Staffing Svc Inc, Core Tech Assoc, Corgan Associates Architects, Corgan Associates Inc, Corinthian Cast Stone, Corinthian Media, Corkery Group, Cornell Internal Mdcn Assoc, Cornell Ivf Program, Cornell University, Cornerstone Research, Cornick Garber & Sander LLP, Corona Equipment Co, Coronet Parts Mfg Co, Corporate Power Inc, Corporate Suites, Corporate Synergies, Corporation For Supportive Housing, Correctional Medical Svc, Corsi Tire, Cort Club Inc, Cortlandt Tank Svc, Cos 880, Cosentini Associates, Cosimo Inc, Cosmetic Executive Women Inc., Cosmo Street, Cosmopolitan Magazine, Cosmopolitan Management LLC, Cosmos Communications, Cott Management Partners, Cotton Incorporated, Cougar Capital LLC, Council Of School Supervisors and Admins, Council On Accreditation, Council On Foreign Relations, Counseling In Schools, Inc., Country Bank, Country House, County Ceiling Co, County Chair Party Rentals, County Of Nassau, County Of Westchester, Courtalert Com Inc, Covenant Foundation, Covenant House, Cover Girl Strips, Coverwallet, Covington Fabric & Design LLC, Cowan Debaets Abrahams, Cowan Liebowitz & Latman Pc, Cowbay Contracting, Cowen Group, Inc., Cowtan & Tout, Cox & Co Inc, Cozen Oconnor, Cp Perma Paving Construction, Cphl, Cpjfk, Crafted Interiors, Craig Management Assoc Inc, Cravath Swaine & Moore LLP, Crc Associates, Inc, Creation Baumann Usa Inc, Creations By Carelle Ltd, Creative Data Resources, Creative Environment Solutions, Creative Finishes Ltd, Creative Lifestyles, Inc., Creative Renovations, LLC, Creative Snow By Cow Bay Inc., Creative Touch Construction Corp., Creativeworx, Crecco Group Remodeling Inc, Credit International, Credit Suisse Holdings (Usa), Inc., Creditriskmonitor Com Inc, Creditsights Inc, Credsimple, Creek Country

Club, Crenulated Co Ltd, Creo Dental, Crescent Computers & Software, Crescent St Construction Corp, Cresent Contracting, Crest Hollow Country Club, Crew Cuts, Crf - House East, LLC, Crifasi Real Estate Inc, Crisdel Construction Group Inc, Criterion Group LLC, Cronin & Cronin, Cross County Savings Bank, Cross Management Corp, Cross Ny, Crossasset Software LLC, Crossfield Digital, Crossfire Group, Crossland Mechanical Inc, Crossmedia Inc, Crow Construction Co, Crown Awards & Trophies, Crown Delta Corp, Crown Die Casting Corp, Crown Janitorial Products LLC, Crs Contractors Inc., Crs_Group, Crsg, Crunch Gym, Crystal Blue Cing Svc Inc, Crystal Run Healthcare, Csbm, Csi Electrical & Mechcl Systs, Csi Rentals, Css Stainless Steel Work Inc, Cta Architects, Ctl Usa Inc, Ctr For Nursing and Rehab, Inc., Ctrny, Ctsi, Cube Cons. Services LLC., Cuddy & Eder LLP, Cullen and Dykman LLP, Cullen Schafer Capital Mgmt, Cultural Affairs, Cum Laude Group Inc, Cumberland Diagnostic, Cumberland Packing Corp., Cummins, Cung Queens College, Cuny, Curam Contracting LLC, Cureatr, Curtis Brown Ltd, Curtis Instruments, Inc., Curtis Mallet-Prevost Colt and Mosle, Curtis Vasile Law Offices Pc, Curtis, Mallet-Prevost, Colt, Cushman & Wakefield, Custom Exterior Systems, Inc, Cut & Run, Cutting Room Films, Cwa | Spatial Discipline, Cyber Axioma, Cypress Garden, Cypress Health Care Mgmt., Cyruli Shanks Hart & Zizmor, Cyrus Innovation LLC, Cyrus Knits, Cytopath Biopsy Lab Inc, D & D Metal Work Inc, D & F Development Group, D & J Concrete Corp, D & S Restoration Inc, D & W Central Station, D A Collins Construction Co., Inc, D and D Elevator Maintenance, Inc., D Exposito & Partners, D Glimmers D, D H Griffin Construction Co, D R Management Svc Inc, D Reis Furniture Mfg Corp, D Rosen Co Inc, D S Wolf Group, D.R.E. Drywall Corp, Dab-O-Matic Corp., Daedalus Technology Group Inc, Dagher Engineering, Dagny Enterprises LLC, Dai & Assoc, Daikin Applied, Dallas County Comm Clg / Eastfield Clg, Dal-Tile Corporation, Dalton Greiner Hartman Maher and Co LLC, Damato Lynch, Damcosoft Inc, Damian Family Care Ctr, Dan Endara, Dan Klores Assoc Inc, Dana Farber Cancer Institute, Danadams, Usa, Danbro Distributors, Daniel Gale Real Estate Inc, Dannell Maguire, Dannon Company, D'annunzio & Sons Inc, Danny and Nicole, Dantona Industries, Dap, D'arcambal Ousley-Cuyler Burk, Darcon Construction Corp, Darger Errante Yavitz-Blau LLP, Dasilva Architects P C, Data Art, Data Industries Ltd, Datacom Technology Group Inc., Dataforms, Dataiku Inc, Datalot Inc, Dattner Architects D.P.C., Daughters Of Jacob, Dave Heiner Associates, Dave Restoration, Davellino Cons. Inc., David Abram Law Offices, David Chipperfield Architects, David Geller Assoc, David H Koch Theater, David I Pankin Pc, David Kleinberg Design Assoc, David Kucera Inc, David L Ferstendig Law Offices, David Monn LLC, David Rosen Bakery Supply, David Shuldiner Inc, David V Farrell Co, David Webb, David Werner Real Estate Investment, David York Agency Ltd, Davidson Dawson & Clark LLP, Davidson Kempner Capital Management Lp, Davidson Pipe Company Inc., Davie's Ward Phillips Vineberg, Davis & Gilbert, Davis Brody Bond LLP, Davis Polk and Wardwell LLP, Davis Wright Tremaine, Day Elevator & Lift, Daybreak Independent Services, Dayton Industries Inc, Dbi Construction Consultants, Dca Construction Ltd, Dcbe Inc, Ddb Worldwide Partners Inc., Ddc Ac/Ex Air, Ddk & Co, Dds, Dds Mechanical Corp., De Nardis Engineering, LLC, De Simone Consulting, Dealertrack Holdings , Inc., Dealogic LLC, Dean Energy Solutions Cor, Deangelo Brothers, Inc., Debevoise and Plimpton

15

LLP, Deboe Construction Corp., Deborah A. Nilson and Assoc PLLC, Deborah Berke & Partners, Deborah Bradley Construction & Management Service, Dechert LLP, Deco Associates, Decristofaro Law, Deep Clean Maid Svc, Deer Head Chemical Industries, Deerfield Management, Defender Security Svc Inc, Defoe Corporation, Deg Construction, Deheng Chen, Dejana Industries, Dekalb Senior Residence, Delaney Associates Lp, Delaney Books Inc, Delbello Donnellan-Weingarten, Delcopainting Corp, Delivery.Com, Dell & Dean PLLC, Della Femina, Dell-Tech Enterprise Inc, Delmar International, Delmar Of Ny, Deloitte LLP, Delphi Plumbing & Heating Inc, Delric Construction Co Inc, Delta, Delta Contractors Inc, Delta Enterprise Corp, Delta Sheet Metal Corp, Delta Signs & Flags Corp, Delta Testing Inc, Deltek, Delux Transportation Services, Deluxe Post Production, Demar Plumbing Corp, Dematteis Construction Corp, Demicco Bros Inc., Democracy Builders, Denal Construction Corp, Dencityworks Architecture, Denihan Construction Co LLC, Deno's Wonder Wheel, Dentons Us LLP, Dentsu America, Inc., Denville Line Pating, Inc, Department Head & Neck Surgery, Department Of Citywide Administrative Services, Department Of Educatiion, Department Of Environmental Protection, Department Of Family Medicine, Department Of Gastroenterology, Department Of Occupational Res, Department Of Veterans Affairs, Departure Films, Dependable Transport-Messenger, Dependable Windows Co Inc, Dept-Pub Safety County Police, Derek T Smith Law Group Pc, Derive Technologies LLC, Dermatologic Associates Of Ny, Design & Urbanism Architectura, Design Construction Division Inc, Design Etc Inc, Design Expressions, Design Strategy Corp, Designs Vatche, Desimone Consulting Engineers, Desman Associates, Deutsch Family Wine and Spirits, Deutsche Bank, Development Counselors Intl, Devere Usa Inc., Devito Verdi, Devries Public Relations, Ltd., Dewberry & Goodkind Inc, Dewey Pegno & Kramarsky LLP, Dewitt Stern Group, Inc., Dexter House, Dexterity Inc, Dfta, Dgcc, Dgital Media, Dgj Contracting, Dh Property Holdings LLC, Dhi Group, Inc., Dhs Ice, Di Giovanna Family Care Ctr, Di Salvo Contracting Co Inc, Dia General Construction Inc, Diabetes & Endocrine Ctr, Diageo, Diagnostic Holter Monitoring, Dialoguedirect Inc, Dialysis, Dialyze Direct Ct LLC, Diamond Personnel, Diamond Properties, Diamond Schmitt Architecture, Diana Naturals, Diaspora Community, Diaz Electric Of New York Inc., Dick Young Productions Ltd, Diehl and Sons Inc, Die-Matic Products Inc, Dierks Heating Incorporated, Dietwatch, Difama Concrete Inc, Difama Concrete Inc, Difazio Industries Inc, Dig Ennaro Communications, Digestive Disease-Nutri Ctr, Digiscribe, Digital Currency Group, Digital First Media, LLC, Digital Force Ltd, Digital Matrix Corporation, Digital Ocean, Inc., Digital Pulp Inc, Digitas, Inc., Digitask Consultants Inc, Digizuite Usa, Diller & Scofidio, Dimaio Millwork Corp, Dimensional Stone-Tile Designs, Dionics Inc, Direct Agents, Directors Chair, Discover General Contracting, Disney, Divatex Home Fashions Inc, Diversified Heat Transfer Inc, Diversified Processors Inc, Dj's Unlimited Productions, Dkms Americas, Dla Piper LLP (Us), Dlandstudio, Dls Inc, Dmar.Remodeling.LLC Sashmasters Nyc, D-Mark Construction Corp, Dmd Contracting, Dms & Assoc, Dnk, Dnp Builders LLC, Do Rite Mechanical Corp., Do Something Inc, Doar Rieck Kaley & Mack, Dobco Inc, Dobrish Michaels Gross LLP, Docs, Docs Physicians, Doctors Clinics, Doctor's Immediate Care Ctr, Doctors Without Borders, Documentary Group, Documentary Reprodctn Svc, Doddi Information Tech

Inc, Dodger Properties, Doe Fund Inc, Doghouse, Doh & Mental Hygiene Gotham Center, Dolce Arrowwood, Dollar Airport Parking, Dolphin Construction Corp, Dom & Tom, Doma Inc, Domain Companies, Dometic, Dominican College, Dominican Sisters Of Hope, Dominion Products Inc, Domino A LLC/Domino B LLC, Domovoy LLC, Don Buchwald & Assoc Inc, Don Joe Auto Body, Donald Marck Mcgeachy Inc, Donald W Brown Home Imprvmt, Donjon Marine Co Inc, Donjon Recycling, Donnelly Mechanical Corp, D'onofrio General Contractors Corp., Donovan Hatem LLP, Dooley Electric, Door 3, Door Automation Corp, Dore Partnership, Doremus and Company, Dorfey & Whitney, Dorian Drake Intl Inc, Dorion Norton Electrical, Doshi Diagnostic Imaging, Dotdash, Dotmailer, Dotworks, Double D Contractors, Double U Real Estate, Doubleclick Inc., Dougherty Ryan Giuffra Zambito, Douglas Elliman Captl Impvment Corp., Douglaston Development, Dow Jones and Company, Inc., Dow Petroleum, Downing & Peck Pc, Downstate Medical Center, Downtown Design Partnership, Downtown Express, Downtown Medical Assoc, Downtown Music Publishing, Downtown United Soccer Club, Downtown Women, Doyle Baldante Inc, Dqp Digital Quick Print, Dr Aaron David & Dr Larissa, Dr Betty Shabazz Health, Dr Briones Med Weight Loss Ctr, Dr Howard Goldin, Dr Penny Dodson, Dr Pichardo Pediatric Ctr, Dr Robinson M. D., Draftfcb, Dragados, Dragon Search, Dragonetti Brothers Landscaping, Drain Kleen Sewer Svc Inc, Dramatists Play Svc Inc, Draper Associates Inc, Drchrono.Com Inc, Dreamgo Liu Xue Zhong Jie Mei, Dreamland Construction, Dreamville Remodeling, Drexel Estimating, Drexel Hamilton Infrastructure, Dri Mark Products Inc, DriLLCo National Group, Drive In Hotel Corp, Drive Medical Design and Manufacturing, Driver Media, Droit Financial Tech LLC, Drsa Technology Inc?, Drug Policy Alliance, Drury Design Dynamics, Dry Harbor Nursing Home, Dsl Commercial Construction Inc., Dsm Design Group, Dtcc, Dti, Dtm Elevator Consulting Inc, Du Art Film Laboratory Inc, Duane Morris LLP, Duc Duc, Duffy & Duffy PLLC, Dufour Pastry Kitchens, Duggal Corp Headquarters, Duggal Visual Solutions, Duke On 42nd Street Theatre, Dunn Development Corp, Dunnington Bartholow-Miller, Dun-Rite Aplnc Repr Inc, Dunwell Elevator Maint, Durafford Construction, Durkin & Durkin, Durr Mechanical Construction, Durst Organization, Duval & Stachenfeld LLP, Dvl Consulting Engineers, Inc., Dweck Law Firm, Dwell Magazine, Dxa Studio, Dy, Dy Consultants Inc, Dylan Hotel, Dyna Tabs LLC, Dyna-Empire Inc, Dynamic Construction Company, Dynamic Mechanical Contractors Inc, Dynamic Services Intl, Dynamic Sports Construction, Dynamo Electrical Corp, E & A Restoration, E & A Supply Corporation, E & J Electric Installation Co, E & T Plastic Mfg Co Inc, E 135 and 3rd Ave Owner, LLC, E A I Inc, E and B Giftware LLC, E Cook Industries, E Daskal Corp, E Electrial Contracting LLC, E G Food Inc, E J Electric Installation Company, E Marketer Inc, E P Engineering, E S Renovations & Construction, E W Howell Co Inc, E Willw Epc, Eac, Eac Inc, Eagle 1 Mechanical, Eagle Instruments Inc, Ear Nose Throat Allergy Assoc, Early Intervention Ctr & Pre, Earnst & Young, Earth Construction Corp, Earth Smart Environmental, Earthworm Equipment Co, Easco Boiler Corp, East 34th St Heliport-6n5, East Coast Interiors, East End Gr., East Harlem Council For Human Serv. Inc., East Harlem Employment Svc Inc, East Meadow Family Practice, East Meadow School District, East New York Svc Corp, East River Medical Imaging, East Tremont Medical Ctr, East West Marketing Group, East West

Systems Inc, East Woods Discovery Camp, Eastco Shotcrete, Eastern America Trio Prod Inc, Eastern Excavations Inc, Eastern Feather & Down Corp, Eastern General Contractors, Eastern Landscape Contractors, Eastern Mechanical Contracting, Eastern Plumbing & Mechanical Contracting Inc, Eastern Sprinkler Supply, Eastern States Optical Inc, Eastern Steel Corp, Eastman Cooke Assoc LLC, Eastone 26 Ave LLC, Eastside Endoscopy, Eastside Medical Assoc, Eastsport Inc., Easy2comply, Ebm Publications, Ebo Nexus Inc, Ebrandz Inc, Eby Electro Inc, Ec Metalizing, Inc, Ecco Iii Enterprises Inc, Echo Park Pool Complex, Echostar Construction Inc, Eci Building Corp, Eckenfelder Engineering Dba Brown and Caldwell, Eckhaus & Olson Atty, Eclaro International, Inc., Eclerx LLC, Ecohealth Company Ltd, Ecological Laboratories, Ecology Soap LLC, Ecommerce Partners, Ecosecurities Limited, Ecosystem Energy Services, Ecs Global, Ecuadorian Civic Committee Inc, Eda Contractors, Eddytex Inc, Edelman & Edelman Pc, Edelsteins Faegenburg-Brown, Eden Ii, Edg, Edge Auto Rental, Edge Property Group LLC, Edgeworx Studios LLC, Edi Construction Inc, Edison Liquidating LLC, Edison Price Lighting, Ednet, Edocny, Edp World Inc, Edson Construction Corp, Education Through Music, Educational Alliance Inc, Edward J Minskoff Equities, Edward T Minor Co, Edwin Discount Doors & Windows, Ee Cruz Co Inc, Ee International, Eeg Enterprises Inc, Efficient Combustion-Cooling, Eger Healthcare, Egg Electric Inc, Egon Zehnder International Inc., Ehit, Ehrenkranz & Ehrenkranz LLP, Eia Electric Inc., Eic Associates Inc, Eidosearch, Eidosmedia Inc, Eiges & Orgel PLLC, Eihab Human Svc, Eikos Partners LLC, Eileen Fisher Inc, Einbinder & Dunn LLP, Einstein Radiology, Eis Laassois Child Devmnt Svc, Eiseman Levine Lehrhaupt, Eisenberg & Baum LLP, Eisner & Assoc, Eisneramper LLP, Ej Electric Installation, Ej Murray Memorial Skating Ctr, Ej&S Contracting Corp, El Barrio's Operation Fightback, El Dorado Renovations Inc, El Museo Del Barrio, El Puente De Williamsburg, Inc., El Regreso, Inc., El Samam Meat Market, El Sol Contracting, Eldor Contracting Corp., Eldor Electric LLC, Eldorado Coffee Distributors, Elecnor Hawkeye, Election Services Corp, Electric Fixx Inc, Electric Lighting Agencies Inc, Electrical Contracting Sltns, Electronic Data & Rates, Electronic Devices Inc, Electrosonic Limited, Elev8 Centers, Elit Green Builders Corp, Elite 29 Construction LLC, Elite Cosmetics, Elite Promotional Marketing, Elite Renovation & Builders Corp., Elizabeth Seton Children's Ctr, Eljin Construction, Elk Investors, Elkus Manfredi Architects Ltd, Ellanef Mgf Corp, Ellenberg & Partners, Ellenoff Grossman & Schole LLP, Elli Ny Design Corp / Metropolitan Realty LLC, Elliot Schwartz Mdpc, Elmax Builders Supply Co, Elmer W. Davis, Inc. Baldwinsville, Ny, Elmhurst Care Ctr, Elmhurst Electric Corp., Elmhurst Pediatrics, Elmo Realty, Elmo Usa Corp, Elmont Un Ion Free School Dist, Elmore Magazine, Elq Industries Inc, Elsol Contracting & Constr Inc, Eltech Elevator Industries, Elvo, Elysabeth Kleinhans Theatrical, Emanon Electric Inc, Emblazent Inc, Emblemhealth, Inc., Emc Corp, Emco Plumbing & Heating Co, Eme Group Consulting Engineers, Emerald Peek, E-Merge Systems, Inc., Emergency Dept James J Peters, Emergency Dept Newyork, Emergency Dept Ny-Presbyterian, Emergency Dept Queens Hosp Ctr, Emergency Dept Staten Is Univ, Emerging Health Info Tech LLC, Emerging Leaders, Emirates, Emm Group, Emo Trans, Emover Software, Empac Contracting Corp., Empire Asset Mgmt Corp Ltd, Empire City Casino At Yonkers, Empire City Iron Works, Empire Coffee Co, Empire Control Abatement Inc,

Empire Entertainment Inc, Empire Hotel, Empire Medical Group Of Ny Pc, Empire Medical Svc, Empire Music, Empire Office, Empire Physical Medicine-Pain, Empire Stat Group LLC, Empire State Construction Co, Empire State Development Corp, Empire State Equities, Empire State Fuel Co, Empire State Medical, Empire State Piping Co., Inc., Empirehd, Inc, Empl, Enago, Encompass Develop Design & Construct LLC, End Point Corp, Endai Worldwide, Endavor Streaming, Endeavor, Endeavor Global, Energize Electrical Contracting, Energy Fencing Inc., Energy Intelligence Group, Enertex Marketing Inc, Engel Burman Group, Engine Factory, Engineers Country Club Inc, Englehard Corp, Eng-Wong, Taub & Associates, Enigma Diagnostic Corp, Ennead Architects LLP, En-Power Group, Enrique Norten Architecture, Ensome Builders Inc, Ent & Allergy Assoc LLC, Ent and Allergy Associates, Ent-Ear Nose & Throat Journal, En-Tech Corp, Entech Engineering, Entergy, Enterprise Community Investment, Inc., Enterprise Electrical Contrs, Enterprise Engineering Inc, Enterprise Pals, Inc., Entertainment Software Assn, Entertainment Tonite Music Inc, Entlaw Inc, Entourage Flooring Inc, Environet Systems LLC, Environmental Defense Fund, Incorporated, Environmental Laboratories Inc, Envision Architects, Eon Mechanical Inc., Epec LLC, Epic Ediscoverty Solutions, Epic Long Island, Epic Pharma LLC, Epic Security Corp, Epic Sports Inc, Epilepsy Foundation Of Long Island Inc, Epiq Systems Inc, Episcopal Divinity School, Episcopal Health Services Inc., Episcopal Relief and Development, Episcopal Social Services, Epithany Construction Svc, Epm Communications Inc, Epner Technology, Epoch Investment Partners Inc, Epoch Times Assoc Inc, Epq Ediscovery Solutions Inc, Epstein Drangel Bazerman James, Equinox 63rd Street Inc., Equinox Fitness, Er Dox Pedia-Nytp, Eres, Ernst and Young LLP, Eshel Partners, Esi Cases & Accessories, Esila D. Obiang, Esm Construction Corp, Esoftware Associates Inc, Esperanzaenterprises, Inc., Esplanade, Esposito Builders, Esquire Legal Staffing, Ess & Vee Acoustical Contrs, Essex, Estee Lauder Intl, Esteem Patrol Inc, Etg International LLC, Ethosphere Press, Eti, Ets Contracting Inc, Ettinger Engineering Associates, Euro Castle Construction, Euro Castle Construction Corp., Euro Rscg Direct Response LLC, Euromed Inc., Europa Construction Corp, European Craft Inc, European Reinsurance Corporati, Eurostruct, Eurotech Construction Corp, Evans & Paul Unlimited Corp, Evans Heintges Architects PLLC, Event Journal Inc, Everest Advisors Car Accident, Evergreen Environments LLC., Evergreene Architectural Arts, Everlast Worldwide Inc., Everwest Real Estate Investors, Everyday Health, Everything, Evins Communications Ltd, Evista Group, Evojets LLC, Ew Howell Company Inc, Ewingcole Architects, Ex Air, Inc. D/B/A Ddc Air Conditioning, Exair Inc, Exane, Inc., Excav Services Inc, Excel At Woodbury For Rehab, Excel Interior Construction, Excel Media Systems, Excel Security Corp, Excellent Asphalt Paving, Excelon Associates, Excelsior Automotive, Excelsior Hotel Manhattan Nyc, Excelsiorhome Health Care, Exchange, Exclusive Door Co Inc, Exec Comm LLC, Execusearch Group, Execu-Sys, Ltd., Executive Health Program, Executive Physicians Systems, Executive Snow Control, Expedite Construction, Experian Information Solutions, Inc., Expert Institute, Expert Service, Explorers Tech, Exponents Inc, Express Contracting Of Neck, Express Trade Capital, Exquisite Builders, LLC, Extell Development Co, Extended Care Facility, Exterminare Pest Control, Exude Fitness, Eye Care Assoc, Ez Facility Inc, E-Z-Em Inc, Ezra Medical Center, Ezras

Choilim Health Center, F & E Maintenance Inc, F & F Roofing Co, F & S General Construction Inc., F C Sturtevant Co, F Chau & Assoc LLP, F D R Svc Corp, F I Electric, F M Brush Co Inc, F X Fowle Architects, F&T Group, F. Schumacher and Co., F.I. Electrical Corp, Fab-Con Machinery Devmnt Corp, Fabiani Cohen & Hall LLP, Fabric Resources Ltd, Factory 360, Factory Pr LLC, Facts On File, Inc., Faculty Practice Assoc, Fader, Fagenson & Puglisi, Fahrenheit 212 LLC, Fair Way Plbg & Htg-Cooling, Faircom New York, Fairdinkum Consulting, Fairfax & Sammons Architects, Fairfield Refrigeration and Cooling Equi, Faith Construction Inc, Faithful+Gould, Inc., Falcon Electrical Contracting Corp, Falcone's Cookie Land Ltd, Falconhead Capital, LLC, Falidas Associates, Fames Chocolate, Families On The Move Of Nyc, Inc., Family & Salute Magazines, Family and Children's Assn, Family Care Certified Services Of Nassau, Family Center For Autism, Family Health Assoc, Family Health Ctr Ntwrk-Luth, Family Home Improvement Corp, Family Medical Practice, Family Residence, Family Services Network Of New York, Fancy Foods Inc, Fanning Electric Co Inc, Far Rockaway Treatment Ctr, Farenga Brothers Funeral Hm, Farfield Co, Farkouh Furman & Faccio, Farley Sales Installations Inc, Farmingdale Senior High School, Farragut Builders Ii Inc., Farrand Control Div, Farrell Fritz Pc, Fashion Avenue News Magazine, Fashion Institute Of Technolog, Fashion Market Magazine Group, Fat Cat, Fathom Communications, Fauna Food Corp, Faust Goetz Schenker Blee LLP, Favorite Plastics, Fax On File, Faxa Inc., Fay Kaplun & Marcin LLP, Fazio Construction, Faztec Industries Inc, Fcb Worldwide, Inc., Fcs Group LLC, Fda, Fdm Group, Inc., Fedcap, Feder Kaszovitz LLP, Federal Aviation Admin, Federal Defender Of New York, Federal Defenders, Federal Express Corporation, Federal Home Loan Bank Of New York, Federal Reserve, Federal Yellow Book, Fedex Corporation, Fegs, Feinstein Iron Works Inc, Felix Storch Inc, Feminist Press, Fenestra America LLC, Fensterstock & Partners LLP, Fenway Golf Club Inc, Ferber Chan Esner & Coller, Ferguson & Shamamian Archt, Ferrara Bakery & Cafe, Ferraro & Wyatt, Ferrell Calvillo Communication, Ferro Kuba Mangano Skylyar Pc, Ferrod Associates Inc, Fetal Evaluation, Fetner Properties, Fgi Corp, Fgph Corp, Fhi 360, Fiberall Corp, Fiberwave Technologies, Fiction Magazine, Fidelis Care, Fidelis Contracting, Inc., Fidelus Technologies, Fiducial, Fiduciary Trust Company Intern, Fiedler Co Inc, Fiedlis Contracting Inc., Field Library, Field Thomas, Fieldston Clothes Inc, Fieldstone Lodge, Fieldvision Services Inc, Fiera Capital Inc., Fifth Avenue Counseling Ctr, Fifth Avenue Digital, Fig Press, Figliulo & Partners, Filco Carting Corp., File Stream Inc, Film Movement LLC, Film Payroll Svc, Film Rise, Fin & Brew, Final Cut Usa, Final Frame, Final Push Construction Inc, Finance, Financial Clinic The, Financial Information Forum, Financial Press Corp, Finback Brewery, Fine Communications, Fine Sheer Industries Inc, Fine Star Electric, Finest Air Inc, Finish Line Collision Inc, Finishing Trade, Finivation Software, Finn Partners, Inc., Finsbury Solutions, Finsoft Consultants, Fire Alarm Electrical Corp, Fire Hydrant Parts Brooklyn, Ny, Firmenich Inc, Firmenich Incorporated, First American International Bank, First Amern Title Ins Co Of Ny, First Class Management Co, First Construction Group, First Data Corporation, First Derivatives Us Inc, First Eagle Investment Management, LLC, First Hand, First Investors Corp, First Medcare, First Medical Immediate Med Cr, First Protocol Inc, First Quality Enterprises Inc, First Response Advantage Inc, First Run Features, First Spice Mixing Co, First

Spring Corporation, First Standard Construction, First Star Automotive, First2print, Fischer & Makooi Architects, Fischer Bros, Fisher Marantz Stone Inc, Fit Pregnancy Magazine, Fitapelli & Schaffer LLP Nyc, Fitch Group, Inc., Fitzgerald & Fitzgerald, Fitzgerald Cantor Brokerage Lp, Fitzpatrick Cella Et Al, Five A Incentive Planners Inc, Five Boroughs Brewing, Five O'clock Club, Five Star Contracting Companies Inc, Five Star Electric, Five Star Products Inc, Fj Sciame Construction, Fja, Fjc Security Services, Flaggstaff Technology Group Inc, Flagship Brewing Co, Flagship One Inc, Flash Electronics Inc, Flashpoint Medica, Flat Iron Hotel, Flatbush Development Corp, Flaxmove Moving Co, Fleet Wash, Fleetwood Lock Co Inc, Fleurchem Inc, Flex Construction, Flicker Garelick & Assoc, Flight Path, Flint & Steel, Flintlock Construction Svc LLC, Floating Hospital Inc, Floracon LLC, Florence E Smith, Florida Safety Contractors Inc., Flushing Asphalt, Flushing Bank, Flushing Commons LLC, Flushing Hospital Medical Center, Flushing Savings Bank, Fm Office Express, Fmc Engineering, P.C., Fmcp, Fna Engineering Services, P.C., Focus Construction Group, Focus Group, Fogarty Finger Architecture Interiors, Fojp Service Corp., Foley and Lardner, Foley Inc, Folia, Fong & Wong Pc, Fong Inn Too, Food Bank For New York City, Foodmatch, Foong & Mak, Foot Locker, Foothold Technology, Forchelli Curto Deegan, Ford and Harrison, Ford Foundation, Ford Models Inc, Fordham Marble Co Inc, Fordham University, Foreht Last Landau-Katz Attys, Foresight Theatrical LLC, Forest City Ratner Companies, LLC, Forest Hills Financial, Group., Forest Hills Orthopedic Group, Forest Laboratories Inc, Forest View Nursing Home Inc, Forestdale, Formed Plastics Inc, Formica Construction Co Inc, Formula Public Relations, Formulated Solutions LLC, Forrest Solutions Inc, Forrester Fence Co Inc., Forsman & Bodenfors, Forsythe Cosmetic Group Ltd, Forsythe Cosmetic Group, Ltd., Forsythe Plumbing & Heating Corp, Fort Cica Roofing & Gen Contrs, Fort Greene Senior Council, Fort Schuyler House Inc, Fort Tryon Overlook Property Owner LLC, Fort Tyron Nursing Home, Forte Construction Corp, Forte Remodeling Inc, Fortis Property Group, Fortress Investment Group LLC, Forum Personnel, Fos Development Corp, Foster + Partners, Foto-Care Ltd, Fotopoulos Rosenblatt & Green, Foundation For Research-Sex, Fountain House Inc, Four Seasons Dialysis Ctr, Four Seasons Hotel New York, Four Star General Cleaning Svc, Four Tribes Construction Services, LLC, Four Winds Hospital, Foursquare Labs, Inc., Fourth Floor Fashion, Fourth Street Inn LLC, Fox Horan & Camerini, Fox News Network, LLC, Foxy Machine, Fpa Billing Dept, Fporter Recovery Services, Fps Contracting Inc, Framan Mechanical Inc, Frame Store, Francis Levien Gymnasium, Franciscan Community Ctr, Franco Belli Plumbing & Heating, Frank M Debono Construction, Frankel Associates, Franklin & Lennon Paint Co, Franklin Immediate, Franklin Templeton Investments, Franklin Weinrib Rudell-Vssll, Frank's Home Improvement, Fratello Construction Company, Frauscher Sensor Tech. Usa Inc., Frazer and Feldman LLP, Frbny, Fred Alger Management Inc, Fred Smith Plumbing & Heating, Fredante Construction, Freddys Home Improvement, Frederick Wildman and Sons, Free Country, Free Hill Hogan & Mahar, Freedman and Co, Cpa, Pc, Freelance Recruiter, Freeport Screen & Stamping Inc, Freidman & James, Frekhtman & Assoc, French & Casey LLP, French Mission To Un, French Sole Comfort, Frenco Architectual Metal, Frendel Brown & Weissman, Frenkel Benefits, LLC, Frenkel Herschkowitz-Shafran, Fresh Air Fund, Fresh Meadow Country Club,

Fresh Meadow Electrical Contractors , LLC, Fresh Meadow Mechanical Corp., Freshdirect, Fried, Frank, Harris, Shriver and Jacobs, Friedland Properties Inc, Friedman & Anspach, Friedman Kaplan, Friedman LLP, Friedman Management Corp, Friedwald Ctr For Rehab and Nursing, LLC, Friends Academy, Friends Of The High Line Inc, Friends Of The Queensway, Frigid Solutions, Frog Design Inc, Frontier Kemper Construction Inc, Frontier Soloutions Inc, Fross, Zelnick, Lehrman, and Zissu Pc, Fs, Fsg Electric, Fsi Architechtural, Fti Consulting (Sc), Inc., Fudge Foundation, Fujifilm U.S.A, Inc., Fulcrum Group, Full Circle Construction, Full Picture, Full Service Contracting Inc, Fulton Commons Care Ctr LLC, Fulton Rowe & Hart, Funaro Co, Fund E-Z Development Corp, Funfest Ny, Fung's Construction Inc, Funtime Amusements Inc, Furey Furey Leverage Manzione, Furman Kornfeld & Brennan, Furniture Rental Assoc Inc, Fusco Brandenstein & Rada, Fusebox Inc, Fusion Telecomm Intl, Inc., Future Star Day Camps, Future Tech Consultants Inc, Fx Collaborative, Fxcm Inc., Fxfowle Architects, G & F.A.S.T. Electric Incorporated, G & M Mechanical Inc, G G Engineering, G M, G M Major Holding Inc, G R Reid Assoc LLP, G4s Secure Integration LLC, Ga Fleet Assoc., Gabbe Group, Gabe Construction Corp, Gabellini Sheppard Assoc LLP, Gabriels Technology Solutions, Gabsy Hotel, Gace Consulting, Gair Gair Conason Rubinowitz, Gal Manufacturing Corp, Gala, Galaxy General Contracting Corp, Gallery 57 Dental LLC, Gallery System Inc, Gallet Dreyer & Berkey LLP, Gallivant Times Square, Gallo Vitucci Klar, Galvin Bros. , Inc/Madhue Contracting, Inc. Jv, Gamco Corp, Game Sportswear Ltd, Gandhi Consulting Engrs-Archt, Ganer & Ganer LLC, Ganfer Shore Law Office, Gannon Vitolo Contracting LLC, Garage Management Corp, Garan Incorporated, Garden Care Ctr, Garden City Country Club, Garden City Dermatology Pc, Garden City Dialysis, Garden City Group, LLC, Garden City Hotel, Garden City Park Water/Fire District, Garden City Pool, Garden City Surgery Ctr, Garden Of Eden Home For Adults, Gardiner and Theobald, Inc., Garfunkel Wild & Travis, Garganigo Goldsmith & Weiss, Garland Publishing, Garrison Institute, Garrison Properties LLC, Garrity Graham Murphy Garofalo, Gartner & Bloom, Gary B Pillersdorf Law Offices, Gary Plastics Packaging Corp, Gary S Mayerson & Assoc, Gary Tsirelman Law Office, Gas Turbine Controls, Gaskets R Us, Gasper Accardi, Gastonwhite, Gastrointestinal Associates, Gate Hotel Jfk Airport, Gateway Arms Realty Corp., Gateway Demo/Civil Corp., Gateway School Of New York, Gatti Industries Ii Inc, Gazebo Contracting Inc., Gbg Usa Inc., Gccom Cons. Co., In, Gcs Computers Inc, Gcs Software LLC, Gdc Properties LLC, Gdhd, Gds Development, Gell & Gell, Geller and Company LLC, Gem Hotel, Gem Quality Corporation, Gemco Restorations, Gemini Security Services, Gem-Quality Corpporation, Gemveto Co Inc, Gener8 Maritime, Inc., General Atlantic LLC, General Bearing Corp, General Construction Corp, General Electrical Contracting, General Fireproof Door Inc, General Foundries Inc, General Human Outreach Inc, General Refinery, General Services Administration (Gsa), Generation Ready Inc., Genesis Architectural, Genesis Design & Construction, Geneva Worldwide Inc, Gennus Corp, Genpact Limited, Genpak LLC, Genrus Corp, Gensler, Gentile Pismeny and Brengal LLP, Genuine Construction, Geodesign Inc, Geodesign Inc., Geoffrey D Menin Pc, Geomatrix Services Inc, George A Fuller Co Inc, George Auto Rental Corp, George Breslaw & Sons, George Little Management, George Weiss Inc, Geotechnical Engineering Services, P.C., Geotext Translations Inc, Geppetto Group, Gerald &

Lawrence Blumberg, Gerald Karikari Pc Law Ofc, Gerald W Lynch Theater At John, Gerber Life Insurance Company, Gerety Building & Restoration, Gerindustries Gerindustries, Gerlach Frames Inc, Gerner Kronick-Valcarcel Archt, Gersh Agency Ny Inc, Gershbaum & Weisz Pc, Gerson Lehrman Group Inc, Gersowitz Libo & Korek Pc, Gerstman LLC, Getinge Usa Sales LLC, Getman & Sweeney PLLC, Gettry Marcus, Gf55 Partners, Gfi Capital Resources Group Inc, Gfk, Gfl, Ghostery Inc., Ghwa, Gi Energy, Giachetti Plumbing, Gianfia Corp, Giansia New Hampton, Ny, Giant Magazine, Giants Engineering, Gibbons Esposito & Boyce Engrs, Gibney Anthony Flaherty Law, Gibney Dance, Gibney, Anthony and Flaherty, Gibraltar Transmissions, Gifts Software Inc, Gig-Werks, Gilbane Building Company, Gil-Bar Industries, Gilbride Tusa Last & Spellane, Gilder Gagnon Howe and Co, Gillman Consulting Inc, Gilloco Construction Inc, Gilmartin Poster & Shafto LLP, Gilsanz Murray Stefick LLP, Gilston Electrical Contracting, Gin Lane Media, Giordano Builders, Giorgio Armani Corporation, Giraldi Media, Girl Be Heard, Girl Scouts Of The Usa, Girls Write Now Inc, Glacier Films, Gladding Mcbean, Gladstein Reif & Meginniss, Glassbox Digital, Glassesusa LLC, Glen Cove Hospital, Glen Cove Mansion Hotel-Cnfrnc, Glen Head Country Club, Glen Oaks Village Owners Inc, Glengariff Corp, Glenhaven Organization, Glenman Construction, Glenwood Mason Supply Co Inc, Glickman Engineering, Glissen Chemical Co Inc, Glm Security & Sound, Global Advertising Strategies, Global Bmu LLC, Global Brands Group, Global Capital Advisors LLC, Global Carpet & Upholstery, Global Credit Svc Inc, Global Deposition Svc Inc, Global Electrical Contracting, Global Equipment Company Inc., Global Holdings Management Group, Global Industries, Global Kids, Inc., Global Liquid Markets, Global Medical Transcription, Global Pediatrics P C, Global Sales Ltd, Global Sourcing & Design, Global Strategy Group LLC, Global Technology, Global Vision Magazine, Global Vision Mktng & Design, Global X Management Co LLC, Glocap, Gluck+ Architecture, Gluckman Mayner, Gm Data Communications Inc., Gmj Contracting, Gmp, LLC, Go! New York, Gocard, Godinger Silver Art Co Ltd, Godiva Chocolatier Inc, Godosky & Gentile Pc, Godwin Inc, Gogorilla Media, Gogotech, Goidel & Siegel LLP, Gold Crest Care Ctr, Gold Service Movers Inc, Gold Start Electrical Inc, Goldberg & Lindenberg Pc, Goldberg Segalla, Goldberg Weprin & Ustin, Goldberger Co, Goldcrest Post Productions, Golden Care, Golden Chocolate Inc, Golden Krust Caribbean Bakery Inc., Golden Oldies Ltd, Golden Rothschild Spagnola Pc, Golden Touch Imports, Inc., Goldengate Nurses, Goldenhearts Elderly Care Services, Goldfarb & Fleece, Goldfarb Abrandt Salzman, Goldfarb Properties, Goldfinger & Lassar Iwyrs, Goldilocks Films, Goldin Capital Management Lp, Goldman & Young Group, Goldman Copeland Assoc, Goldstein & Co, Goldstein & Greenlaw, Goldstein & Lee P C, Goldstein Rikon Rikon, Goldstein Siegel-Herman Md Pc, Golenbock Eiseman Assor Bell, Golf Club Of Purchase, Golf Pro Delivered, Golfer Mag, Gombert Industries Inc, Good, Good Shepherd Services, Goodkind Group LLC, Goodmart, LLC., Google, Gorayeb & Assoc, Gordon H Smith Corp, Gordon Herlands, Gorlick Kravitz & Lishaus Pc, Goshow Architects, Goss & Goss Custom Metal, Gotham, Gotham Co Inc, Gotham Consulting Partners LLC, Gotham Hotel, Gotham Organization, Gotham Per Diem Inc, Gotham Soccer League, Gotham Technical Training Corp, Gotham Yellow LLC, Gould Paper Corporation, Gourmet Boutique, L.L.C., Gouverneur Healthcare Services, Government, Gowanus Expressway Project, Gpi -

Greenman-Pedersen Inc, Gpm Lawn Sprinkler Parts, Grace Community Church, Grace Engineering, Grace Industries Inc, Grace Institute, Grace Lutheran Pre-School, Grace Plaza Nurse & Rehab Ctr, Grace Plaza Of Great Neck Inc, Gracepoint Gospel Fellowship, Graciano Corp, Grade Architects, Gradient, Grado Labs Inc, Graduate Center Foundation, Inc., Grady Levkov and Company Inc, Grady S Cold Brew, Graham Windham, Gramercy Cardiac Diagnostic, Gramercy Group Inc, Gramercy Jewelry Mfg Inc, Gramercy Mri-Diagnostic Rdlgy, Gramercy Park Physicians, Gramercy Surgery Ctr, Grammercy, Grand Basket Co Inc, Grand Builder Contracting Inc, Grand Central Neighborhood, Grand Hyatt New York, Grand Manor Nurse & Rehab Ctr, Grand Mechanical Corp, Grand Mini Mart, Grand Prix New York, Grand Street Guild Hdfc LLC, Grandma Moses Properties Co, Granite Construction Northeast Inc, Granoff Walker & Forlenza, Grant & Eisenhofer Pa, Graphic Management Partners, Graphic Systems Group, Graphic Visions Group, Graphite Metallizing Corp, Graubard Miller, Gravitas Technology, Gray Krauss, Graystone Construction Manag, Great American Restoration Svc, Great Atlantic Construction Spe LLC, Great Construction & Renovation, Great Eastern Energy, Great Eastern Maintenance Svc, Great Eastern Metals, Great Forest, Great Jones Spa, Great Neck Medical Group, Great Neck Obstetrics, Great Neck Saw Mfrs Inc, Great Small Works Inc, Greater Hudson Bank, Greater New York Mutual Insura, Greater Ny Endoscopy Surgical, Greater Ridgewood Youth Council, Greater Talent Network Inc, Greater Than One Inc, Greco Roman Design Corp, Greeley & Hansen Engineers, Green Asphalt, Green Builders Group Ny Corp., Green Chimneys Childrens Services Inc., Green Field Construction Group, Green Island Group Corp., Green Key Temp LLC, Green Ny Corp, Green Pro Cleaning Mntnc Inc, Greenacres Press Inc, Greenberg Kirshenbaum Inc, Greenberg Trager & Herbst, Greenburgh 11 Union Free School District, Greenburgh Health Ctr, Greencard Pictures LLC, Greenfield Industries, Inc., Greenfield Stein & Senior, Greenman Pedersen Inc., Greenstein & Millbauer LLP, Greenway Products & Svc LLC, Greenwich House, Greg Beeche Logistic LLC, Gregory Hotel New York, Gregory M Longworth & Assoc, Gregory P Joseph Law Ofc LLC, Grenadier Corp, Gretel Inc, Grey & Grey LLC, Greymart Metal Co, Greystar, Greystone and Co, Inc., Gridspan Corporation, Griffin Dewatering N.E., LLC, Griffon Associates, Grimm Artisanal Ales, Grimshaw Architect Pc, Grindstone Brewing Co LLC, Grok, Grosvenor Realty Group LLC, Groton Partners, Grotto Plumbing, Groundwater Press Assoc, Group Health Dental, Group Iii Inc, Group J Inc, Groupm Worldwide, Inc., Grove Press Editorial Pblcty, Grownyc, Growth Products LLC, Grp Financial Services, Gruber Palumberi Fried Raffale, Gruzen Samton LLP, Gryphon Construction, Gs Humane Corp, Gse Worldwide, Gsi Systems, Gtl Construction LLC, Gts Construction Corp, Gtx Construction Associates, Corp., Guaranteed Home Impro, Guard Management Svc Co, Guardian Consulting Svc Inc, Guardian Life, Guardian Service Industries, Guardsman, Guardsman Elevators, Guercio & Guercio Law Offices, Guggenheim Partners, Guidepoint Global, LLC, Guilford Publications Inc, Gulotta Law Group LLC, Gungho Associates Inc, Gupton Marrs, Gurri Inc, Gusrae Kaplan Bruno Nusbaum, Gust, Gustav Restoration LLC, Guth Deconzo Consulting Eng, Gutman Mintz Baker-Sonnenfeld, Guy Brewer Dialysis Ctr, Guy Nordenson & Assoc, Gwathmey Siegel Kaufman-Assoc, Gwec Leasing Corp, Gwertzman Lefkowitz Smith, Gwy, Gyro New York, Gza Geo Environmental Of Ny, H &

24

E Equipment, H & L Contracting LLC, H and M Hennes and Mauritz L. P., H Architecture, H Brothers The Wash, H F Management Svc LLC, H J Kalikow & Co LLC, H Klein & Sons Inc, H L Large Corp, H M Hughes Co Inc, H R Sourcing Solutions, H. Davis Associates Inc., Haber Group, Habib American Bank, Hach & Rose LLP, Hagedorn Communications, Hahn & Hessen LLP, Hailey Development Group, Hain Celestial, Haitian Centers Council Inc, Hakim Organization, Haks, Hal, Halcyon Business Publications Inc, Halcyon Construction Corp, Haley & Aldrich Of New York, Hall and Partners Usa LLC, Halmar Construction, Halo Media LLC, Halperin Battaglia Raicht LLP, Halstead, Halstead Quinn Propane, Inc, Hamilton Madison House, Hammill Obrien Croutier, Hampden Engineering Corporation, Hampshire Country Club, Hampshire Hotels Mgmt LLC, Hampshire House, Hampton Popcorn Co, Hampton Sheet Magazine, Hanac Inc, Hancock Law Firm, Hand Baldachin & Amburgey LLP, Hand Held Films, Handel Architects LLP, Hannum Feretic Prendergast and Merlino,, Han-Padron Assoc LLP, Hanweck Associates, Har Maspeth Corp, Hara Partners, Harbor Child Care, Harbor Seafood, Harbour Mechanical Corp, Harco Construction, Hardesty & Hanover LLP, Hardscrabble Cider, Hargraves Mcconnell & Costigan, Harlem Children's Zone, Inc., Harlem Commonwealth Council, Harlem East Life, Harlem Health Ctr, Harlequin Magazines Inc, Harm Reduction Coalition, Harman Contracting Inc, Harmon Ophthalmology, Harmony Services Inc, Harold Ober Assoc Inc, Harper Collins Publisher, Harpers Magazine, Harriet Campell Inc, Harris Miller Miller & Hanson, Harrison and Star LLC, Harrison New York Real Estate, Harry Brainum, Harry Joseph & Assoc, Harry Walker Agency Inc, Hart Howerton, Hartsdale Imaging, Hartsdale Medical Group Div, Hartwell Industries, Harvard Club Of Ny City, Harvard Maintenance Inc, Hasc Center, Hasc Dandt Center, Hatch Mott Macdonald, Hatchet Design Build, Haug Partners LLP, Hauser Communications, Haven Caldwell Md, Haven Rooftop @ The Sanctuary, Haver Analytics Inc, Havkins Rosenfeld Ritzert, Hawk Drilling Co Inc, Hawkins International, Haworth Coleman & Gerstman LLC, Hayes Pump Inc., Haym Solomon Nursing Home, Haymarket Media, Inc., Hayward Finesse Lic, Hazel Tree Fund Svc, Hazen & Sawyer Corp Hq, Hbc Company Inc, Hca In Medicine, Hdr, Hdr (Henningson Durham & Richardson), Hdr Inc, Headcquarter Mechanical Inc, Health & Educational Equipment Corp, Health Care, Health Care Chaplaincy Inc, Health Care Navigator, Health First Inc, Health Insurance Plan-Greater, Health Plan Of America, Health Plus Management, LLC, Health Products Corp, Health Resources Optimization, Health Science Ctr-Cont Med Ed, Health Watch Lifeline Inc, Healthcare 21 Communications, Healthcare Associates In, Healthcare Choices, Ny, Inc., Healthcare Partners New York, Healthfirst, Healthi Nation, Healthpass, Healthplex Inc, Healthwise Associates,LLC, Hearst Corp, Hearst Holdings Inc, Heart Of Chelsea Animal Hosp, Heartbeat Experts, Heartland Brewery LLC, Heartshare Human Services Of New York, Heartwood Corp, Heathcote Medical Assoc, Heatherwick Studio, Heatherwood, Heavy Construction Co, Heavy Construction Company, Hebrew Home, Hecht Kleeger & Damashek Pc, Hefti, Heiberger & Assoc Pc, Heights Woodworking, Heineken Usa Incorporated, Heinemann Murk-Hein Md Office, Helbraun Levey, Helen Hayes Hospital, Helen Keller Svc, Helene Fuld College Of Nursing, Hellenic Times Scholarship Fnd, Heller Horowitz & Feit, Hellman Construction, Hellman Electric Corporation, Help Homeless Svc

25

Corp, Help Support Ctr, Help Usa, Help/Psi Inc, Helwig Henderson Lamagna-Gray, Hematology Oncology Assoc, Hempstead Golf Club Inc, Hempstead Highway Dept, Hempstead Public Library, Hempstead Public Schools, Hempstead Turnpike Dental Supl, Henegan Construction Company, Inc., Henick Lane Inc, Henry B Hucles Nursing Home, Henry J Carter Spclty Hosptl and Nursing, Henry Street Settlement, Herald Square Dental & Denture, Herald Square Hotel, Herbert Construction Co Inc, Herbert Selzer Law Office, Herbert Smith Freehills Ny, Herbs Towing Svc, Heritage Equity Partners, Heritage Hotel New York City, Herrick, Feinstein LLP, Hershels, Hertz Electric LLC., Hertz Herson & Co LLP, Hesa Brokerage Inc, Heso Electrical Inc, Hetrick Martin Institute Inc, Hewlett Oil Svc Inc, Hewlett Radiology Ctr, Hexagon Construction & Electrical Group, Inc., Hga Quest, Hhcs Inc, Hibu, Hicksville Machine Works Corp, Hidamari Engineering Services Pc, High Concrete Group LLC, High Field Gardens, High Line Hotel, High Quality Video Inc, High Ridge House, High Rise Fire, High Volt Electric Corp. Of America, Highbridge Capital Management, LLC, Highland Associates, Highland Care Ctr, Highline Stages, Hill & Moin LLP, Hill Betts & Nash LLP, Hill International, Hill Street Residence, Hill West Architects, HiLLCrest Radiology Assoc Pc, Hiller Pc, Hillside Internal & Geriatrics, Hillside Manor, Hilt Construction Inc., Hilton Inn Corporate Office Headquarters, Hima Group, Himmelstein Mcconnell Gribben, Hines, Hirani Engineering-Land, Hire Counsel, Hirschen Singer Epstein, Hiscox Inc., Hispanic Counseling Center, Hispanic Federation, Historic Hudson Valley, History Channel, Hitachi America Ltd, Hi-Tech Air Conditioning Service, Hi-Tech Metals Inc, Hitek Building Renovations, Hi-Tek Data Corp, Hitemco Inc, Hiv Bureau, Hi-Way Safety Systems, Inc. New York, Ny, Hjt & More Ink, Hlw International LLP, Hmla Group Inc, Hms Productions Inc, Hntb Corporation, Hntb Engineers Architects Pc, Hny Ferry LLC, Hobbs Inc, Hoberman Lesser, Hoffinger Firm, Hoffman & Roth LLP, Hoffmann & Baron LLP, Hofheimer Gartlir & Gross LLP, Hofmann & Schweitzer, Hogg Robinson Usa LLC, Hok Inc, Holbrook Pipe Supply Inc, Holiday House Inc, Holland and Knight LLP, Hollow Brook Golf Club, Hollwich Kushner Architecture (Hwkn), Holm & Drath, Holm Ohara LLP, Holt Construction, Holwell Shuster and Goldberg, LLP, Holy Comforter Field Home, Holyoke Fittings Inc, Home Abstract Corp, Home Depot, Home For The Aged Blind, Home Helpers Of Westchester, Homeland Movers, Homeric Contracting Company, Homesite Insurance, Homestead Editorial Inc, Hometeam Technologies Inc, Honey Construction Ny Inc, Honolulu Magazine, Honor Construction Inc, Honors Bridge Ctr, Hooligan, Hope Center, Hope Community Inc, Hopeton Care, Hopkins Center Nursing Ctr, Hopp Co Inc, Hopson Development Holdings, Horace Mann School, Horing Welikson-Rosen Law Firm, Horizon Care Ctr, Horizon Engineering, Horizon Healthcare Staffing, Horowitz & Ullman, Horse Power Electric, Hoskie Trading Inc, Hospice Of New York, Hospital, Hospital For Joint Diseases, Hospital For Special Surgery, Hospitality Design, Hospitality Ebusiness, H-O-T Drill Screws, Hotel @ New York City, Hotel @ Times Square, Hotel 50 Bowery, Hotel At 5th Avenue, Hotel Beacon Nyc, Hotel Boutique At Grand Cntrl, Hotel Caribe, Hotel Cliff, Hotel Copy Ctr Inc, Hotel Edison, Hotel Elysee, Hotel Franconia, Hotel Giraffe, Hotel Internet Strategies, Hotel Manhattan Bridge, Hotel Metro, Hotel Mulberry, Hotel Newton, Hotel On Rivington, Hotel Reservation, Hotel Riu Plaza Ny Times Sq, Hotel Riverside, Hotel Shocard,

26

Hotel Three O Nine, Hotel Wales, Hotels Ab, House Of Adjustments, House Of Code Inc, House Of Spices, Housing and Services, Inc., Howard Hughes Corporation, Howard I Shapiro & Assoc, Howard Needles Tammen & Bergendoff, Howell, Hq Capital, Hr and A Advisors, Inc., Hr Consulting, Hr Process, Hr2 Consultants, Hra, Hrd, Hrm Engineering Pc, Hse Contractors, Hsh Nordbank Ag, Hsm Americas, Inc., Hss, Hub Home Improvements, Hub Truck Rental Corp, Huddled Masses, Hudson Bay Fund Lp, Hudson Companies Inc., Hudson Fusion, Hudson Guild, Hudson Health Plan, Hudson Hills Golf Course, Hudson Meridian Construction Corp, Hudson River Healthcare, Hudson River Park Trust, Hudson Scenic Studio, Hudson Software Corp, Hudson Technologies Inc H Q, Hudson Valley Bank, Hudson Valley Blood Svc, Hudson Valley Cardiology Group, Hudson Valley Hospital Center, Hugh O'kane Electric, Hugh Wood Inc, Hughes Drywall Construction, Hughes Hubbard and Reed LLP, Huicatao Corp, Hullstrung and Dilillo Physical, Human Condition Safety Inc, Human Development Svc-Wstchstr, Human Music & Sound Design, Human Rights First, Humanscale Corporation, Humble Chic Ny LLC, Hundred Year Assn, Hunkamania Male Dancers, Hunter Aerospace Inc, Hunter Ambulette-Ambulance, Inc, Hunter College-Research Admin, Hunter Douglas Inc., Hunter Roberts Construction Group, Hunter Sportsplex, Hunts Point Multi Svc, Hurlburt Heating Plumbing & Electric, Hush, Huson International Media, Hutton Solomon, Huxley Associates, Hvb America Inc, Hvb Construction Inc, Hyatt Hotels/Grand Hyatt New York, Hyatt Leader Ltd, Hydro-Marine Construcion Company, Inc., Hydronic Concepts, Hylan Datacom & Electrical Inc, Hyperlink Inc, Hypo Vereins Bank, Hytorc, I Grace Co, I M Robbins Consulting Engineers, I Perceptions, I Rise, I S Systems Inc, I Spiewak & Sons Inc, I.M. Robbins, P.C Consulting Eng, Iac/Interactivecorp, Iace Travel, Ian Karr Assoc Inc, Iannelli Construction Co Inc, Iatse National Benefit Funds, Ibc Groups, Ibc/Shell Packaging, Iberostar 70 Park Avenue, Ibm, Ibm Ix, Ic Bus Inc., Icahn Charter School 6, Icahn School Of Medicine At Mount Sinai, Icahn Stadium, Icas Networking Cables Services, Icav, Icc Chemical Corp, Icd, I-Chd, Icl, Icon Development & Constr LLC, Icon Interiors Inc, Icon Magazine, Iconic Mechanical, Icor Associates, LLC, Ics Builders Inc, Ics Consulting Partners, Ics Software Ltd, Icsc, Id Public Relations, Idc Construction, Ideal Interiors Group, Ideals App, Identity Media, Ideo, Idesco, Ids America Inc, Idust Cleaning Svc, Ieh Corp, Iese Business School, Iesi Ny Corp, Ifac, Ifetayo Cultural Arts Academy Inc., Igetsmart, Iggi App Inc, Igx Construction LLC, Ihg, Ihs Markit, Ilevel Solutions LLC, Ilw.Com, Image Axis Inc, Image Office Environments LLC, Imagemedia.Com, Imageon Consulting, Imagework Technologies Corp, Imaginary Forces LLC, Imagination The Americas Inc, Imagine Software, Imagineer Technology Group, Imc Corp, Imesh Inc, Img Artists, Immigration Equality Inc, Immigration Filing Svc, Impact Absorption Inc, Impact Displays, Imperium Construction, Impulse Dynamics (Usa) Inc., Imspire Kids, In Demand L.L.C., In Depth Inc., Inamul Haq Md, Ind Living Assn Inc, Indbim, Indcorp Fiscal Services Inc, Independence Care System, Independence Residences Inc, Independent Coach Corporation, Independent Components Corp, Independent Living Association, Inc, Independent Temperature Control Systems, Indicative Inc, Indigo Moon Inc, Individual, Indus Architect PLLC, Industrial Pump & Repair, Infinate Software Solutions, Infinicare Inc, Infinity Consulting Solutions, Infinity Contracting Services, Infinity Sunguard, Influenster, Info Desk

27

Inc, Info Tech Innovations, Info Tran Engineers, Infogrames Inc, Infor Inc, Informa Healthcare, Information Builders, Inc., Information Management Network, Infoserve Technologies Corp, Infosys Technologies Ltd, Infrontwebcom, Infusion, Infusion Development Corporation, Ing Financial Services LLC, Inge Design, Ingram Yuzek Gainen Carroll and Bertolot, Ingrao Inc, Ingrid Finance, Initiatives LLC, Ink, Ink 48 Hotel, Inlight Electrical Corporation, Inner Space Systems Inc., Innisfree M & A Inc, Inniss Construction Inc, Innov Remodeling and Contracting Inc., Innovative Construction, Innovative Electric Of New York, Innovax-Pillar, Innovid, Innovo Property Group, Innside New York No Mad, Insall Scoot Kelly Institute, Insight Communications Co. In, Insight Out Of Chaos LLC, Insight Venture Management, LLC, Insite, Insite Advantage, Instep Marketing Inc, Instinet, Instit For Transportation and Dev Policy, Institute For Community Living, Institute For Family, Institute For Intl Research, Institute-East West Medicine, Institute-Urban Family Health, Institutional Investor LLC., Intan Corp, Intech Industrial LLC, Integral Contracting Inc, Integral Yoga Institute, Integramed Holding Corp, Integrated Construction Inc, Integrated Power Services, LLC, Integrated Project Delivery, Integrated Security Svc, Integrated Strategic Resource, Integrated Structures Corp, Integrative Medical Outpatient, Integrity Communication Tech. LLC., Integro, Intelecom Solutions, Intelleges.Com, Intelligreen Partners LLC, Intellitec Securities Svc Inc, Inter Contracting Corp, Inter Laperuta Jv, Inter Parts Industries Inc, Interactive Corporation, Interactive One, LLC, Interboro Attorney Svc Corp, Interborough Developmental, Interbrand Gertsman & Meyers, Interbrand Health, Intercept Interactive Inc., Intercounty Paving Associates, Interfaith Medical Center, Interim Healthcare, Interior Alterations, Interior Building Svc Inc, Interior Construction Corporation, Interior Renovations, Interlaken Capital Aviation, Intermediate Capital Group, Inc., International Biometric Group, LLC, International Brotherhood, International Business, International Business Machines, International Culinary Center, International Duplication Ctr, International Federation-Accts, International Flavors and Fragrances Inc, International Institute, International Interior Design, International Legal Foundation, International Management, International Multiple, International Planned, International Recovery Systems, International Rescue Committee, International Value Advisers, LLC, Internet Garage, Interphase Electric Contractor Corp, Intersoft Associates, Intersystems Corp, Inter-Wire Midwest Inc, Intl Instit For Learning, Inc, Intra Build Construction, Intralinks Holdings, Inc., Intralogic Solutions, Intricate Construction Inc, Intuition, Investcorp International, Inc., Investment Management Svc, Inwood Community Svc Inc, Ion Trading, Inc, Ionaprep, Ip Blue, Ipanema Press, Ipeor Inc, Ipreo Holdings LLC, Ipreo LLC, Ipro, Iqor, Iqpc, Iradix LLC, Irc, Irep, Irisvr Inc, Irm LLC, Iron Bridge Constructors Inc, Irving Haase, Irving Place Capital, LLC, Irving Rubber & Metal Co, Irwin Lewin Cohn & Lewin, Isabella Geriatric Center, Isda, Ishta Yoga, Isis Plumbing Inc, Island Auto Group, Island Cardiac Specialists, Island Charter Inc, Island Eye Surgicenter, Island International Exterior, Island Medical Group, Island Musculoskeletal Care, Island Neurological, Island Pavement Cutting Co., Island Peer Review Inc, Island Photography, Island Rehab, Island Rock, Ismael Leyva Architect Pc, Isobar, Israeloff Trattner and Co, Israeloff Trattner Co, Issac & Stern Architects, Italian Trade Commission, Itau, Ithaka Harbors Inc,

28

Itochu Prominent Usa LLC, Itr Industries Inc, Itrs Group, Itt Corporation, Ivoire Car Svc, J & B Body Work, J & D Carrying & Construction Corp., J & G Electrical Corp, J & G Electrical Corp., J & J Bronze & Aluminum, J & J Johnson General Cntrctng, J & N Construction Group Corp, J & S Supply Corp, J & Y Electric and Intercom Company Inc, J Anthony Enterprises, J Atacama Inc, J B Waste Oil Co, J C C Construction Corp, J D Robinson Inc, J Dannunzio & Sons, Inc., J Ferreira Construction Inc, J Foster Phillips Funeral Home, J Frankl C Mallea Associates Architects Engineers, J G Salas & Sons Inc, J J Creations Inc, J J Curran & Son Flooring, J J Rosenberg Elec Contrs Inc, J J Sedelmaier Productions Inc, J K B Contracting, J Kokolakis Contracting Inc, J L J Iii Enterprises Inc, J Pizzirusso Landscaping, J S D Construction Group, J Smith Assoc, J Sussman Inc, J T Cleary Inc, J T Falk & Co LLC, J Tang Co Inc, J W P Welsbach Electric Corporation, J&H Electrical Contracting Inc, J&N Construction Group, J. Crew Inc., J. J. Curan & Son, Inc., J. Petrocelli Contracting, Inc., J. Pizzirusso Landscaping Corp., J. Walter Thompson Company, J.B. Homer Associates, Inc., J.Calnan & Associates Inc, J.G. Electrical Testing Corporation, J.P. & C. Construction, Inc, J.Pizzirusso Landscaping Corp, Jacan Plumbing & Heating, Jack Green & Assoc, Jackie Robinson Swimming Pool, Jackson Lewis LLP, Jacob A Riis Neighborhood, Jacob Civil Consultants, Jacob Fuchsberg Law Firm, Jacob K Javits Convention Center, Jacobi Medical Center, Jacobi Pediatric Clinic, Jacobs, Jacobs & Burliegh LLP, Jacobs Engineering, Jacobson Mermelstein & Squire, Jacoby & Meyers LLP, Jaffe & Koumourdas, Jaffe A A Div-Sandberg-Skrsk, Jaidan Industries, Jaidan Industries Inc., Jam Consultants Inc, Jamaica Anesthesia Assoc Pc, Jamaica Bearings, Jamaica Hospital Medical Center, Jamcob Electric LLC, James A Jennings Co Inc, James C Lomax Construction, James Corner Field Operations, James E Fitzgerald, James F. Volpe Elect Const Corp, James H Maloy Inc, James Hotel, James Lynn Law Offices, James M Abramson Law Office, James Ontra, Jams, Inc., Jan Hird Pokorny Assoc Inc, Jan Renovation, Janco Inc, Janover LLC, Jansen Hospice-Palliative Care, Janson Goldstein LLP, Jaral Properties Inc, Jared F Brandoff Md, Jaros Baum & Bolles, Jaroslawicz & Jaros PLLC, Jarro Building Industries Corp, Jasa-Jewish Assn For Svces, Jasci Jasci, Jaspen Schlesinger LLP, Jasper Venture Group, Javu Technologies Inc, Jawonio Inc, Jay Goldberg Law Office, Jay S, Jay Suites, Jaysan Contracting Corp, Jazz At Lincoln Ctr, Jb Martin Co, Jb Screen Ptg & Embroidery, Jcc Construction, Jcc Lillian Schwartz Day Cmp, Jcdecaux North America Inc, Jc-Duggan Inc., Jdc LLC, Jdf Interiors, Jdm Contracting, Jdrf International, Jdx Consulting Ltd, Jed Engineers, Jed Foundation, Jeffer Funeral Homes, Jeffrey Mullooly Rooney Flynn, Jeffrey Samel & Partners, Jek Communications Inc, Jemco Electrical Contractors, Inc., Jen-El Construction Corp, Jenkins & Huntington, Jenner and Block LLP, Jennifer Doyle, Human Resources Specialty Care, Jennison Associates, Jerrick Associates Inc, Jerry Ganz Inc., Jerusalem Petroleum C, Jes Plumbing & Heating Corp, Jet Way Security, Jetblue Airways Corporation, Jethro Data, Jetro Holdings, LLC, Jett Industries Inc, Jewel Electric Supply Co., Jewel Hotel, Jewish Agency American, Jewish Center Of Brighton Beach, Jewish Child Care Association, Jewish Community Ctr, Jewish Federations, Jewish Home Lifecare, Inc., Jfj Fuel Inc, Jfk Advanced Medical Pc, Jfk International Air Terminal LLC, Jfk&M Consulting Group, Jgmv - Video & Photo, Jgn Construction Corp, Jgn Maintenance, Jiji Press America Lid, Jim Henson Co,

Jimlar Corporation, Jkb Contracting Inc, Jlg Architectural Products, Jlj Enterprises Inc, Jm Consulting, Jmc, Jmc Stone Corp., Jmd Building Products LLC, Jmj Electrical Corp, Joadem Corp., Job Path, Inc., Jobco Inc, Jocar Asphalt LLC, Joe Schneider Construction, Joel Berman Assoc Inc, Joele Frank Assoc LLC, Joes Pest Control, John A Hartford Fdtn, John A Lanzone Md, John A Vassilaros & Son Inc, John Ciardullo Assoc, John Civetta & Sons Inc, John Dineen Contracting Co., John E Osborn Pc, John Gallin & Son, John Grando Inc, John Nicelli Law Offices, John P Picone Inc, John Petrocelli Construction, Inc, John Weidl Assoc Inc, Johnson & Hoffman LLC, Johnson Bros Inc, Johnson Tannen Brecher Fishman, Jomark, Jonan Products and Services, Inc., Jonas Upholstery, Jonathan Arnold Inc, Jonathan Beth Conslnts Ny LLC, Jonathan C Reiter Law Firm, Jonathan Levine Photography, Jonathan Moore Atty Law Ofc, Jonathan Rose Companies, Jones Jones Larkin & O'connell, Jones Lang Lasalle, Joralemon Associate, Jorama Consulting Inc, Jordan Edmiston Group, Jordan Opticians, Jos H Lowenstein & Sons Inc, Joseph Dibenedefto Law Office, Joseph Donovan, Joseph L Balkan Inc, Joseph Lombardi Pell, Joseph M Sanzari Inc, Joseph P Addabbo Family Health, Joseph Papp Public Theatre, Joseph R Loring & Assoc Inc, Joseph Shalhoub & Son Inc, Joseph Weinstein Elec Corp, Jou Jou Designs Inc, Joy Construction Corp, Joystick Interactive Corp, Joyva Corp, Jp Construction Inc, Jp Hogan Coring and Sawing C, Jp Marking Inc, Jp Mchale Pest Management Inc, Jp Morgan Chase, Jp Morgan Chase Na, Jpl Industries, Jpp Plumbing LLC, Jpr Builders 07 Inc, Jpr Mechanical Inc, Jr Cruz Corp, Jri America Inc, Jrm Construction Management, Js Reps Corp, Jsb Partners Inc, Jt Cleary Inc, Jt Roselle Lighting & Supply, Jtp Plumbing, J-Track LLC, Judicial Paralegal Svc, Judith Heintz Landscape Architecture, Judlau Contracting Inc, Julian A Mcdermott Corp, Jun Wang & Assoc, June Jacobs Labs, LLC, Junior Achievement Of New York, Juno Healthcare Staffing Syst, Jupiter Environmental Services, Juris Solutions Inc, Just Real Construction, Justworks Inc, Juva Skin & Laser Ctr, Jvn Restoration Inc, Jw Michaels and Co. LLC, Jwalk, Jzanus Home Care Inc, Jzn Engineering, Pc., K & K Construction Inc, K & L Management Consulting, K & M, K & V Construction, K B Assoc Inc, K D One Construction Inc, K M Assoc Of Ny Inc, K M Electric, K S Engineers, K V Power Electric Inc, K W Tech Corp, K&A Engineering Consulting P, K.P Construction & Renovation Inc., K2 Intelligence, LLC, Kab Electric Corp, Kaback Enterprises Inc, Kader Lithographers, Kaeyer Garment-Davidson, Kafka Construction Inc, Kahn Gordon Timko & Rodriques, Kahuna Software Inc, Kai Kai Kiki NyLLC, Kajima Usa, Kalangala Infrastructure Svc, Kaltura Inc, Kanban Solutions LLC, Kane Davey Associates Inc, Kane Kessler Pc, Kanta Electric Corp, Kantor Davidoff Wolfe, Kaplan, Inc., Kaplow Communications, Kaprielian Enterprises, Kapris Inc, Karasyk & Moshella LLP, Karbone, Karbra Co, Karen Horney Clinic, Karen Martin, Karey Kassl Corp, Karim Rashid Inc, Kario Construction Corp, Karlitz & Co Inc, Kasirer Consulting, Katco Electric, Kate Spade and Company, Kathryn Mcwilliams, Training Professional, Katlowitz & Assoc, Katsky Korins LLP, Katz Dochterman & Epstein, Kauff Mcguire & Margolis LLP, Kauffman Brad A, Kaufman Astoria Studios, Kaufman Borgeest and Ryan, Kaufmann Gildin & Robbins LLP, Kaye Scholer LLP, Kazlow & Kazlow, Kbls, Kbr Ny, Kc Renovation, Kd Hercules Group Inc, Kddi International Inc, Keane & Beane Pc, Keevily Spero Whitelaw, Inc, Keith C Jewell Pc, Kel Mar Construction, Kel Medical Center, Kel Tech Construction Inc, Kelco

Construction, Kellenberg Hs, Keller - North America, Kelley Drye and Warren LLP, Kellner Dileo Co Lp, Kelly Rode & Kelley LLP, Kelman Winston & Vallone, Kelnard Refrigeration, Kel-Tech Construction Inc., Kemnay Advisory Svc Inc, Kempinski Hotels S A, Ken Ben Industries, Kendal On Hudson, Kennedy Lillis Schmidt English, Kenny Liu, Kensington Publishing Corp, Kensington Vanguard, Kent Capital, Kepco Inc, Keri Coach Works, Kerley Walsh Matera-Cinquemani, Kerns Manufacturing Corp, Ketchum Inc., Kew Electrical Service Inc, Kew Gardens Dialysis Ctr, Kew Management, Key Developers Inc, Key Restoration Corp, Key Systems Inc, Keyme, Keystone Management Inc, Kg Construction Assocs Inc, Kgbtexas, Kgs-Alpha Capital Markets, L.P., Khan Enterprises Co Inc, Khurram Shehzad, Kica General Construction, Inc., Kid Island Dental At Great, Kiewit Infrastructure Co, Kim, Kim I Mchale & Assoc, Kim Seybert Inc, Kim Song & Assoc, Kimber Manufacturing Inc, Kimberly Hotel, Kimco, King & Co, King Wood, Kingfisher General Contracting Of Ny Inc., Kings Bay Ym-Ywha Inc, Kings Brook Jewish, Kings Capital Constr Group Inc, Kings County Hospital, Kings Harbor Multicare Center, Kings Highway Orthopedic Assn, Kings Medical, Kings Pulmonary Assc, Kingsbridge Heights Lthhcp, Kingsbrook Jewish Medical Center, Kino International Corp, Kinturk Contracting Inc, Kips Bay Endoscopy Center LLC, Kirby Mcinerney LLP, Kiri Construction, Kirkland and Ellis LLP, Kirotec - Mes Group Corp, Kirschenbaum & Kirschenbaum Pc, Kiska Construction Inc, Kislman Dialysis, Kiss Group, Kitano Hotel New York, Kiwi Partners Inc, Klahr Glass Co, Klein & Solomon LLP, Klein Law Group Pc, Klein Zelman, Klein Zelman LLC, Kleinberg & Friedman, Kleinberg Electric Inc, Kleinberg Kaplan Wolff-Cohen, Klima New York LLC, Klk Electric Inc, Klm Ophthalmology, Klm/Air France & Lynxs Air Car, Klw Inc, Km Associates Of New York Inc, Knic Partners LLC, Knight Elec. Services Corp., Knight Nets Inc, Knightbridge Construction Corp, Knoa Software Inc, Knollwood Country Club, Kns Building Restoration Inc, Knuckles Komosinski & Elliot, Kobre & Kim LLP, Kochendorfer Group, Koehler & Isaacs LLP, Koenig Iron Works, Koeppel Martone & Leistman, Koeppel Nissan Inc, Kohlberg Kravis Roberts and Co, Kohn Pedersen Fox Associates, Kojin Industries Inc, Koko Contracting, Komanoff Center For Geriatric, Kopff Nardelli Dopf, Kordun Construction Corp, Kore Contracting, Kore Software Inc, Korean Air Lines, Kossoff PLLC, Kostelanetz & Fink, Kpa Group, Kpff Inc, Kpmg, Kps Capital Partners Lp, Kraft & Kennedy Inc, Kraft Kennedy & Lesser Inc, Kraftworks Limited, Kramer & Dunleavy, Kramer Dillof Livingston-Moore, Kranjac Tripodi Partners LLP, Kreisberg & Maitland LLP, Krez & Flores Lip, Krinos Foods Inc, Kristin Papesh, Vp Of Human Resources, Kroywen Rlty & Construction Corp, Krystal Touch Of Ny Inc., Ks Eng. Pc, Ks Renovation Group Inc, Kubricky Construction Corporation, Kucker & Bruh, Kudman & Trachten, Kuraray Dental, Kurzman Eisenberg Corbin Lever, Kutnicki/Bernstein Architects, Kuzmin & Assoc Pc, Kvb Partners, Kvl Audio Visual Services, Kwi, Kwiat, Kwittken and Company LLC, Kyle Conti Construction LLC, L & E Creative Printing Inc, L & L Holdings Co LLC, L & L Painting Co, L & M Builders LLC, L & M Roofing Co, L 3 Communications Holdings, L I Osteoporosis & Arthritis, L I Physicians Assoc Pc, L K Comstock & Company Inc, L M G Construction Corp, L Ron Hubbard Media Resources, L Russo Fence Co, L. A. Mays Inc., L.B. Electric Supply Co. Inc., L.B. Foster Company, L.K. Comstock & Company, Inc, L+M Development Partners, L-3 Communications

31

Corporation, La Bottega, La Force & Stevens, La Guardia Community College, La Mar Plastic Packaging Ltd, La Peninsula Community Org, La Peninsula Community Organization, La Prairie, La Providencia Family Health, Lab 49 Inc, L'abbate Balkan Colavita Contini, Labco Electric Contracting Corporation, Lachase Construction Svc, Lachman Consultant Svc Inc, Lacina Heitler Architects, Lackenbach Siegel LLP, Laconia Nursing Home, Lacwk Ny LLC, Ladders Inc, Ladmar Associates Ltd, Lafayette Medical Management, Laforce, Laga Int Ltd, Lagardere North America, Inc., Laguarda Low Architects, Lake Construction Corp, Lake Group, Lakhani & Jordan Engineers Pc, Lakhi General Contractor Inc Po Box, Lakshmi Capital Management LLC, Laland Baptiste, Lalire March Architects, Lam Generation LLC, Lambo Mechanical Inc, Lambos Firm, Laminall Inc, Lamson & Cutner, Lancaster Development & Tully Construction Co., Lancer Insurance Company, Landesman Brothers Inc, Landform LLC, Landman Corsi Ballaine and Ford, Landmark Signs & Maintenance, Landmark Ventures, Landpex Development, Lane Associates, Lane Construction, Langan, Langan Engineering, Language Works, Lanmark Group Inc, Lanmark Technical Svc Ltd, Lapadula Carlson & Co, Laperuta Construction Corp, Larocca Hornik Rosen Greenberg, Lascon Inc, Laser Electrical Contracting, Lasker Ice Rink, Latham and Watkins LLP, Latimer and Linden Management Co, Laughing Lotus Yoga Ctr, Laumic Co, Laundry Service, Laura Davidson Public Relation, Laura Electrical Lighting & Maintenance Service, Lauren A Baum Law Offices, Laurencewell and Pumpcoinc, Law Office Of Weinreb, Law Offices Barry Slbrzwg, Law Offices Of Jan G Johansson, Law Offices Of Jh Tanenbaum, Law Offices Of Norka M Schell, Law Offices-Kenneth A Wilhelm, Law Offices-Keshab Raj Seadie, Law Offices-Michael S Lmnsff, Law Offices-Robin Harris King, Law Office-Yuriy Moshes Pc Nyc, Lawless & Mangione LLP, Lawline.Com, Lawpac, Lawrence A Wein Stadium, Lawrence Hospital Center, Lawrence J Berger Pc, Lawrence Nursing Care Ctr, Lawrence Scott Events Ltd, Lawrence's Contractor Inc, Laws Construction, Inc., Lawyer Referral Information, Lawyers For Children, Lazare Potter & Giacovas, Lba Realty, L-C Construction Co, Lcor Inc, Ldi Color Toolbox, Le Vian Corp, Leader & Berkon LLP, League Treatment Ctr, Leahey & Johnson, Leake and Watts Services, Inc, Leap, Learnvest, Inc., Leasinc Limited, Leasing Direct Inc, Leav & Steinberg LLP, Leblon Holdings LLC, Lecht Sciences Inc, Lecroy Corporation, Lee & Associates, Lee Hecht Harrison LLC, Lee Jofa, Lee Strasberg Theater-Film, Leeding Builders Group LLC, Leewood Golf Club, Lefrak Organization, Left Right Inc, Legacy Builders, Legacy Builders/Developers Corp., Legal Interpreting Services Inc., Legal Options Inc, Legal Outreach, Legal Referral Svc Assn, Legal Services Nyc, Leggit Bogt Webb, Legion Lighting Co. Inc., Lehman College, Lehrer Mcgovern Bovis Inc, Lektric Installations Corp, Lemle & Wolff Inc, LendLease, Lenox Advisors, Lenox Hill Hospital, Lenox Hill Neighborhood House, Lenox Hill Radiology, Leo Ingwer Inc, Leon D. Dematteis Construction Corp., Leon Fuel Svc, Leon Henry Inc, Leonard Powers Inc, Leonid Jrupnik, P.E., Leopold Gross & Sommers Pc, Lepercq, Lera Consulting Structural Eng., Lerco Electric LLC, Lerman Diagnostic Imaging, Leroy Street Studio, Les Chateaux De France Inc, Les Csa, Leshkowitz & Co LLP, Leslie E Robertson Assoc, Lettire Construction Corp, Levelwing, Levest Electric Corp, Levidow Levidow Oberman, Levine & Blit PLLC, Levine Builders, Levinson & Santoro Electrical Corp, Levithan Mechanical Corp, Levitt-Fuirst

Associates, Ltd, Levy & Sonet Attys, Levy Davis and Maher, LLP, Lewis & Kennedy Inc, Lewis Clifton Nikolaidis Pc, Lewis P C Jackson, Lexicon Communications Corp, Lexin Capital, Lexington Plastic Surgeon, Lexvia Inc, Lfb Media Group, Lhsa + Dp, Li & Fung Usa, Li Saltzman Architects P C, Liakas Law Pc, Lib, Libero and Associates LLC, Liberty Global Logistics LLC, Liberty Lines Inc, Libqual Fence Co, Library Hotel, Lic Beer Project, Licenders, Lichy & Kolb, Lico Contracting Inc, Lieber Chocolate & Food Prod, Liebhaber Construction Inc, Lieff Cabraser Heimann, Lif Industries, Inc., Life's Worc Inc, Lifespire, Lifetime Plumbing, Lifetime Renovations Inc, Lifexpress Inc, Lifshutz & Lifshutz Pc, Light House Designs, Inc., Lighting Design & Application, Lighting Design Group, Lighting Express, Lightspec, Likeable Local, Lim College, Limnes Corp., Limosys Inc, Lincoln Equities Group LLC, Linden Alschuler & Kaplan, Lindsay, Lindsay Goldberg, Linear Environmental Corp, Linear Lighting Corp, Link Theory Holdings Inc., Lion Heart Electric Corp, Lipa/National Grid, Lippolis Electric, Lipsky Goodkin & Co Pc, Liquid Technology, Liro Program & Construction Management, Lirr, Lissner & Lissner LLP, Litehouse Builders, Inc., Litespeed Electric, Little Bird, Little Flower, Little Man Parking, Little Sisters-The Assumption, Little Tikes Play Structures, Littlewolf The Cabinet Shop, Littman Krooks LLP, Liu Electric LLC, Live X, Livingston Electrical Assoc, Liz & Botshon, Lizardos Engineering Assoc Pc, Lkbn Neurology Assoc, Lloyd & Co, Lmc Physician Services, Pc, Lmi, Lmw Engineering Group, LLC., Lnd Inc, Lo Sardo General Contractors Inc, Loan Syndications and Trading Assn, Inc., Local Office Landscape Architecture, Locator Search LLC, Loduca Associates, Loeb and Troper LLP, Loffredo Brooks Architects, Logicworks, Logistics, Logon Sa, Logos Consulting Group LLC, Lollytogs Limited, Lombard Risk Intl Usa, Lombardi & Assoc, Lombardi Design, Lombardy Hotel, Lompo Federal Credit Union, London Fischer LLP, London Lennie's, London Luxury, London Meat Co, Long Beach Reach, Long Beach School District, Long Island Blood Svc, Long Island Business Inst, Long Island Cardiovascular, Long Island Care, Long Island Care Center, Long Island Concrete Inc, Long Island Consultation Ctr, Long Island Fireproof Door Inc, Long Island Fqhc, Inc., Long Island Graphic, Long Island Heart Assoc, Long Island Internal Medicine, Long Island Jewish, Long Island Jewish Medical Center, Long Island Kidney Assoc Pc, Long Island Laser Bounce, Long Island Queens Hearing, Long Island Rail Road, Long Island Tinsmith Supply Corporation, Long Island University, Long Island Vitreo Retinal, Long Term Home Health Care, Loring Consulting Engineers, Inc, Loring Software, Los Ninos Services Inc, Losardo General Contractor, Lothrop Associates LLP, Lotte New York Palace, Loughlin Management Partners, Louis Grandelli Law Office, Louis J Maccarone Plbg & Htg, Louis Shiffman Electric, Louis Tamis Jewelry, Love To Care, Lovell Safety Management LLC, Lovett Productions Inc, Lower East Side Construction, Lower Eastside Service Center, Inc., Lower Hudson Regional Info Ctr, Lower Manhattan Development Corporation, Lower Manhattan Dialysis Ctr, Lower Manhattan Health Ctr, Lowey Dannenberg, Lowitt Alarms, Loxme Group, Inc., Loy Center, Loyal Kasper, Lrl Construction Inc, LRC Construction, Lsl Construction Svc Inc, Lss Contracting LLC, Lt Apparel Group, Ltu Technologies Inc, Lua Technology Inc, Lucas & Mercanti LLP, Lucky LLC, Ludl Electronic Products, Ludwig Group, Inc, Lufthansa, Luhi Summer Programs, Lui Choy PLLC, Lukasiewicz Design Inc, Lum Danzis Drasco Positan, Lunt-Fontanne Theatre, Lurie

Ilchert Macdonnell-Ryan, Luskin Stern Eisler LLP, Lutheran Medical Center, Lutz & Carr, Lux Builders, Inc, Luxottica Group, Luxury Attach, Lycee Francais De New York, Lyden Gardens Hotel, Lynbrook Restorative Therapy and Nursing, Lynch Daskal Emery LLP, Lyneer Search Group, Lynn Cahill LLP, Lynn H Ratner Pc, Lyons & Donahue Contracting, Lyons Mcgovern LLP, M & A Projects Inc, M & J Electrical Contractors Corp, M & J Engineering Pc, M & J Trimming, M & N General Services Inc, M & S Mechanical Inc, M & T Plumbing & Heating, M Arthur Gensler Jr & Assoc, M Bhuiyan Construction Co, M Booth & Assoc Inc, M E Vogel Taylor Engineers Pc, M G Engineering Inc, M H Davidson & Co, M I T Brothers Construction Inc, M J Engineering & Land Surveying Pc, M Melnick & Co, M Moser Assoc LLC, M Rosario Acc Svc, M Wolf Plumbing & Heating Corp, M. Rahman Construction Corp, M.A.D.E Billions Inc., M.I.C. General Contracting Inc., M.S.T. General Contracting Re, Maanetic Construction Group, Mab Construction Consltng Inc, Mac Fhionnghaile and Sons Electrical Contracting, Mac Guffin Films, Mac Interior Construction Corp, Macandrews and Forbes Holdings Inc., Mace Contracting Corporation, Mach Group Inc, Mack Trucks, Inc., Mackay Shields LLC, Mackcut, Mackenzie Partners, Macklowe Management LLC, Mackool Eye Institute, Macmillan Holdings, LLC, Macquesten Development, Macrae-Gibson Architects, P.C., Maddd Equities LLC, Made Casse LLC, Madison Dental Group Pc, Madison Realty Capital, Madison-York Assisted Living, Madonna Management Svc Inc, Madonna Perinatel Svc, Magic Pest Management LLC, Magnacare Holdings, Inc., Magnetic Analysis Corp, Magniflood Inc, Magnum Opus System Corp, Magnusson Architecture and Planning, Mahar Adjmi Partners, Maher Saad, Maidenbaum Sternberg LLP, Maidman & Mittelman LLP, Maier, Markey and Justic LLP, Maimonides Medical Center, Maimonides Meidcal Center, Main Street Radiology, Main Strike Telecommunications, Maincomp Technology Inc, Mainstream Electric Inc, Maintenance Comp Elevator, Maison Beljanski Natrl Source, Majestic Deli, Major Contracting Inc, Major Systems Mechanical Corp., Mak Imaging, Makeable, Makerbot, Maketheroadnewyork, Makro General Contractors Inc, Malaby & Bradley LLC, Malbro Const Services Inc, Mallilo & Grossman Atty At Law, Malllo and Grossman, Mallow Konstam Mazur-Nisonoff, Maloney & Fox, Malvese Equipment Co.  Inc., Mana Products, Inc., Manatt, Phelps and Phillips, LLP, Mancini Duffy/Tsc, Mandel Law Firm, Mangoh Holistic Health Studio, Manhasset Medical Assoc, Manhattan At Times Square Htl, Manhattan Boiler & Equip Corp, Manhattan Business, Manhattan Cardiac Medical Pc, Manhattan Center For Early Learning, Manhattan Center For Vaginal, Manhattan Fire & Safety Corp, Manhattan Floors, Manhattan Gastroenterology, Manhattan Gmat Prep Inc, Manhattan Graphics Ctr Inc, Manhattan Hematology Oncology, Manhattan Legal Svc, Manhattan Neighborhood Network, Manhattan Orthopedic & Sports, Manhattan Otolaryngology, Manhattan Plaza-Health Club, Manhattan Podiatry Assoc Pc, Manhattan Psychotherapy, Manhattan Strategy Group, Manhattan Telecommunications Corporation, Manhattan Youth, Manhattan's Physicians Group, Manhattanville Health Care Ctr, Manhatten Physicians Group, Manny P Concrete, Manor Dental Management Inc., Manor Paving Co, Mansour Zandieh, Manufacturing Zierick, Maple Medical, Mapos LLC, Maraj Electric Inc, Marathon, Marble Works, Marcel At Gramercy Park, Marcel Cleaners, March Associates Construction Inc, Marchuska Brothers Construction,

34

Marcus & Pollack LLP, Marcus Brothers Textiles Inc, Marcus Garvey Nursing Home, Marcus Rosenberg & Diamond LLC, Marel Electrical Svc Inc, Marfi Contracting Corp., Margaret G Klein & Assoc, Margaret Tietz Nursing & Rehab, Margo Chase Design Inc, Margolin Winer & Evens LLP, Mariani Restoration & Roofing, Maric Mechanical Contractors, Maric Mechanical Inc., Maric Plumbing & Heating Inc, Marin & Montanye LLP, Marin Architects, Marin Management, Marina Maher Communications, LLC, Marine Park Radiology Pc, Marino Organization, Marino's Real Italian Ices Co, Maritime Activity Reports Inc, Maritime Hotel, Marjorie Basser Dialysis, Mark, Market Data Svc Ltd, Marketing Directors Inc, Marketresearch.Com, Markhoff & Mittman Pc, Markit Group Limited, Markland 745 LLC, Marks O'neill O'brien Courtney, Marla Construction Inc, Marlow & Eiges, Marlton Hotel, Marmara Manhattan, Marmer Brothers Const-Piles, Marrakech Hotel, Marrinan & Mazzola Mardon Pc, Marrinan and Mazzola Mardon, P. C., Marriott, Mar-Sal Plumbing & Heating Inc, Mar-Sal Plumbing & Heating Inc, Marsh and Mclennan Companies, Inc., Marshall and Moss LLP, Marshall Cavendish Printing, Marshall Conway & Bradley Pc, Marston Strategic Comms LLC, Marston Webb Intl, Martha Stewart Living, Martin A Gleason Funrl Hm LLC, Martin Brudnizki Design Studio, Martin De Porres School, Martin Greenfield Clothiers, Martinique Hotel Affiliates, Marubeni Specialty Chemicals, Marulli & Assoc, Marval Industries, Marvel Architects, Marwood Group, Marx Development Group, Mary Ann Liebert, Inc, Mary Manning Walsh Home, Mary Mcdowell Friends School, Mary Nittolo Inc, Maryellen Dmd, Marymont Group, Marymount Convent, Marymount Manhattan College, Mashable.Com, Mashreqbank Psc New York, Maspeth Fed Savings and Loan, Maspeth Supply Co. LLC., Maspeth Welding Inc, Mass Electric Construction Co., Massachusetts Department, Massey Knakal Realty Services, Mast Brothers Inc, Master Purveyors Inc, Mastercargo Inc., Masterpiece Usa Inc., Mataci Inc, Matcosvc Corp, Matel Realty LLC, Matomy U.S.A., Inc., Matov Industry Inc, Matrix Enterprises Ltd, Matson Driscoll & Damico LLP, Matthew & Tony Gen Landscpg, Matthew Brew & Assoc LLC, Matthew Dontzin Law Offices, Matthew Funeral Hm-Cremation, Matthews & Co, Mattone Mattone Mattone LLP, Mattos Filho Veiga Filho, Mattys Electric Inc, Maureen Data Systems, Mavrides Moyal & Assoc LLP, Max Builders, Inc., Maximum Cabling Nyc, Maximum Management Corp, Maximum Security Products Corp, Maximus, Maxwell Construction Consltng, Maxwell Medical, Maxwell Plumb Mechanical, Maxx Mail Usa, Mayco Building Svc Inc, Mayerson Abramowitz & Kahn LLP, Mayfair Care Center, Mayfair Power Systems, Maystreet LLC, Maytex Mills, Mazars Usa LLP, Mbaf Cpas LLC, Mbi, Mc Dermontt Will & Emery, Mc Elfish Law Firm, Mc Glynn Hays & Co Inc, Mc Greevy's Pub, Mc Kenzie-Douglass LLC, Mc2, Mcaloon & Friedman Pc, Mccabe Collins Mcgeough, Mccabe Weisberg & Conway, Mccall Pattern Co, Mccann-Erickson Usa, Inc., Mccourt Global, Mccue Sussmane Zapfel, Mccullough Goldberger Staudt, Mcdonnell & Adels, Mcfar Construction, Mcgarry Bowen LLC, Mcgraw-Hill Education, Mch, Mchugh Furnishings LLC, Mci Drywall Inc, Mckissack & Mckissack, Mclane Company, Inc., Mclaren Engineering Group, Mcmahon Martine & Gallagher, Mcnamara Salvia, Mcnamee Construction Corp, Mcneilly Wood Products Inc., Mcvac Environmental Services Inc., Md Building Svc, Mdi Consultants Inc, Mdrc, Meadow Park Rehab and Healthcare Center, Mecc Contracting Inc, Mec-Con Associates Inc,

Mechanical Electric Corp, Meco Elec. Co. Inc., Med Tech Professional Billing, Medalliance Medical Health Services, Medallion Associates Ltd, Medallion Financial Corp., Medco Enterprises, Medeo & Fasano, Media Analyzer Software, Media Farm Solutions LLC, Mediacom Worldwide LLC, Mediamath, Inc., Mediamax Network, Medicaid-Genius Coml, Medical Access, Medical Arts Radiology, Medical Associates Of Ny, Medical Business Systems Inc, Medical Examiners, Medical Group N Star, Medical Imaging Of Manhattan, Medical Letter, Medical Oncology Assoc Of Li, Medical Renal Assoc Pc, Medi-Ray Inc, Medisys Health Network, Medi-Tech International Corporation, Medrite Urgent Care, Medstaff, Medzone Medical Resources, Mega Contracting Inc, Mehta D Cyrus & Partners PLLC, Meigh Trim Construction Corp, Meister Seelig and Fein LLP, Mej Personal Business Svc Inc, Mejane, Melcher Media, Melito Construction Corp, Melrose Credit Union, Meltzer Lippe & Goldstein, Memorial Sloan Kettering Cancer Center, Menaker & Herrmann LLP, Mendes & Mt LLP, Mendes and Mount LLP, Mendon Road Svc, Menicucci Villa & Assoc PLLC, Menorah Home & Hospital, Mental Health Ctr-Northeast, Mental Hlth Assn Of Westchester, Inc, Mercer LLC, Merchandising Workshop, Merchants, Mercury & Earth LLC, Mercury Paint Corp, Mercy College, Mercy Medical, Mercyfirst, Meridian Design Assoc, Merkin Concert Hall, Merkley + Partners Inc., Merlin Usa, Merrill Lynch Group, Inc., Merritt and Harris Inc, Mertz Gilmore Foundation, Mestel & Co, Meta Healthcare It Solutions, Metal Stone Constr Inc, Metallized Carbon Corp, Metals, Metals Treatment Tech., Metamako, Metarythm Inc, Metlife, Metralite Inc, Metric Services Inc, Metro Community Health Care, Metro Construction, Metro East Elevator, Metro Express Services, Metro Group Inc., Metro Health Center, Metro North Railroad, Metro Ny Coordinating Cncl On Jewish Pov, Metro One Loss Prevention Svc, Metro Physical and Aquatic Therapy, Metro Source Publishing, Metro Steel Fabricators, Metrocom Sales Inc, Metronome, Metroplus Health Plan, Metropolis Group Inc, Metropolitan Center For Mental, Metropolitan Commercial Bank, Metropolitan Cons. Corp., Metropolitan Construction, Metropolitan Construction Corp, Metropolitan Diagnostic Imgng, Metropolitan Jewish Health System, Metropolitan Life Insurance Company, Metropolitan Paper Recycling, Metropolitan Public Strategies, Metropolitan Staffing, Metropolitan Transportation Authority, Metroproof, Metro-Suburbia Inc, Mezz Cap, Mfm Contracting, Mg Engineering, Mg+, Mgr Equipment Corp, Mhg Architects, Mht Lighting, Mhw Ltd, Miami Wall Systems, Michael Anthony Contracting Corporation, Michael Bellantoni Inc, Michael Faillace & Assoc, Michael Fitzgerald Cntrctng Co, Michael Graves & Assoc, Michael H Brisman Pc, Michael Koenen, Michael Miller Fabrics, Michael Stapleton Associates, Michael Terrani Pc, Michaeline Von Drathen,, Michelangelo-Starhotels Cllzn, Michilli Inc, Mick Radio-Nuclear Instuments, Micro Contacts Inc, Micro Essential Laboratory Inc, Microbial Drug Resistance, Micromedia Systems, Microtelecom Systems, Mid Hudson Vlly Aids Task Frc, Mid Island Eye Physicians, Mid Village Preparatory Charter Sch, Midboro, Middletown Community Health Ce, Middletown Medical, P.C., Mid-Island Y Jcc Inc, Midland Steel Warehouse Corp, Mid-Manhattan Physician Svc, Mid-Ship Group LLC, Midtown Office Solutions Inc, Midtown Surgery Ctr, Midtown Urologic Assoc, Mid-Westchester Medical Assoc, Midwood Ambulance and Oxygen Service, In, Midwood Brooklyn Dialysis, Mig & Co, Milad Contracting Corp., Milan Barua Construction

36

Corp, Milan Provision Co, Milberg, Milcetic & Co, Milcon Construction Corp, Milestones In Home Care Inc, Milford Management, Milgo Industrial Inc, Mill, Mill Basin Day Camp, Mill Paper Box, Mill River Club Inc, Millennium Dialysis LLC, Millennium Signs & Display Inc, Millennium Tank, Miller & Garofalo, Miller & Milone P C, Miller Blaker, Miller Druck Spec Cntrctng Inc, Miller Health Care Institute, Miller Proctor Nickolas Inc, Millies Engineering Group, Milliman, Millin Associates Inc, Mill-Max Manufacturing Corp, Millward Brown, LLC, Milman Labuda Law Group, PLLC, Milo Kleinberg Design Assoc, Milrose Consultants Inc, Minaret Corp, Minds Matter Inc, Mindshare Usa, LLC, Mine, Mineola Alarm, Minerals Technologies Inc., Mines Press Inc, Minhas Construction Corp., Minhas General Contracting, Mini Circuits, Minimal Usa, Miningham & Oellerich Inc, Mintz Levin, Miracle Makers, Mirae Asset Global Investments (Usa) LLC, Miriam Osborn Memorial Home Association, Mirman Markovits & Landau Pc, Miron Construction Co Inc, Mischon De Reya, Mission, Mission Am 570 Wmca, Missionary Sisters, Missy Farren & Assoc, Mist Harlem, Misys, Mitchel Martin, Mitchell and Titus, Mitchell Giurgola Architects, Mitchell/Martin, Mitchell/Martin Inc, Mitofsky Shapiro Neville, Mitsubishi Ufj Trust and Banking Corp, Miu & Co, Mixonsite, Mizuho Bank Ltd, Mjg Nursing Home Co Inc, Mjs Construction Consltng LLC, Mkmg Medical Group, Mkp Communications Inc, Mlj Contracting Co., Mlj Contracting Corp, Mlj Contracting Corporation/Tc Electric Jv, Mlj Contracting Group, Mlmic Services Inc (Donald J Fager and A, Mlmic Services, Inc., Mmc Holding Of Brooklyn, Inc., Mmi Plumbing, Mms Usa Investments, Inc., Mmt Sales Inc, Mnh Petroleum, Mobile Communication Plus, Mobile Steam Boiler Rental, Mobileye Inc, Mobiquity Inc, Mode Construction Corp, Modern Art Foundry Inc, Modern Kitchen & Bath, Modernage Photographic Svc, Moed Dearmas & Shannon Architects, Moet Hennessy Usa, Inc., Mohab Electrical Contractor, Mohan's Precast Usa, Inc., Molloy College, Molod Spitz & De Santis, Momentum Press LLC, Momentum Worldwide, Mona Shah & Assoc PLLC, Monadnock Construction, Inc., Mondo, Mongiove Associates, Mongodb, Inc., Monosystems, Monpat Construction Inc., Monroe College, Monsieur Touton Selection Ltd, Montalbano Condon and Frank Pc, Montana Datacom Inc, Montana Electric Decorating, Monte Fiore, Montefiore Medical Center, Montefiore Nyack Hospital, Montefiore Wakefield Campus, Montefiore's Institute, Montesano Brothers, Monti Concrete Construction Co Inc, Montran Corp, Montrose Accounting, Montroy Andersen Demarco, Montroy Andersen Inc, Moody's Corporation, Mordfin, LLP, Moreen Construction Ltd, Moreland Construction, Moretrench, Morgan Construction Ny Inc, Morgan Stanley, Morgan Stanley and Co., Morgan, Lewis and Bockius LLP, Morganti Group Inc, Moritt Hock Hamroff LLP, Morningside House Nursing Home, Morris Fine Furniture Workshop, Morris Heights Health, Morris Park Contracting Corp - Mpcc, Morris Park Nursing Home, Morrisania Sexualty Trnsmttd, Morrison Cohen LLP, Morstan General Agency, Morton Flooring Solutions Inc, Morvillo Abramowitz Grand, Moseley Associates, Moses Preston & Ziegelman, Motel Morris, Mott Macdonald, Mottola Rini Engineers Pc, Mound Cotton Wollan-Greengrass, Mount Kisco Medical Group, Mount Sinai, Mount Sinai Hospital, Mount Sinai Medical Center, Mountco Construction & Devmnt, Mourne Construction, Movable, Inc., Movers Supply House Inc, Moviola Digital Storage Prod, Mpcc Corp General Contractors, Mpr Residents'edition, Mr Architecture &

37

Decor, Mr Pickle Inc, Mr. Get The Done, Mr. Infinity Corp., Mra Physicians, Mrs Baking Distribution Corp., Mrta Design Construction LLC, Mry Us LLC, Ms Fndtn For Women, Msc, Msci Inc., Msd Partners, Msg, Mskcc, Mslgroup Americas, Inc., Msm Empire Construction Corp, Mspc, Msr, Msr Electrical Construction Corp., Mst Construction, Mst General Contracting Restoration Inc., Mt Hope Family Practice, Mt Kisco Medical Group, Mt Pleasant Highway Dept, Mt Pleasant Medical Group, Mt Sinai School Medicine Ny, Mt Vernon Plastics Corp, Mt. Vernon Neighborhood Health Center, Mta, Mta Bridges and Tunnels/Tbta, Mta Capital Construction, Mta New York City Transit, Mtacc, Mtc Limousine and Corporate Coach, Inc., Mts Infrastructure LLC, Mtsbonds.Com, Mucca Design Corp, Mueser Rutledge Consulting, Mueser Rutledge Consulting Engineers, Mugrose Construction Inc, Multi Packaging Solutions, Multimedia Plus Inc, Multiprises LLC, Multi-Tech Electric Inc, Mulvihill Electrical Ent Inc, Munawar & Andrews Santillo LLP, Municipal Building Consultants, Municipal Credit Union, Munnrabot, Munoz Construction Mgmt Group, Munoz Engineering Pc, Murphy Brothers Contracting, Murphy Burnham & Buttrick, Murphy Kennedy Group, Murray Frank Sailor LLP, Murray Hill Medical Pc, Murray Hill Place, Musculoskeletal Arthritis, Mutual America Life Insurance, Mutual Central Alarm Svc, Mutual Housing Ny, Mvc Capital, Inc., Mwb Leasing Corp, My Active Driveway, My Sisters Place, My Union Legal Plan, My-Guard Security Corp, Myhome Design & Remodeling, Myotcstore, Myriad Construction Svc Inc, Myron Toback Inc, N B A Construction Inc, N Cheng & Co, N F Architectural Designs LLC, N J General Contracting, N S P Enterprises Inc, N Y Interior Construction, N Y Landmark Construction Mgmt, N Y Painting & Decrtng Co, N Y Roofing Co, N Y U Hospital Ctr, N. P. Painting and Decorating Inc., N.B.A Construction, N.U.S. Contracting Company, Nab Construction Corp, Naber Electric Corp, Nacme, Nadkosin C, Naeem Khan, Nafees Construction Corporation, Naftali Group, Nagan Construction Inc, Nagori Contracting Corp, Naik Consulting Group, Nallaseth & Turkhud PLLC, Namely, Inc., Namic, Inc., Nanuet Public Library, Nap Industries, Napa Group Inc, Napa Healthcare Foundation Inc, Narco Freedpm, Nasco Construction Svc Inc, Nasdaq, Nassau Ahrc, Nassau Boces, Nassau Chest Physicians Pc, Nassau Community College, Nassau County, Nassau County Civil Service Co, Nassau County Correctional Ctr, Nassau County New York, Nassau Downs-Otb, Nassau Extended Care Facility, Nassau Financial F C U, Nassau Health Care Corp, Nassau Health Care Corporation, Nassau Orthopedic Surgeons Pc, Nassau Provisions Kosher Food, Nassau Queens Pulmonary Assoc, Nassau Radiologic Group, Nassau Street Dental Associates, Nassau University Medical Center, Nassau Veterans Meml Coliseum, Nastasi Maintenance LLC, Natasha International Inc, Nathan and Lewis Securities Inc, Nathan Love Inc, National Bank Of Egypt, National Cable Communications LLC, National Cable Communications LLC, National Center For Law, National Compressor Exchange, National Elevator, National Environmental Safety Co, Inc, National Fire Products Inc, National Grid, National Health Care Associates, Inc., National Hemophilia Foundation, National Mutiple Sclerosis Society, National Opera Ctr, National Park Service Intermountain Region, National Parts Depot, National Pediatric Ctr, National Reprographics Inc., National Review Magazine, National Sign-Light-Spectrum, National Urban Fellows Inc, National Urban League, National Water Main Cleaning Co., National Webbing

38

Products Co, Nation's Best Meat Co, Nationwide Maintenance-Gen, Nationwide Masons Construction, Natixis, Nato Strap Co, Naturo Medical Health Care Pc, Nauta Dutilh, Navar Home Improvement, Navarro Maintenance LLC, Navfac Southeast, Navillus, Navillus Contracting Inc., Nazareth Regional Hs, Nba Cons. Inc., Nbpa, Nch Advisors, Ncic Consulting Group Inc, Ncsy, Ncu, Nda Architects, Nebraskaland Inc, Nederlander Group Sales, Neelam Construction Corporation, Neetso Construction, Nehal Construction Inc, Nehal Contracting, Inc., Neighborhood Counseling Ctr, Neighborhood Housing Services, Neighborhood Trust Federal Credit Union, Neighbors Home Care Svc, Neighbrhood Dfender Svc Harlem, Neil Simon Theatre, Neil Wexler Associates, Nelligan White Architects, Nelson Air Device Inc, Nelson Byrd Woltz Landscape Architects, Nemet Motors LLC, Nemo Tile, Neota Logic, Neovision Hyper Systems Inc, Nephro Care West, Nesenoff & Miltenberg LLP, Net Cost Market, Netgains America LLC, Nethercott P W Inc, Netnames Usa, Netula, Network Infrastructure Inc, Network Maintenance Inc, Network Outsource, Network Place LLC, Neufeld O'leary & Giusto, Neurological Surgery Pc, Neurology Department, Neurology Group Of Westchester, Neutral Construction Inc, Neville Peterson LLP, New Bridge View Co LLC, New Carlton Rehab & Nurse Ctr, New Castle, New Castle Building, New Century Home Care Inc, New Classic Restoration L, New Computech Inc, New Dimensions Remodeling, New Directions Publishing Corp, New East Side Nursing Home, New Empire Builder Corp, New Empire Group, Ltd., New Empire Real Estate Development, New Flyer, New Homestead Residence-Adults, New Hope Fertility Ctr, New Hyde Park Dialysis Ctr, New Leaders For New Schools, New Orange Works Inc, New Phase Electrical Contractors Inc, New Press, New Rising Construction Inc, New Rochelle City Schools District, New Rochelle Radiology, New Safeway Contracting Corp., New Sans Souci Nursing Home, New Sensor Corp., New Style Contractors, Inc., New Surfside Nursing Home, New Vessel Press LLC, New Visions For Public Schools, New World Security, New York and Company, Inc., New York Artificial Kidney Ctr, New York Asphalt, New York Assoc In Gstrntrlgy, New York Blood Center, New York Board Of Education, New York Botanical Garden, New York Cardiology Assoc, New York Cardiovascular Vein, New York Carpet, New York Children's Health, New York City Board Of Education, New York City Children's Ctr, New York City Department Of Education, New York City Department Of Parks & Recreation , New York City Dept-Water Plltn, New York City Geographic District 10, New York City Geographic District 13, New York City Geographic District 2, New York City Geographic District 23, New York City Health, New York City Law Department, New York City Transit, New York City/Design & Construction, New York College Of Podiatric Medicine, New York Community Bancorp, Inc., New York Community Bank, New York Concrete Corp., New York Congregational Nurse, New York Congregational Nursing Center, New York Connect Net Ltd, New York Construction & Renovation, New York Container Terminal, New York County Defender Svc, New York County Lawyers Assn, New York Ctr For Interpersonal, New York Ctr For Rehab, New York Custom Woodwork Corp, New York Decks, New York Dialysis Svc, New York Display & Die Cutting, New York Ehealth Collaborative, New York Eye-Ear Infirmary Ipa, New York Foundling Hospital, New York Gilbert-Sullivan, New York Grant Company, New York Health Dept, New York Heating Corp, New York Immigration Coalition, New York

39

Immigration Fund, New York Institute Of Technology Inc, New York Law Journal, New York Life Insurance Company, New York Life International, New York Med & Diagnostic Ctr, New York Medical College, New York Merchants Svc, New York Methodist Hospital, New York Ophthalmology, New York Orthopedics, New York Otolaryngology Group, New York Pathology Assoc, New York Paving, New York Physicians, New York Power Authority, New York - Prebyterian Brooklyn Methodist, New York Presbyterian Weill, New York Press Assn, New York Production Svc, New York Prsbytrian Hospital, New York Psychotherapy-Cnslng, New York Public Interest, New York Public Radio, New York Radiology Assoc, New York School Construction Authority, New York Society Of Cpas, New York Software Svc Inc, New York Spine Institute, New York Spine Institute, New York Spine Specialist, New York Sprinkler Corp, New York State Department Of Transportation, New York State Department Of Transportation, New York State Dormitory Authority, New York State Office Of General Services Des & Co, New York State Psych Inst, New York State University Construction Fund, New York Times, New York Trial Lawyers Assn, New York University, New York Urologic Institute, New York-Presbyterian Brooklyn Methodist, New York-Presbyterian Hospital, New York's Premier Ctr-Surgery, Newbank, Newbanks Boston Inc, Newbridge Technology, Newman Design, Newman Ferrara LLP, Newman Group, Newman Myers Kreines Gross, Newmark and Company Real Estate, Inc., Newmark Knight Frank Global Mgmt Svces,, Newmark Solutions Corp., Newport Painting, Newtek Small Business Finance, Inc., Newtype Communications Inc, Newyork - Presbyterian - Hudson Hosptl (, Newyork-Presbyterian Hospital, Newyork-Presbyterian/Lawrence Hospital, Next Generation Radiology, Nfp Corp., Nfte, Nhc Health Care, Nhcc, Nhclc, Nhf, Ni Construction Corp, Nia Construction Services, Nice Pak/Pdi, Nice Shoes, Nice-Pak Products, Inc., Nicholson & Galloway Inc, Nicholson Events Inc, Nickerson Corporation, Nicoletti & Harris Inc, Nicoletti Gonson Spinner, Nicolini Paradise Ferretti, Nicosia Creative Espresso, Nif Group Inc, Night Hotel Times Square, Nihon Keizal Shimbun America, Nikhi Contracting Corp, Nikkei, Nimble Fitness LLC, Nippon Expreess Usa, Inc., Niram Inc, Nirvanasoft Inc, Nissenbaum Law Group, Nitka Technologies, Njf/Mmgy Global, Njs Electrical Svc Corp, Nmp Films, No 6, No Fault Sport Gr. LLC., No Fault, LLC, Noble Construction, Noble Electrical Contracting Co, Noble Experiment Nyc, Nobleden Nyc Corp, Noitu Insurance Trust Fund, Nomo Soho, Nomura Holding America Inc., Noor Staffing Group, LLC., Norcom Of Ny Inc, Norddeutsche Landesbank Girozentrale, Nordon Super Drugs, Norges Bank, North American Partners Of Anesthesia, North Bay Cad Buick Gmc Svc, North East Atlantic Business Solutions Corporation, North East Remosco, North Eastern Conf, North Hills Offices Svces Inc, North Salem Csd, North Shore Animal League, North Shore Cardiology, North Shore Child-Family, North Shore Climate Control Inc, North Shore Court Reporters, North Shore Dermatology Assoc, North Shore Diabetes-Endocrine, North Shore Gastroenterology, North Shore Hematology Onclgy, North Shore Internal Medicine, North Shore Lij Health System, North Shore Linen, North Shore Long Island High School, North Shore Open Mri, North Shore Primary, North Shore Pulmonary Assoc Pc, North Shore Surgical, North Shore University Hospital, North Shore Urologycal, North Star Mechanical Corp, Northbrook Contracting Corp, Northe Group Inc, Northeast Brooklyn Housing Dev Corp,

40

Northeast Electrical Contractors Inc., Northeast Mechanical Svc, Northeast Remsco Construction, Inc., Northeast Restoration Corp, Northern Adhesives Inc, Northern Lights Post, Northern Westchester Hosp Ctr, Northridge Medical Assoc, Northshore Hospital, Northshore Lij Div-Nephrology, Northshore Medical, Northside Ctr For Child Deve, Northstar Assest Management Group, Northstar Mechanical, Inc, Northwell Health Dept Of Facilities Services, Norton Rose Fulbright, Norwegian Christian Home, Notaro Michalos Zaccaria Pc, Nothing Else Matters Software, Nourse & Bowles, Nova Consultants LLC, Novak Francella, Novelty Crystal, Nowsta Inc, Nozbestos Environment Corp, Nr Property 2 LLC, Ns Bienstock Inc, Nslij, Nsp Enterprises Inc. Po Box, Nu Health Nassau University Medical, Nua Construction, Nubest, Nuclear Diagnostic Products, Nuco Painting Corporation, Nuhealth, Nu-Ironworks Inc, Nulux Inc, Numc, Numerix, Nunez Electric, Nuride Transportation Group Ll, Nu-Tech Furnishings, Inc., Nutrition 21 Inc, Nu-Way Heating & Air Cond, Nvision, Nwi Management Lp, Ny Asphalt Inc, Ny College Of Osteopathic Med, Ny Community Bank, Ny Concrete Corp, Ny Construction and Renovation Inc., Ny Convention Ctr Operating Corp, Ny County Health Svc Review, Ny Design Architecture, Ny Developers & Management Inc, Ny Eye and Ear Infirmary Inc, Ny Foundling Hospital, Ny Gi, Ny Hotel & Motel Trades, Ny Inst For Special Ed, Ny Ladder & Scaffold Corp, Ny Laser Group, Ny Neurologic Assoc, Ny Power Authority, Ny Presbyterian Hospital, Ny Road Runners, Ny Spine Medicine, Ny State Insurance Fund, Ny State Unified Court System, Ny Univ Medical Cctr Joint D, Ny Univ Sch Of Engineering, Ny Vision Group, Nyack Hospital, Nybc, Nyc Air Conditioning Co, Nyc Criminal Justice Agency, Nyc Ddc, Nyc Dep Department Of Environmental Protection, Nyc Department Of Design and Construction, Nyc Dept Of Ddc Road-Sewers & Water Mains Unit, Nyc Dept Of Education/Div Of Contracts&Purchasing, Nyc Dept Of Environmental Protection, Nyc Dept Of Homeless Services, Nyc Dept Of Sanitation-Bureau Of Waste Management, Nyc Dept Of Sanitation-Contracts Division, Nyc Dept Of Transportation, Nyc Dept. Of Education, Nyc Dohmh, Nyc Dot, Nyc Economic Development Corp, Nyc Economic Development Corporation, Nyc Elite Gymnastics, Nyc Foot Care, Nyc Health & Hospitals Corporation, Nyc Health Dept, Nyc Hhc Brooklyn Long Term, Nyc Housing Authority, Nyc Housing Preservation & Development, Nyc Hpd Office Of Neighborhood Strategies, Nyc Industries For The Blind, Nyc Maintenance and Restoration Inc, Nyc Management Group Inc, Nyc Media Group, Nyc Renovation Group Corp, Nycan Builders LLC, Nycb, Nycddc, Nycdep, Nyc-Department Of Environmental Protection, Nycdoe, Nycha, Nycmc Corp, Nycoutward Bound School, Nyc-School Construction Authority, Nycsma, Nyct, Nyis New York Immigration Svc, Nym Worldgroup, Nymi Associates, Nymla, Nyodn, Nypl, Nyrender, Nyrp, Nys Division Of Human Rights, Nys Insurance Fund, Nys Supreme Court, Nys Unified Court System, Nyscf, Nysco Products Inc, Nysscpa, Nyu, Nyu Health Center, Nyu Hospitals Center, Nyu Langone Medical Center, Nyumc Office Of Development, Nyu-Perlmuttercancer Ctr, O Connor Davies Munns & Dbbns, O P Sales Ltd, O2kl, Oak Hill Industries Inc, Oaks At Broadlawn Manor Tcm 1, Oaktree Investments, Ob Gyn-Weill Cornell Ny, Objective Solutions Inc, Obrien & Gere Engineers, Occc, Occupational and Industrial Orthopaedic, Ocean & Coastal Consultants Inc, Ocean Financial Fcu, Oceanside Care Ctr Inc, Ocli, Oconner Davies LLP, O'connor Mcguiness Conte, Oconnor Redd Gollihue &

Sklari, Ocv Architects Pc, Oda Architecture, Oda Health Care Network, Oda New York, Oda Primary Health Care Ctr, O'dea Lynch Abbattista Pc, Odgers Berndtson, O'donnell & Naccarato Structural Engineers, O'dwyer & Bernstien LLP, Odyssey House Inc, Odyssia Global Communications, Oec Freight Ny Inc., Oerlikon, Oeuvre Press LLC, Official Press, Ogilvy, O'hare Parnagian LLP, Ohel/Bias Ezra, Ohl Usa, Okun Oddo Babat, Olaregen Therapeutix Inc, Olayan Group, Old Country Ceramic Tile, Oliveira Contracting Inc, Oliver, Wyman and Company, Olivier Cheng Events LLC, Oltarsh & Assoc Pc, Olympic Contracting Corp, Olympic Waterproofing, Om General Contractors Corp, Oma, Omni Group Ltd, Omnibuild, Omnicom Group Inc, Omwar Construction, Omwbe, On Demand Electrical Services, On Drive, On The Level Enterprises, On Top Renovation Inc., On Your Mark Inc, One Jeanswear Group, Only Mine, On-Trac Const Assoc, Onvia, Inc, Oocl (Usa) Inc., Op Ad Media Solutuions, Open Door Family Medical Center, Inc., Open Society Institute, Open Systems Metro, Open Systems Technologies, Opengate Inc, Opening Ceremony, LLC, Ophthalmic Consultants-Long Is, Oppenheimer and Co. Inc, Oppenheimerfunds, Inc., Optimum Diagnostics, Option Hardware, Optitex Usa Inc, Optomen Inc, Optyx, Oracle Construction Inc, Orange Bank and Trust Company, Orange Logic, Orange Regional Medical Center, Orange Telecom, Orba Construction, Orbimed Advisors LLC, Orda Management Supts Office, Ordergroove Inc, Orentreich Medical Group, Organic Motion Inc, Oriska Corp. General Contracting, Orlin & Cohen Orthopedic Group, Orrick Herrington-Sutcliffe, Orthopaedic Associates Of Ny, Orthopedic Surgeons Of Li, Ortoli Rosenstadt LLP, Osali, Osborn Belmont Properties LLC, Osborn Home Care, Osborn Retirement Community, Oscar Blandi Salon, Oscar Health Agency Inc, Oscar Heyman & Brothers, Ossining Union Free School District, Ostroff Electric Inc, Ostrow Institute For Pain Mgmt, Other Press LLC, Oudaz General Contracting Inc, Outer County Construction Corp, Outerstuff Limited, Outline Press Syndicate, Outreach, Outten & Golden, Oval Tennis Inc, Ove Arup & Partners, P.C., Oved & Oved LLP, Overton & Co, Ovid Therapeutics, Owners Corp Inc, Oxagile LLC, Oxford Nursing Home, Oxford University Press Inc-E, Oxford University Press, LLC, Oxo, Ozanam Hall Of Queens Nursing Home, Ozone Park Dialysis, Oztec Business Machines Inc, P & H Painting Inc, P & K Contracting Inc, P & T Ii Contracting Corp, P and L Development LLC, P C Rosenberg & Estis Attorney, P E Guerin Inc, P M D Promotion, LLC, P M Pediatrics, P Peugeot Watches, P S Business Management, Pace University, Pacific Transglobal, Pack America Corp, Paco Group Inc, Pacoa, Paddle Eight, Padilla Construction Service, Paduano & Weintraub LLP, Paerdegat Kid Sports & Child, Pagny, Paige Ai, Pain D' Avignon, Paint Tech Painting Inc, Painting & Decorating B F, Pal Environmental Safety Corporation, Palace Electrical Contractors, Inc., Paladin Consulting-Programming, Palante Electrical Contractors, Palard Realty Corp, Palatine Industries, Paletot Ltd., Pall Aeropower Corporation, Pall Biomedical Inc, Pall Corporation, Pallotta Health Solution, Palm Tree Center For Nursing and Rehab, Palma Settimi Inc, Pam Air Conditioning, Panhandle Ironworks LLC, Panoramic Hudson LLC, Panteris & Panteris LLP, Par Pharmaceutical Companies, Inc., Par Plumbing Co., Inc., Paraco Gas Corporation, Paradigm Services Inc, Paradise Plastics, Paradox Resolution LLC, Paralegal Support Svc Inc, Parc, Parfums Givenchy Inc, Paris Health Club, Park Ave International Inc, Park Ave. International

Contracting Corporation, Park Avenue Extended Care, Park Avenue Post Inc, Park Developers & Builders, Park East Construction Corporation, Park Hudson Intl LLC, Park Pediatrics, Park Ridge Medical Ctr, Park Slope Day Camp, Park Terrace Care Ctr, Parkchester Medical, Parker Institute, Parker New York, Parkermeridien, Parkview Care & Rehab Ctr, Pars International Corp, Parsons Brinckerhoff, Inc., Partners Ellenberg, Partners In Care, Partnership For Nyc, Pat Corsetti Inc., Pat Fay,, Paterno Asphalt Corp, Path Medical, Pathology & Laboratory Medical, Pathways To Housing, Patients Medical Pc, Patriot Electric Corp, Patterson Belknap Webb-Tyler, Patton Eakins Lipsett Martin, Pau/Practice For Architecture & Urbanism, Paul A Castrucci Architect, Paul Bunyon Tree Care, Inc., Paul Dicpinigaitis Md, Paul J. Scariano Inc., Paul Labrecque Salon, Paul Michael Marketing Svc, Paul Weiss, Paul Wilmot Communications, Paws To The Pavement, Pazer & Epstein, Pb Contracting, Pc Consulting Management Corp, Pc Richard and Son, Pccs, Pci Homecare Group, Pear Core Solutions, Pearl Cohen Zedek Latzer Brtz, Pearl Meyer and Partners, LLC, Pearland, Pearls Construction LLC, Pearson, Peckar & Abramson A Pro Corp, Peckham Industries, Inc, Peconic Bay Medical Center, Pediatric Hospital, Peduto Construction Corporation, Peepels Mechanical Corp, Pegalis & Erickson, Pegram Enterprises, Pei Architects, Pei Cobb Freed-Partners Archt, Pei Partnership, Pelham Parkway Dialysis Ctr, Pelham Pkwy Nursing Home, Pelli Clarke Pelli Architects, Pen Enterprises, Inc, Pena & Kahn, Penguin Random House, Peninsula Counseling Ctr, Peninsula General Nursing Home, Penn Plaza Consultants Group, Penta City Gr. Jv, Pentegra Retirement Services, Pentland Usa, Penton Learning, People Care Inc, Pepsi, Perciballi Industries Inc, Percy Uris Natatorium, Perecman Firm PLLC, Perella Weinberg Partners Lp, Perelson Weiner LLP Certified, Peretz Mirgang & Co LLP, Perfectaire Co Inc, Perfection Drywall Tapers Inc, Perfetto Contracting Company, Inc, Perfetto Enterprises Company Inc, Performance Health, Performance Logic Inc, Perkan Concrete Corp, Perkins & Will, Perkins Eastman Architects, Perl & Asch, Perlman and Perlman Esquires, Permadur Ind. Inc., Permal Group Inc., Permission Data, Pernod Ricard Usa LLC, Perry Consulting, Person Centered Care Services, Personal Touch, Pesach Tikvah Door Of Hope, Peter F Poon Architects, Peter J Catanzaro Inc, Peter J Kelley & Assoc, Peter Merani Law Office, Peter Pennoyer Architects, Peter Scalamandre & Sons, Petersan Group, Petracca & Sons, Inc., Petrie Division, Petrillo Stone Corp, Petrovano & Assoc, Petsky Prunier LLC, Pfizer Inc., Pg Drywall, Pharmaceutical Media Inc, Phelps Hospital Robotics, Phelps Memorial Hospital, Philip Habib & Assoc, Philip Morris International Inc., Philip Weintraub, Phillip Nizer Law Firm, Phillips & Assoc, Phillips & Co Pc, Phillips Group, Phillips Krantz & Assoc, Phipps Construction Inc, Physique 57, Pi Capital Partners, Pibly Residential Program Inc, Picciano & Scahill Pc, Picco Construction, Picis, Pico Electronics Inc, Piece Management, Pierre Michel Inc, Pierre Toussaint Family Health, Pillinger Miller Tarallo Lip, Pillori Associates, Pillsbury, Pilobolus, Pinkhasov & Assoc, Pinnacle Commercial Development, Pioneer Landscaping & Asphalt & Paving Inc, Pioneer Underground Inc, Pioneer Windows, Pipe Doctor Plbg Htg & A C Inc, Pippa Inc, Pirelli Tire LLC, Pitney Bowes, Pitta & Giblin LLP, Pivzarotti Ibc, Pixacore, Pixafy Inc, Pizzarotti Ibc, Pizzo Brothers Inc, Pj Mech. Bldg. Services Corp., Pjs Electric, Inc., Pk Interiors Inc, Pl Developments, Planet Data Solutions, Planet Mechanical, Planned Parenthood Federation Of

America, Plant Construction LLC, Plasmanet Inc, Plastic Surgery Group, Plastic Works, Platinum Maintenance Services Corporation, Platt Byard Dovell White, Platta Law Firm, Platte Klarsfeld & Levine, Platzer Swergold Karlin Levine, Plaxall Inc, Playbill Inc, Plaza Construction Corp, Plaza Del Castillo Health, Plaza Marine Inc, Plaza Rehab & Nursing Ctr, Pleatco Pure, Pls, Plum Benefits LLC, Plumbers Local #1, Plus Three, Lp, Plush, Plymouth Beef Co Inc, Plymouth Chruch, Pm Pediatrics, Pm Pediatrics Associates PLLC, Pms Construction Management, Pmx Agency Inc., Pmy Construction Corp, Podell Schwartz Schecter, Pohlmann Construction, Polakoff & Michaelson Pc, Polan Construction, Poler Contracting, Poles Tublin Stratakis-Gnzlz, Polonia Development & Prsrvtn, Polymedco Inc, Pomerantz LLP, Pop2life LLC, Popimpresska Journal, Popper & Co LLP, Pops & Assoc Pc, Population Council Inc, Port Authority Of New York & New Jersey, Port Chester Nursing & Rehab, Port Chester Public Works, Port Crossing LLC, Portigon, Pos Electrical Contractors Inc, Posca Servicenter Inc, Posen Architects LLC, Posillico Civil, Inc., Positive Electrical Associates, Inc, Positive Workforce Inc, Possible Worlds, Postner & Rubin, Postworks, Potamkin Leasing, Poulos Remodeling Ltd, Powell Electric Manufacturing Co., Power Concepts LLC, Power Concrete Co Inc, Power Cooling Inc, Power Express, Powergrid Construction Inc., Powley & Gibson, Poyry Management Consulting, Pqi Technologies Inc, Pr Newswire Association LLC, Practical Energy Partners, Practice Builders Medical Mgmt, Praxis, Praxis Press, Precision Elevator Corp., Precision Gear Inc, Precision Health Inc, Precision Land Surveys, Precision Stone Inc, Precision Techniques Inc, Precision Window Systems Inc, Predictive Systems Inc, Preferred Dental Care, Preferred Health Partners, Preferred Home Care, Inc., Premier Brands Of America Inc, Premier Home Care, Premier Plumbing & Heating, Premier Plumbing & Piping Inc, Premiere Enterprise Co Inc, Premierwest Landscape, Inc., Premium Technology, President Container, Presidio, Inc., Press Emil, Press Here Publicity, Pressure, Presti & Naegele, Presti and Naegele, Prestige Restoration & Mntnc, Prestige Stone & Pavers Corp, Prestigious Maintenance Inc, Prestone Printing Co Inc, Prfi, Prima Paving Corp., Primary Care Faculty Assoc, Primary Healthcare Plus, Primary Support Solutions, Primary Wave, Prime Care Of Ny Inc, Prime Clerk LLC, Prime Engineering, Prime Home Health Svc LLC, Prime Renovations Inc, Primer Construction, Prince Carpentry Inc, Prince Seating Corp, Principal Builders Solutions, Priority One Jets, Prismatic Development Corp, Pristine Services Inc, Pritchard Industries Incorporated, Private Prep Inc, Pro Con Group Inc, Pro Metal Construction, Pro Repair, Probuildero Corp, Procida Construction Corp, Pro-Con Group, Professional Claims Bureau Inc, Professional Data Systems, Professional Maintenance, Professional Pavers Corp, Professional Touch, Proformance Systems Inc, Prognos, Project Eye Consultants Inc., Project For Public Spaces Inc, Project Hospitality, Prokast Construction, Promedica Imaging, Promenet Inc, Promo Suite, Promotional Development Inc, Prompt Direct Inc, Property Markets Group (Pmg), Propublica, Proskauer Rose LLP, Pro-Teck LLC, Protective Lining Corp, Protege Partners, Protiviti, Proto Construction Corp, Proton Construction Corp, Prwt Service Inc, Psch Inc, Psi Plumbing Inc, Psychology Today, Psyop Inc, Ptashnik & Assoc, Ptg Construction Corp, Pts Consulting Inc, Public Utilities Maintenance, Publicis Group, Pullman Sst Inc., Pulvers Pulvers & Thompson LLP, Punch & Jurists Ltd, Purcell Architects, Purchase

Day Camp, Pure Aire Mechanical Services Inc., Pure Insurance, Pure Yoga, Purevoltage Hosting Inc, Purrington Moody LLP, Pvh Corporation, Pypestream LLC, Pyramid America, Pyramid Floor Covering Inc, Pyrosignal & Suppression Inc, Q Prime Inc, Qbecf, Qed Resources, Qfit, Qsac, Qto House, Quality Circle, Quality Dental Care, Quality Fire Protection Inc, Quality Patterns Inc, Quandrian, Quantilus Inc, Queens Artificial Kidney Ctr, Queens Blvd Extended Care, Queens Center For Progress, Queens Center For Rehab, Queens Community House, Queens County Neuropsychiatric, Queens Hospital Center, Queens Law Associates, Queens Long Island Med Group, Queens Medical Assoc, Queens Medical Office Pc, Queens Nassau Nursing Home, Queens Peace Residence, Queens Surgicenter, Quest Builders Group, Quest Media, Quick Usa Inc, Quik-Trak Couriers, Quinn & Co, Quinn Mccabe LLP, Quintairos Preito Wood & Boyer, Quintal Contracting Corp., Quintessentially New York, Quirky, Inc., Quislex, Quorum Federal Credit Union, Qvi, Qwest Contracting Corp, R & M Richards Inc, R & N Construction Corp, R & R Scaffolding, R A M S Mechanical Inc, R A Rapaport Publishing Inc, R A Rodrigues Inc, R and L Heating, R Argento & Sons, R C Torre Construction Corp, R D Management, R D P Petroleum Inc, R D Wright Inc, R G Niederhoffer Capital Management Inc, R J Green Const Corp, R J Michaels & Co Inc, R P Brennan General Contrs, R R Lalena Corp, R V Associates, R Wade Johnson Design Inc, R&B Services, Inc, R.A.M.S. Mechanical Inc, R.B. Ignatow, R/Ga Digital Studios, Ra Consultants LLC, Ra Engineering LLP, Ra German Architect Pc, Ra Heintges Architects Conslnt, Rabbinical Assembly, Rabin Martin,, Rabinowitz Boudin Standard, Rabo Securities Usa Inc., Rabobank Nederland, Rabsky Group, Rac Mechanical, Racanelli Construction Co. Inc., Rachel N Becker Md, Racher Press Inc, Racquet & Tennis Club, Radiac Research, Radiation Oncology Assoc, Radical Media LLC, Radin Glass & Co LLP, Radiology Associates-Brooklyn, Radson Development LLC, Rael Automatic Sprinkler, Rafael Via A Oly Architects Pc, Raff & Becker, Ragozin Inc, Raich Ende Malter & Co LLP, Railroad Construction Company Inc, Railworks, Railworks Transit, Inc, Rain Forest Alliance, Rainbow Group Ltd, Raje, Ralph Appelbaum Assoc Inc, Ralph Interactive, Ramapo Manor, Ramapo Radiology Associates, Pc, Ramius Securities, L.L.C., Rampart Brokerage Corp., Ramsey Constructors Inc, Rand Engineering-Architecture, Rand Rosenzweig Radley-Gordon, Rand Solutions Inc, Raoul Lionel Felder Law Firm, Rapp Worldwide Inc., Rappaport Hertz Cherson, Raptor Trading Systems, Raul Construction LLC, Raw Information Group, Ray Blau Partner Image Office Environments LLC, Ray Builders, Ray Catena Lexus, Raymond Chan Architect Pc, Raynor Marketing Ltd, Razaline Builders Inc., Rbs, Rc Construction, Rca Asphalt, Rd Weis Companies, Rdg - Rodney D Gibble Consulting Engrs, Re New Construction Co Inc, Reading International Inc, Ready To Assemble Co, Realm, Reavis Parent & Lehrer, Rebekah Nursing Home, Rebt Corp, Recap, Red & Blue Construction Corp, Red Apple Surf Realty Iii, LLC, Red Hawk Fire and Security, Red Light Management Inc, Red Rock Industries Inc, Red Tie, Reddy Levy & Ziffer Pc, Redeemer Presbyterian Church, Redi Construction Inc, Redsky Capital, Redstone Construction - Crossroads Construction, Refurbco Inc, Regal Home Collections, Regeis Care Ctr, Regency At Glen Cove, Regency Extended Care Ctr, Regeneron Pharmaceuticals, Inc., Regent International Inc, Regional Aid For Interim Needs, Regional Radiology, Regional Radiology Outerbridge, Rego Park Medical Assoc, Rego Park Nursing

45

Home, Rehabilitation and Health Care, Reich and Tang, Reicon Group LLC, Reidy Contracting, Reisman Peirez Reisman, Reitler Kailas & Rosenblatt, Related Companies, Related Partners, Reliance Machining Inc, Rem Residential, Remax Construction LLC, Rembar Co, Reme Construction, Remede Consulting, Remodeling Consultants, Renaissance Home Care Agency, Rencap Securities, Inc., Rennon Cons. Corp., Renotal Construction Corp, Renovated Home 1 Ltd, Renu Contracting & Restoration Inc, Renval Construction LLC, Repair The World, Respiratory Specialists, Resplandecer Inc, Restani Construction, Restorative Medicine Pc Judith, Resume-Riter, Revival Home Health, Rga Mechanical Corp, Rgbs Enterprises Inc, Rgenix Inc, Rheembell & Mermelstein LLP, Rheingold Giuffra Ruffo, Rheumatology Arthritis Ctr, Rheumatology Associates, Rhoda Lee Inc, Ribeiro & Dunsky, Ric Lo, Ricci Greene Assoc, Richard Fleischman and Assocs, Richard Meier and Partners, Richard Rodgers Theatre, Richard Spears & Kibbes Inc, Richard Tarzia Corp, Richards Plumbing & Heating Co Inc, Richardson Barnes, Richline Group, Inc., Richmond Elevator Co Inc, Richmond Hill Medical Office, Richter & Ratner, Rici Corporation, Ride Inc, Ridge Abstract Corp, Ridgewood Savings Bank, Rifenburg Construction Inc, Riff Raff Films LLC, Riggs Construction Co Inc, Rightway Solution, Rimani Group Inc, Rimlet Home Improvement, Rising Hope Inc, Rising Sun Construction, Risk Management International,, Riskified, Rite-Way Demolition Inc, River East Anesthesia Assoc., River Manor Care Ctr, Riverdale Mental Health Assn, Riverdale Nursing Home, Riverdale Painting Corp., Riverside Abstract, Riverside Developers Usa Inc, Rivkin Radler LLP, Rj Brunoinc, Rj Capital Holdings, Rj Green Construction Corp, Rj Industries Inc, Rjg Consultants Inc, Rjr Maintenance Group Inc, Rjs Construction Corp, Rktb Architects, Rlb General Construction, Rlc Electronics Inc, Rml Construction Inc, Rmsk Contracting Corp, Rnh Electric, Robb Industrial Corp., Robelan Displays Inc, Robell Painting, Robert A Cardali & Assoc LLP, Robert B Samuels Inc, Robert Con Co LLC, Robert Couturier Inc, Robert Derector Associates, Robert Martin, Robert Silman Associates Pc, Robert Spevack Law Ofc, Robert W Parchment Plb & Htg, Roberto Clemente Family, Roberts & Ritholz LLP, Roberts Group, Robinson & Yablon, Robinson Brog Leinwand, Roc Mar Contracting Corp, Rocal Inc, Rocco Agostino Land & General Construction, Rock Mills Steel Product Corp, Rockaway Care Ctr, Rockaway Mental Health Svc, Rockefeller Group, Rockefeller University Hospital, Rocketrip Inc, Rockland Psychiatric Center, Rockledge Scaffold Corp, Rockrose Construction Corp, Rockrose Dev Corp, Rockrose Development Corporation, Rockwell Architecture, Planning, Rockwell Group, Rocon Plumbing & Heating Corp., Rodel Electrical Inc, Rodney D. Gibble Consulting Eng, Roe Corporation, Roebell Painting Co, Roger Abi-Zeid, Rogers Burgun Shahine & Dschlr, Rogers Surveying, Rogoff and Company, Rogue Bear Press, Rojas Construction Corp, Rokkan, Rolando Mechanical Corp, Rolling Gate Repair & Svc, Rolling River Day Sch & Camp, Roma Stone Co Po Box, Romac Electronics Inc, Roman & Williams, Roman Stone Construction Co, Romano Gatland, Romanoff Consultants, Romer Debbas LLP, Romonel Roman, Ronbar Lab Inc, Ronemus & Vilensky, Ronnette Riley Architect, Roof Studio, Roosevelt Island Operating Corporation, Roraima Consulting Inc., Rosary Hill Home, Rose Medical, Roseland Construction Corp, Rosemar Contracting, Rosen Group, Rosenberg & Estis Pc, Rosenberg and Estis Pc, Rosenberg Neuwirth & Kuchner, Rosenblum Eye Ctr, Rosenman &

46

Colin, Rosenthal and Rosenthal, Rosenthal Discovery-Invention, Rosenwach Tank Co LLC, Rosetta Radiology, Rosin & Reiniger, Rosin Steinhagen Mendel, Rosner Nocera & Ragone LLP, Rosovich Assoc In, Ross Laboratory Sales Corp, Roth & Roth, Roth Built Construction LLC, Roth Painting Company, Rothschild Inc., Rottenberg Lipman & Rich, Round Star Inc, Roundabout Theatre Company, Roundsquare Builders LLC, Roundsquare Development, Roura & Shannon, Royal Builders Group Inc, Royal Health Care, Royalty Pharma, Rr Donnelley, Rsg Systems Inc, Rsn Construction Co., Inc., Ruben's Group Inc, Rubenstein, Rubenstein Partners, Rubin Abramson LLP, Rubin Fiorella & Friedman LLP, Rubin Marsha, Ruder Finn, Rudin Management Company, Ruhle Companies Inc, Ruhof Corp, Rumc, Run Rite Mechanical Corp., Runtime Technologies, Rusk Renovations Inc, Ruskin Moscou Faltischek Pc, Russell Reynolds Assocaites, Russo & Burke, Russo & Keane, Russo and Toner LLP, Russo Apoz Nanski & Hellrich, Russo Development Enterprise, Rx Mosaic Health LLC, Rxr Corp, Rxr Realty, Ryan Health, Ryan-Nena Community Health, Ryder Construction Inc, Rye Radiology Assoc, Rzo LLC, S & E Azrlliant P C, S & J Sheet Metal Supply Inc, S & L Aerospace Metals LLC, S & P Construction Management Inc, S 9 Architecture & Engrng Pc, S B Technology, S D Warren Co, S Difazio Industries Inc, S Donadic Woodworking Inc, S Hellman Co, S I Engineering Pc, S I Mental Health Soc Inc, S J Electric Inc, S K P Intl Inc, S M Tam Architect PLLC, S Nassau Community Hospital, S Rothschild & Co Inc, S T S Contractors, S&P Construction, S&S Kings Corp., S. Saltzman, S9 Architecture & Engineering, Saad Construction Inc, Saatchi and Saatchi Worldwide, Sabin, Bermant and Guld LLP, Sabina Contracting, Sacco & Fillas LLP, Sachs Insights Inc, Sacks & Sacks, Sadis & Goldberg LLP, Sadsa, Safe Con Builders, Safe Horizon Inc, Safeco Cons., Safecon Builders Corp., Safecon Inc, Safety Environmental Co., Safety Marking, Inc, Safety Works Inc, Safeway Fire and Protection Co, Safra, Sage Realty Corporation, Sage Services Advocacy, Sage Systems Inc, Sageview Consulting, Sai Ji Plumbing, Sai Ram Petroleum Inc, Saicon Consultants Inc, Saint Dominic's Home, Saint John's Riverside Hospital, Saint Josephs Medical Center, Saint Mary's University Of Minnesota, Sajiun Electric, Inc., Saks Fifth Avenue LLC, Sa-Lakeland LLC, Salamon Engineering Group, Salem Hills, Salenger & Sack Kimmel Bavaro, Saleselement, Salesian Missions, Salisbury & Ryan LLP, Salon Marrow Dyckman Newman, Sam Schwartz Engineering Dpc, Samanna La, Samaritan Daytop Village, Samaritans 24 Hour Suicide, Samco Electric Corporation, Samuel A. Ramirez and Company, Inc., Samuel Field Ym & Ywha Inc, Samuel French Inc, Samuel-Bertha Schulman Rehab, Sanb Management, Sanctuary For Families Inc, Sandata Holdings, Inc., Sandeep Singh Dba J & N Cons., Sanders Firm, Sandhu Contracting Inc, Sandow, Sands Atlantic Beach, Sands Point Ctr For Health-Rhb, Sandspoint Capital Advisors LLC, Sanford Heisler Sharp LLP, Sanitary District No. 2, Sankel Skurman & Mccartin LLP, Sanocki Newman & Turret, Sans Consulting Services, Inc., Sans Souci Rehab & Nursing Ctr, Santiago Betes & Son Inc, Sapphire, Sapphire Cernter For Nurse-Rhb, Sarabeth's, Sarah Neuman Ctr For, Saratoga Family Inn-Hms, Sarkissian Mason, Satin Fine Foods, Inc, Satnaam International Construction Corp, Sato Construction Co.Inc, Satori Consulting, Savant Consulting Group Inc, Savills Studley, Inc., Savin Engineers, Savoy Brass Mfg, Savvy Renovation, Sawhorse Inc, Sb Consulting, Sb New York Inc, Sblm Architects, Scalamandre Construction/Oliveira (Jv),

Scaran, Scaran Development Corp, Scarola Malone & Zubatov Lip, Schaefer Machine Co Inc, Schaffer Schonholz & Drossman, Schaller & Weber Inc, Schiavetti Corgan Di Edwards, Schildwachter Oil, Schindler Cohen & Hochman, Schindler Elevator Corporation, Schlam Stone & Dolan, Schlesinger Gannon, Schlesinger Gannon & Lazetera, Schmelkin Associates, Schnader Harrison Segal and Lewis LLP, Schneider Buchel LLP, Schneider Schecter-Yoss Cpas, Schoeman Updike Kaufman-Gerber, Scholastic Inc., School Of Visual Arts, Inc., Schreck & Co, Schulman Lobel, Schulte Roth and Zabel LLP, Schwartz & Co, Schwartzapfel Lawyers P C, Schwitzer & Assoc, Sci Architects, Scienaptic System, Scorcia & Assoc, Scott & Scott Attorney, Scott Gold Mdpc, Scott Kester Design, Screen Media Ventures, Scully Scott Murphy & Presser, Sea Breeze General Construction, Sea Crest Construction Corp., Sea Crest Health Care Ctr, Seabreeze General Construction, Sealand Contractors Corporation, Searchmetrics Inc, Seb, Sebco Development, Seca Underground Corporation, Secoda, Secure It Securities Corp., Securitas Electronic Security Inc., Security Management Systems, Seedco, Segel & Co. Inc, Seiden & Schein, Seiden Group, Seidman, Selectric Electrical Contractors, Selendy & Gay PLLC, Seligson Rothman-Rothman Attys, Selldorf Architects, Sell-Mar, Semtex Industrial Corp, Sengenix, Senior Comfort Solutions LLC, Senior Health Partners, Sensation Magazine, Sentinel Health Fund, Sentrale Construction Corp, Sequa Corporation, Seraphine Maternity LLC, Serenity Zone, Services For The Underserved, Inc., Sesame Workshop, Settlement Health & Medical, Settlement Housing Fund Inc, Severud Associates, Seward and Kissel LLP, Seymour J Weinberg Certified, Seynd, Sgkk & Co, Sh5 Construction Corporation, Shadow Pr, Shaevitz Shaevitz & Kotzamanis, Shalik Morris & Co LLC, Shallu Construction, Shalom International Corp, Shanahan LLC, Shanholt Glassman Klein Kramer, Shanty, Shapiro Bernstein and Co Inc, Sharan Builders, Inc., Sharretts Paley Carter, Shasho Jones Direct, Shaub Ahmuty Citrin and Spratt L, Shaws Of Darwen, Shay Enterprises, Shear Technology, Shearman and Sterling, LLP, Shebitz Berman Cohen and Delfort, Sheepshead Bay Nursing Home, Sheldon Lobel P C, Sheldon Rabin Pc, Sheltering Arms, Shelterzoom Corp, Shelton Mindel and Associates, Shenoy Engineering Pc, Shepardson Stern & Kaminsky, Sherland & Farrington Inc, Sherman & Basichas Pc, Sherri Benmorits Law Office, Sherry-Netherland, Sherwani Contracting Inc, Shew Milson and Wilke Inc, Shiboleth LLP, Shina Managemnet Corp, Shinda Management Corp, Ship Architects Pc, Shipkevich Law, Shop Keep, Shore Group Assoc, Shore View Nursing Home, Shoregroup Inc., Shoreline Contracts Inc, Shred-It, Shustak Jalil & Heller, Shutterstock, Inc., Si Mental Health Society, Si Systems Inc, Siba Contracting Corp, Sichenzia Ross Ference Kesner, Sicon Constr Svc Corp, Sid Jacobson Jewish Cmnty Ctr, Siderow Organization, Sidley Austin LLP, Siedlecki Construction Co Inc, Siegel & Coonerty, Siegel & Reiner LLP, Siemens Healthineers, Siemens Mobility Inc, Siena Construction Ltd, Sienia Construction Inc, Sierra Mechanical Contracting, Sigmund Cohn Corp, Signature Building Systems, Signature Construction Inc, Siite Interactive, Silberman & Zaretsky Pc, Silberstein Awad & Miklos Pc, Silbowitz Garafola Silbowitz, Sills Cummis and Gross P. C., Silver Autumn Hotel Corp. Limited, Silver Lake Specialized Care, Silver Rail, Silverback Development, Silverite Construction Corp, Silverlining Interiors Inc, Silverlink Technologies LLC, Silverman Acampora, Silverman Sclar Shin & Byrne, Silverstein Langer Newburgh,

Silverstein Properties, Inc., Simcorp, Simon and Schuster, Inc., Simon Fouladian, Simon Meyrowitz & Meyrowitz, Simon Rodkin Engineers, Simonette & Assoc, Simons Foundation, Simonson Hess & Leibowitz P C, Simparel Inc, Simply Engage, Simpson & Brown Inc, Simpson Thacher and Bartlett LLP, Sinel & Assoc PLLC, Sing Tao Daily News, Singh Landscaping Co, Sioni Group, Sirona Dental Inc, Sirota, Sirovich, Sirrye Construction Corporation, Site Fencing Inc, Site Logic, Site Safety LLC, Situ Fabrication LLC, Situation, Siuh, Sive Paget & Riesel, Siwanoy Country Club, Six K Construction, Sizzal, Sjeh, Skadden, Arps, Slate, Meagher and Flom LLP, Skanska Civil Usa, Skanska Ecco J V Usa, Skanska Koch Inc, Skanska Usa Civil Northeast Inc, Skidmore Owings & Merrill, Skil-Care Corp, Skills Construction, Skintology, Skwiersky Alpert Bressler LLP, Sky Heights Construction Corp, Sky It Group LLC, Sky Rise, Inc., Sky View Construction Co, Sky View Health Care Ctr, Skyhorse Publishing, Skylift Contractor Inc, Skyline Electrical Corp, Skyline Engineering, LLC, Skyline Restoration Inc, Skyline Windows, LLC, Skystone Group, Skyview Construction Company, Sl Green Realty Corporation, Slade Industries Inc., Slalom Consulting, Slate Hill Constructors Inc, Slate Property Group, Slattery Skanska Inc., Slce Architects LLP, Sleep Disorders Institute, Slomins Inc, Slope Electric Inc, Sloss Eckhouse Law, Slovit, Inc, Sma Estimating and Contracting LLC., Smart, Smart Choice Comms LLC, Smart Design LLC, Smart Heating & Cooling, Smart Stream Technologies, Smart Trade Technologies, Smarter Grid Solutions Inc, Smartprocure Inc, Smartprocure Inc, Smartpros Ltd, Smith & Warren, Smith Magazine, Snell, Sng, Snitow Kanfer Holtzer, Snk Enterprises Inc, Snohetta Architecture Design Planning Pc, Snr Denton Us LLP, So Accurate Group Inc, Sobel Affiliates Inc, Sobro, Sofitel New York, Software Freedom Law Ctr Inc, Soho Construction Nyc Inc, Soil Mechanics Drilling Corp, Soil Solutions Inc, Sokol Associates Inc, Solar Electric Systems Inc, Solazyme, Solid Rock Cons. Co., LLC., Solomon Heymann LLP, Solow Management Corp, Solveda, Som, Somnia Inc, Sonette Inc, Song Mazzeo LLP, Soudronic Limited, Sound Shore Medical Center, Soundview Dialysis Ctr, South Asian Youth Action Inc, South Beach Psychiatric Center, South Bronx Health Ctr, South Brooklyn Legal Svc Inc, South Nassau Communities Hospital, South Queens Dialysis Ctr, South Shore Dialysis Ctr, South Shore Eye Care, South Shore Heart Assoc Pc, South Shore Internal Medicine, Southern Westchester Dialysis, Sovereign Hydroseal Lp, Space 4 Architecture, Space Mercer Inc, Spanish Delancey Seventh-Day Adventist Church, Spar & Bernstein Law Offices, Spar Group, Inc., Sparrow Construction Corp, Spartan Demolition Co LLC, Spears & Imes LLP, Special Touch Home Care Svc, Specialty Portable Xray Inc, Specialty Systems Of Ohio Construction Inc, Spectronics Corporation, Spencer Contracting, Spencer Stuart, Sperber Denenberg & Kahan, Sperduto Spector Co Cpas, Spiegel Leffler PLLC, Spielman Koenigsberg & Parker, Spine & Joint Svc, Spiniello Companies, Spivak Lipton Watanabe Spivak, Sports Medicine Orthopaedic, Sports Therapy & Rehab, Spot Creative Inc, Spot Design, Spotco, Spotless Services, Spring O'brien & Co, Spring Street Dermatology, Spring Studios, Spring11, Springfield, Springroc LLC, Sprinklr, Inc., Sps, Squarespace Inc., Squire Advantage Camps, Squitieri & Fearon, Srr Holdings LLC, Srr Holdings LLC., Ss Cosmas-Damian Adult Hm/St, Ssb, Ssj Billing, St Albans Dialysis Ctr, St Barnabas Hospital, St Francis Hospital, St John's Enterprises, St Loren Construction Corp, St Luke's-Roosevelt Hospital Center, St Marks Place

49

Inst-Mental, St Mark's Plumbing, St Mary Home Healthcare, St Marys Hosp For Children, St Mary's Hospital For Children, Inc., St Nicholas Alliance, St Patrick's Home, St Pauls/Alba House, St Vincent Catholic Medical, St Vincent's Hospital - Westchester, St. Christopher's, Inc., St. John's Riverside Hospital, St. Mary's Hospital For Children, St. Nicks Alliance Corp, St. Vincent's Services, Inc., Stack Exchange Inc, Staff Pro Inc, Staffing Solutions Usa, Stagg Wabnik Law Group LLP, Stalco Construction Inc, Stallion Group, Stan Deutsch Assoc, Stan G Horowitz Esq, Stanco Systems Electrical Contracting, Stanley Creations Inc, Stanley Gelber & Sons Inc, Stantec, Stantec Consulting Services, Stanton Advisors, Star Kay White, Star Staffing Agency, Star Wire Mesh Fabricators Inc, Starbrght, Starnet Emergency Services, Starpoint Solutions LLC, Starr Associates LLP, Starr Security Svc, Starr Whitehouse Landscape Architects, Start, Starwood Hotels & Resorts, State Univ Of Ny Hlth Science Ctr At Syr, Staten Island Care Center, Staten Island Mental Health, Staten Island Physician, Staten Island University Hospital, Statewide Central Station Inc, Static Electric Corp, Stattek International Inc, Status Data Inc, Stauber New York, Stc Systems Inc, Steadfast Development & Constr, Stealth Contracting Inc, Steel Associates LLC, Steel Partners Holdings L.P., Steeldeck Ny Inc, Stein Riso Mantel Mcdonough, Steinbach & Seculer, Steinberg Steckler & Picciurro, Stella Orton Hm Health Care, Stella Service Inc, Stellar Printing, Inc., Stellar Services, Stemmax Realty Inc, Stempel Bennett Claman Hchbrg, Stephen B Jacobs Group Pc Architects & Planners, Stephen Einstein & Assoc Pc, Stephen Jeffries & Assoc, Stephenson General Construction LLC, Steris Ast, Sterling Charter Brokers Inc, Sterling Equities, Sterling Pierce Co, Sterling Project Development, Stern Tannenbaum & Bell LLP, Steve Madden, Steven Dubner Landscaping, Inc., Steven Harris & Assoc, Steven Harris Architects, Steven Holl Architects, Steven Madden Ltd, Steven V Maksin Legal, Stevenson Family Health, Stewart and Stevenson Power Prd. LLC., Stewart Greenblatt Manning-Bz, Stokes Creative Group, Inc., Stone Remodeling Inc, Stonehill-Taylor Archt-Plnnrs, Stormatrix Inc, Storycorps, Strada Soft Inc, Strategas, Strategic Construction Corp, Stratis Contracting Corp, Street Diligence, Street Serve Inc, Strive International, Stroheim-Romann Uphlstry Goods, Strong 1 Brothers Ltd, Strongin Rothman, Structural Contracting Svc Inc, Structural Engineering Technolog, Structural Engineers Assn-Ny, Structural Stone LLC, Structure King Inc, Structuretone Incorporated, Structure Tone/Pavarini Mcgovern, Sts Logistic Svc, Stuart Lynn Co, Stuart Salles Law Offices, Stuart Steel Protection Corporation, Stuart-Dean Co. Inc., Studio V Architecture, Studios Architecture, Stull Stull & Brody, Stupid Cancer, Stv Inc, Sub Rosa, Subin Associates LLP, Subvoyant, Suffolk Construction, Suite LLC, Sulka Creative, Sullivan, Sullivan & Wilson Pc, Sullivan & Worcester LLP, Sullivan and Cromwell LLP, Summa America Group Ltd, Summit Park Hospital, Summit Rock Advisors, Sun Construction Services Inc, Sun General Construction Inc., Sunrise Building & Remodeling, Sunset Bay Community Svc Inc, Sunset Terrace Family Health, Sunshine Healthcare, Sunshine Home Health Services L.L.C., Suny Downstate Medical Center, Suny Maritime College, Super Structures, Superb Mechanical Corp., Superior Maintenance, Superman Contracting Corp, Superstructures, Supreme Interior Renovation, Supreme Systems Inc, Surepure Inc, Surface Design Group, Surgical Associates, Surgical Design, Surgical Specialty Ctr, Sus Inc, Susan Magrino Agency, Sus-Mental Health

50

Programs Inc, Sussman-Automatic Corporation, Sutton and Edwards, Inc., Sutton House Associated, Sutton Park Center For Nursing and Rehab, Suydam Homes, Sv-A Owners LLC, Svam International Inc, Svetlansvetlan, Swa Architecture, Swan Tile & Cabinet, Sweeney & Conroy Inc, Sweeney Construction Inc, Sweeney Reich & Bolz LLP, Sweet Construction Group, Sweet Hospitality Group, Swift Marketing & Fulfillment, Swiss International Air Lines Ltd, Swiss Re, Switzerland Tourism, Sylvor Schneer Gold & Morelli, Symbol Click Software LLC, Sync Sound Inc, Syncrofilm Services Inc, Synergx Systems Inc, Synergy Construction, Synopsis Inc, Synpulse Usa Inc, Sypartners, Syscom Usa, Syska Hennessy Group, Syska Hennessy Group, Systems 2000, Systra Engineering, Syva, T A Ahern Contractors Corp, T C Dunham Paint Co, T F P1 Inc, T J Ronan Paint Corp, T J Wilson Electric, T Moriarty & Son Inc, T Pyramid Inc, T R Pipe Inc, T V Trade Media Inc, T. and G. Industries, Inc., T.N.T. Manufacturing, Inc. Glazed Structures Intl., Tablet Inc, Taboola, Inc., Taconic Builders, Taconic Heating & Cooling Corp, Taconic Investment Partners LLC, Tact Staffing Corp, Tag Worldwide Usa Inc, Tahini Land Co LLC, Tai, Tai Victory, Taina Food Corp, Tal and Assoc LLC, Talener Group LLC, Tameer Inc., Tan Architect, P.C., Tanem Construction Inc, Tanenbaum, Tanisha Systems Inc, Tannenbaum Helpern Syracuse, Tanner Bolt, Tanrow & Juvelier LLP, Tanton Group, Tap Electrical Contracting Service, Tarasis Electric Corp, Tarrytown Public Works Dept, Tassat Group LLC, Tavros Capital, Taylor and Francis Group, LLC, Taylor Care Ctr Of Westchester, Taylor Enterprise, Taylor Global, Taylor Hodson Inc, Taylor Lippe Inc, Taylormade Contracting LLC, Tb Alliance, Tbg Cogen Partners, Tbo Sitescapes Inc., Tc Electric, Tccit Solutions, Tci, Tcr Restoration & Constr Corp, Tcs, Tcv, Tdi Construction Inc, Tdx Construction Corp, Teach For America, Team America Inc, Tec Systems Inc, Tech Traffic Cnslts Corp, Technical Advancement Inc, Technical Comfort Corp, Technico Construction Services, Technofina, Inc,, Technomen Ny Inc., Tecny Group Inc, Teco In New York, Tectonic Engineering and Surveying Cnslt, Teitler & Teitler LLP, Tek Conn, Teksystems Inc, Telanserphone, Tele Measurements Inc, Teledyne Lecroy, Inc., Telehouse America, Telex Corp LLC, Telsey Advisory Group, Telx Law Firm Data Entry, Temboo Inc, Tempest Architectural Products, Temple Shaaray Tefila Of Westchester, Ten Arquitectos, Tender Care, Teneues Publishing Co, Teri Jon, Terminal One Group, Terrace Healthcare Center, Terraferma Elec Const, Terranua Us Corp, Terrapinn, Texpak Inc, Tf Cornerstone, Tfo Brien & Co Inc, Tgm Associates Lp, Thaumaturgix Inc, The Afm, The Allure Group, The Andrew W. Mellon Foundation, The Associated Press, The Bachrach Group Ltd, The Barbarian Group LLC, The Beanstalk Group LLC, The Berkeley Carroll School, The Beverage Works, The Boston Consulting Group Inc, The Bridge Corp, The Bronx Defenders, The Brooklyn Hospital Center, The Brooklyn Tabernacle, The Burke Rehab Hosp, The C and L Group LLC, The Carey Group LLC, The Catholic Big Sisters and Big Brother, The Center For Rapid Reovery, The Child Center Of Ny, The Childrens Village, The Church Of The Redeemer, The City University Of New York, The Continuum Company LLC, The Dannon Company Inc, The Daten Group, The Doe Fund Inc, The Donna Karan Company LLC, The Dulanski Group, The Durst Organization Inc, The Emanu-El Sanctuary, The End Fund, The Falconwood Group, The Grenadier Corp, The Hain Celestial Group, The Healthcare Chaplaincy Inc, The Hearst Corporation, The Henri

Stern Watch Agency, Inc., The Howard-Sloan-Koller Group Inc, The Instit Of Elecal and Electronics Eng, The Institute For Family Health, The J Pilla Group Ltd, The Jewish Board, The Kosher Garden, The Landtek Group Inc, The Laquila Group Inc, The Legal Aid Society, The Leukemia and Lymphoma Society Inc, The Lightstone Group, The Lions Group Nyc, The Matrix Group, The Mccarton Center, The Michaels Organization, The Mines Press, The Moinian Group, The Monroe Cable Co. , Inc. New York, Ny, The Morganit Group, Inc., The Morganti Group, Inc., The Mount Sinai Hospital, The National Hemophilia Foundation Inc, The New York Academy Of Medicine, The New York and Presbyterian Hospital, The New York Foundling Hospital, The Npd Group, The Outfit M&J LLC, The Port Authority Of Ny & NJ, The Related Companies, The Richman Group Of Florida Inc, The Rockefeller University, The Sarut Group Inc, The Segal Group, The Shubert Organization Inc, The Solomon R Guggenheim Foundation, The Standard Group, The Standard Highline, The Tradesmen Group, Inc, The Travelers Companies Inc, The Trust For Governors Island, The Urban Group Ltd, The Vilcek Foundation, The Walsh Company, The Walsh Group, The Wealthplan, The Westchester Medical Practice, The Whiting-Turner, The Zenith Group, Theodore B Vanitallie Ctr, Thera Care Of New York Inc, Theracare, Thermal Strategies.Com, Thermo King Of Long Island, Thermo Tech Mechanical, Thieme Medical Publishers, Thierry Mugler Parfums, Thierry W Despont Office, Think! Architecture & Design, Third Street Women's Residence, Thomas Balsley Associates, Thomas Buses Inc, Thomas C Wilson LLC, Thomas F Cash & Sons Inc, Thomas J Fiskaa Engineering, Thomas Juul Hansen LLC, Thomas Memorial Wesleyan Methodist Church, Thomas Phifer & Partners LLP, Thomas S Brown Associates, Thor Equities, Thorn Electric Inc, Thornton Tomasetti, Inc., Thoughtworks Inc, Three Fold Holdings LLC, Threetech Electric, Thrillist, Throgs Neck Care Corp, Throop LLC, Thunder's Mouth Press, Thuzio, Tiaa-Cref, Tilcon New York Inc, Time Equities Inc, Time Out America LLC, Time Square Construction Inc, Time Warner Cable, Times Square Construction, Timjtim White Home Impv, Timpson Trading Corp, Tiqiq Inc, Tircon LLC, Tishman Construction Corp Inc., Titan Builders LLC, Titan Controls Inc, Titan Machine Corp, Titanium Construction, Titanium Marketing, Tjh Medical Svc, Tko Evolution, Tmg Emedia Inc, Tmi Trading Corp, Tmp Worldwide, Tnd Construction Inc, To Better Days Development LLC, Tocqueville, Tod Williams Billie Tsien Architects, Todd Systems Inc, Togut Segal & Segal, Tolstoy Foundation Nursing Home Com, Tom Cody Design, Tom Hennes Inc, Tom Iannelli Iannelli Construction Co Inc, Tomao Marino Mcnelis Chandok, Tomar Construction Corp, Tomco Construction Inc, Tomco Mechanical, Tommy Thomas Pro Shop, Tonio Burgos & Assoc, Top Kopy, Top Ny, Top Prospect Group, Topline Drywall Inc, Topspin Creative Corp, Tor Forge, Torgan & Cooper, Torino & Bernstein, Torre Lentz Gamell Gary, Torys, LLP, Total Home Transformations Inc, Totem, Tower Legal Staffing, Towers Watson, Town Of Mamaroneck, Townhouse Partners Consulting, Tractenberg Pr, Tracy Agarrat, Traditional Line, Traiana Inc, Transaction Innovation Corp, Transactis Inc, Transbeam, Transcare Corporation, Transel Elevator & Elec Inc, Transervice, Transit Construction Corp, Transolutions & Logistics, LLC, Transportation Safety Consultants, Trask Ltd, Traube Marush Plawes Dogany, Trc, Tredent Contracting Services, Tremont Partners Inc, Trend Pot Inc, Trevcon Construction Co, Tri Borough

52

Scaffolding-Hstng, Tri Coastal Design, Tri Star Construction Inc, Tri State Biodiesel LLC, Tri State Drilling Tech Inc, Tri State Groundwater Solutions LLC., Tri Technologies Inc, Tri Wire Engineering Solution, Triangle Equities, Triangle General Contractors, Trianon Collection, Triarch, Tribeca Electric Corporation, Tribeca Pediatrics, Triboro Scaffolding & Hoisting, Triborough Bridge and Tunnel Authority (Tbta), Triborough Home Care Ltd, Tri-County Black Top Seal Coat, Tricounty Home Nursing Services, Trief & Olk, Tri-Messine Construction Co, Trinchese Construction Inc, Trinity Subsurface Engineering, LLC, Triple Cantilever Design Jv / Aecom, Triple H Construction, Triple Lift, Inc., Triplicity Entertainment LLC, Triport International Aircraft, Tri-Rail Construction Inc., Tri-Star Construction, Triton Builders, Triton Construction, Triton Structural Concrete, Triumph Construction, Triumph Homes LLC, Triwire Engine, Troutman, True Care Home Care, Truimph Construction Corp., Truong Montgomery Architect, PLLC, Trustees Of Civil Svc Painters, Tru-Val Electric Corp, Truveris Inc, Tsi, Tsig Consulting, Tuchman Korngold Weiss Liebman, Tucker & Latifi LLP, Tully Construction Co. Inc., Tully Enviromental, Tunecore, Tunesat LLC, Turner and Townsend, Turner Construction Company, Turtle & Hughes Inc, Tuscan Dream Inc, Tutor Perini Building Corporation, Twig Engineers, Twin Marquis Inc, Twin Towers Enterprises, Two Brothers Chimney & Roofing, Two Brothers Contracting, Two Four Systems, Two Trees Management Co LLC, Two Twelve Assoc Inc, Two's Co, Twoseven Inc, Tyler Hill Camp, Type A Projects, U & I Mechanical Corporation, U A Construction, U Arias Corp, U E Systems, U S Army Corps Of Engineers Louisville District, U.S. Dept Of Labor, Ua Construction Corporation, Uap Inc, Uberto Construction, Ubiqus, Ubiqus, Inc., Ubm, Inc., Ubs, Uce Renovation, Ucp Of Nyc, Ueg, Uhgc 60 Sip, Uipath, Uli Ab Builders Inc., Umbanet Inc, Umberto Squarcia Designs Inc, Uncyk Borenkind Nadler LLP, Une, Unfcu, Unicef, Unified, Union Community Health Ctr Inc, Union Marble & Granite Ind Inc, Union Plaza Care Ctr, Uniondale Fire District, Unison Site Management LLC, United A1 Construction I, United Cerebral Palsy Of Nyc, United Concrete, United Electric, United Elevator Conslnts Inc, United Facilities Management, United Force Construction Corporation, United Genmar, United Health Programs, United Hebrew Geriatric Ctr, United Industries & Construction Corp, United Iron Inc, United Lawyers Svc, United Medical Assoc PLLC, United Nations, United Pipe & Nipple Co Inc, United States Fund For Unicef, United Surgical, United Technology Inc, United Unlimited Inc, United Water New York, Unitedhealth Group, Unity Construction Group, Universal American, Universal Const. Resources Inc, Universal Construction, Universal Construction & Resources, Universal Fireproof Door, Universal Heating & Cooling, Universal Kitchen Design Inc, Universal Metal & Ore Co, Universal Preservation Group Inc., Universal Progressive Construction Corp, Universe Gas Htg Central Air, Universe Hvac Install-Repairs, Universe Stainless Steel, University Diagnostic Medical, University Hospital-Brooklyn, University Medical Practice, University Nursing Home, University Optometric Ctr, University Physicians Of Brooklyn, University Plaza Obstetrics, Unlimited Care Inc., Upper Manhattan Mental Health, Uptown Electric Inc., Urbahn Architects, Urbahn Associates, Urban Architectural Initiatives, Urban Assembly, Urban Builders Group, Urban Dc Inc, Urban Ecospaces, Urban Electrical Corp, Urban Thier & Federer, Urbandaddy, Inc., Urbantech Consulting Eng., Uriu Nuance LLC, Urnex, Urological

Associates, Urological Surgeons Of Long Is, Us Army, Us Army Corps Of Engineers-Ny District (Usace), Us Environmental Abatement Corp, Us Fence & Red Lion Inc, Us Ort Operations, Usa Fibroid Ctr, Usa Roofing Co. Corp, Usa Vascular Ctr, Usa Vein Clinics, Usablenet, Usaig, Usalliance, Usi, Uswtv Inc, Utb Technology Inc, Utb United Technology Inc, Utility Manufacturing Co, Utility Nyc LLC, Utopian Constructs LLC, Utopus Insights Inc, V & E Kohnstamm Inc, V B Construction Co Inc, V C Vitanza & Sons Inc, V J Assoc, V S Construction Corp, V. Pavkov Contracting Co., Inc., Va Medical Center, Valente Contracting Corp, Valentine Lane Family Practice, Valeo Enterprises Inc, Valera Global, Vales Construction Corp, Valles Vendiola, Valley Tree & Landscape Service, Inc, Valrhona Inc, Valtech, Value Care, Inc., Value Line Securities Inc, Valufinder Group, Vam Builders Inc, Vamco Sheet Metal, Van Blarcom Closures Inc, Van Horst General Contrac, Vanderweil Engineers Pc, Vandis Inc, Vanguard Construction & Development Co. Inc., Vanguard Direct, Vantage Airport Group Ltd, Vardaris Tech Inc, Varde Electric Corp., Vari Direct, Varj Properties LLC, Varonis Systems Inc, Varsity Plumbing & Heating Inc, Vaslas Lepowsky Hauss Danke, Vaughn Clg Of Aeronautics and Tchnlgy, Vaultive, Vci-Virtual Consulting Intl, Vecchione Vecchione Connors-Cn, Vedder Price Pc, Vee Technologies, Inc., Vela Trading Technologies, Velez Organization, Vella Interiors Inc, Vendome Group LLC, Ventrop Engineering Consulting Group, Venture Construction, Venus Group, Inc., Ver Cine Prep Program, Verde Electric Corporation, Verdugos General Contractors, Vericon Construction Co, Veri Fone Inc, Veritas Services, Veritas Therapeutic Cmnty Inc, Vernon & Ginsburg LLP, Vernon Hills Contracting, Verrazano Nursing Home Inc, Vertex Co Inc, Vertical Access Solutions., Vestar Inc., Vestorly Inc, Vetbiz LLC., Veterans Contracting Group Inc, Vianini Pipe, Victoria Consulting & Development, Victorian Gardens Amuse Park, Vif Corp, Villa Construction, Village Care Of New York, Inc., Village Nursing Home, Village Pediatrics, Villain, LLC, Vimeo, LLC, Vince, Vincent A. Parnell M.D., Vincent Cyrus Plaza, Vintage Builders & Gen Contr, Vintage Healthcare, Vip Health Care Services, Virginia & Ambinder LLP, Virginia Dare, Virginia Dare Extract Company, Inc., Virtusonics Corp, Viscogliosi Bros., LLC, Vishal Construction Inc, Vishnick Mcgovern Milizio LLP, Visionpro Communications, Visionslive, Visiting Nurse Assoc, Visiting Nurse Service Of New York, Vista Engineering Corp, Visting Nurse Service, Vital Plumbing, Vitality Health Medical, Vitech Systems Group, Vj & Associates, Vlad Restoration Ltd, Vnsny, Volmar Construction Inc, Voltamp Electrical Contractors, Voorsanger Architects P C, Vornado Realty Trust, Vorticom, Inc, Voya Services Company, Vrd Contracting Inc. Dba Vrd Corporate, Vrs, Vsa Partners, Vshift LLC, Vtuner, W A Maintenance & Repair Corp, W E Construction, W H Christian & Sons Inc, W L Concepts & Production, W M Berg Inc, W. P. Carey Inc., Wachtel Masyr LLP, Wachtell, Lipton, Rosen and Katz, Wade Electric Incorporated, Waerman & Leventhal P C, Wafra Investment Advisory Group Inc., Wagner Construction, Wainlands Inc, Waiting Room Subscription LLC, Walden Associates Inc, Walker Diving Underwater Construction, Walker Expert Painting LLC, Walker Ridge Construction Inc, Wall Contractors, Walsh Construction, Walsingham Construction Inc, Walter T Gorman Pc, Walton Family Dental, Wang Engineering Services, Warburg Pincus LLC, Ware Malcomb, Warnaco Inc., Warners Partners Attys, Warrenville Plumbing & Co., LLC, Warshaw Burstein Et Al, Warshaw Jacobson Group,

54

Washington Petroleum Corp, Waterfront Commission-Ny Hrbr, Watral Brothers Inc, Watson Farley & Williams LLP, Watson Laboratories Inc, Watts Electrical Corporation, Wayman C. Wing Consulting Engineer, Wayneco International, Wb Engineers & Consultants, Wbe Unlimited Corp, Wbls, Wdf Inc, Wdf, Inc., We Care Walk In Medical, Webb Institute, Weber Shandwick Company, Wechsler & Cohen LLP, Wechsler Ross & Partners Inc, Week Lerman Group LLC, Weeks Marine Inc., Weg & Myers Pc, Wegner Associates Inc, Weidenbaum & Harari LLC, Weill Cornell Medical College, Weindling International Corp, Weiner Millo Morgan and Bonanno, LLC, Weiss & Rosenbloom Pc, Weiss Law LLP, Weiss Manfredi, Weiss Wexler & Wornow, Weitz and Luxenberg Pc, Weitzman Law Offices LLC, Weld Power Generator, Welkin Mechanical, Well Built Development Corp, WeLLCom Group Inc, Welsback Electric Corporation, Wenick & Finger, Werner Krebs Inc, Wesley Chen Law Office, Wespol Construction, West 8 New York, West End C M, West Harlem Group Assistance, West Lawrence Care Ctr, West Mid Town Medical Group, West Nassau Dialysis Ctr, West New York Restoration, West Nyack Post Office, Usps, West Park Medical Group, Westbrook Partners, Westchester Carpet & Window, Westchester Family Care Inc, Westchester Health PLLC, Westchester Medical Center, Westchester Medical Group, Westerman Construction Co, West-Fair Elec Contrctrs Inc, Westmed Medical Group, Weston United, Westpoint Construction Inc, Westside Pediatrics Pc, Wevio Global Inc, Wexler Associates, Wgsn, Wharton Properties, Whedco, Wheeler, Where To Get It Services LLC, White and Case LLP, White Glove Community Care Inc., White Oaks Nursing Home, White Plains Hospital, White Plains Physicians Assoc, White Werbel & Fino LLP, Whitestone Construction Corporation, Whitmore Group, Ltd., Whitney Partners, Whitney Payne Psych Clinic, Wideorbit, Wiener Millo Morgan & Bonanno, Wigdor LLP, Wildes & Weinberg, Wildflower Ltd, Wilk Auslander LLP, William A Gross Construction, William A Kelly & Co Inc, William A. Gross Contracting, William Dixon Realty, William Doyle Galleries Inc, William F Ryan Cmnty Health, William F. Ryan Comm Hlth Ctr, Inc., William Nicholas Bodouva, William Paster Inc, William Ricigliano Pc, William Somerville Inc, William Vitacco Assoc Ltd, Williams Lea, Willis North America, Inc., Willis Re Inc., Willis Towers Watson, Willkie Farr and Gallagher LLP, Wilson, Elser, Moskowitz, Edelman and Di, Win, Wind Publishing Ltd, Wind River Environmental, Window Fix, Windsor Park Nursing Home, Wingate Russotti Shapiro, Winget & Spadafora, Winick Productions LLC, Wiss & Co LLP, Withers Bergman LLP, Wizard Api, Wkr Construction Inc, Wlcr, Wliw Information & Prgrmmng, Wlodingver Erk Chanzis Cpa's, Wm. A Gross Construction Associates, Inc, Wnw Management, Wohl Loewe Stettner Fabricant, Wolf Popper, Wolff Olins LLC, Wolfstone Productions, Wollmuth Maher & Deutsch, Womens Health Care Pc, Wonder Works Construction Corp, Wonton Food Inc, Woodbury Optical Studio, Woodcrest Nursing Home, Woods Bagot Architects Pc, Woodstock Construction Group, Woodward Mental Health Ctr Inc, Woodworks Construction Co Inc, Worby Vecchio Edelman LLP, Word Of Light Electric LLC, Work Architecture PLLC, Workbridge Associates, Workers Comp Doctor-Dhd Med, Workers Vanguard, Workfolio, Workman Publishing, Worldwide Construction Corp, Writopia Lab, Inc., Wrn Associates LLC., Wsg Systems, Wsp, Wsp Group, Wsp Usa, Wsp Usa Buidlings Inc., Wu & Assoc., Wu & Kao, Wunderland Group, Wunderman, Wunna Contracting

Corporation, Wxy Architecture + Urban Design, Wyng, X L Renovations Inc, Xaxis, Xbr Inc, X-Ceed Performance Group, Xeno-Lights Inc, Xenon Construction Corp, Xinos Construction Corp, Xonitek, Xylem Inc., Y C Industries Inc, Y Park LLC B M R-Ardsley, Yabu Pushelberg Inc, Yadgarov & Assoc, Yaffe Ruden & Assoc LLP, Yai, Yale Robbins Inc., Yantram Architectural, Yard Nyc, Yardie System, Yates Restoration Group Ltd, Yedei Chesed, Yeshiva University, Yext, Inc., Yinteract, Yonkers Contracting Company Inc, Yonkers Electric Installation Co, Yonkers Paving Concepts, York Scaffold Equipment Corp, Yorke Construction Corp, Yorkson Legal, Youth Communication, Ysreal A Seinuk Pc, Yuco Construction, Yunis Roberts Barrau, Z Abedin Construction LLC, Z Associates Garbage Removal, Zabar, Zabrowsky Law, Zachary M Pope Md, Zachary Prell, Zag Usa, Zain Cons. Inc., Zalman Schnurman Miner, Zalmen Reiss & Assoc, Zaman Construction, Zapken & Loeb LLP, Zara Realty Holding Corp., Zarco Contracting Inc, Zaskorski & Notaro Architects, Zdg LLC, Zelouf International Corp, Zhl Group Inc, Ziad Jalbouth Dds PLLC, Ziaur Bhuiyan, Ziff Brothers Investments, Zimmet Law Group, Zion Contracting LLC, Zito & Zito Maintenance, Zocdoc, Inc., Zodiac Interactive, Zoem Builders Inc., Zofs Eng., P. C., Zoi Contracting Inc, Zone Aire Systems Inc, Zuber Lawler & Del Duca, Zucaro Construction Inc, Zumbach Electronics Corp, Zushe Wilhelm, Zwanger-Pesiri Radiology Group, Zweig-Dimenna Assoc Inc, Zwilling Ja Henckels,

Employer Class Defendant.

---------------------------------------------------------------------------------------------------

The Plaintiffs, ALBERT E. PERCY and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives, by their attorney James M. Kernan of the Kernan Professional Group, LLP, states as follows:

## FACTS AND GROUNDS FOR CAUSES FOR ACTION

1. This is a class action by a Plaintiff class of persons who are ready, willing and able to work for the businesses represented by industry leaders Defendant class or employers.

2. This action involves liability of the Employer Class Defendant for unlawful employment practices of discrimination based on Plaintiffs' ability to meet their burden of production and persuasion proving that Plaintiffs demonstrated that there was a less discriminatory alternative method of employment practice ("Alternative Employment Practice").

3. The Plaintiffs have demonstrated an alternative employment practice ("Alternative Employment Practice") to the Employer Class Defendant, members of which have refused to adopt the Alternative Employment Practice after demonstration to persuade as defined and 42 U.S.C. 2000d. Such refusal to adopt is an illegal employment practice under 42 U.S.C. 2000 e-2.

4. The Plaintiffs made the demonstration in accordance with the law as it existed on June 4, 1989 with respect to an Alternative Employment Practice, described in subparagraph (C) referred to by subparagraph (A)(ii) of 42 U.S.C. § 2000e-2(k)(1). The Defendant respondent has refused to

adopt such Alternative Employment Practice without valid justification, violating 42 U.S.C. § 2000e-2 of the Civil Rights Act of 1964 as amended in 1991.

5. This Alternative Employment Practice was developed as a private solution after New York State failure of Governors Executive Order 45, which was the settlement provided to the Percy Class in settlement of Percy v. Brennan Case SDNY 73-cv-04279.

6. The members of the Defendant Class as identified herein have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons, failing to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice.

7. Failure to have an overriding business purpose for not adopting the Alternative Employment Practice entitles the Percy Class to injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice but failed and refuse to adopt it.

8. This action by the Class Plaintiff is to enforce the benefit of the Alternative Employment Practice demonstrated to the industry leaders to persuade the members of the Employer Class Defendant to adopt the Alternative Employment Practice defined in related Case at (Complaint Case 21-cv-01421 Document #1) at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421, Document #6 Attachment #22,.

9. In addition, this action is for breach of contract brought by the Percy Class as third-party beneficiaries for violating conditions of contracts, including but not limited to Presidential Executive Order 11246 ("EO 11246"), document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.and Governor's New York State Executive Order 45 (9 NYCRR 3.45), document #6, attachment 14 in EDNY Case No. 21-cv-001421.

10. Plaintiff will prove by statistical evidence warranting equitable relief by injunction or declaratory judgment against each Defendant individually and as members of the Employer Class Defendant, relief to redress violations of constitutional and civil rights of the Class Plaintiff as proven at the time of trial of this action.

## Precedent, Authority and Jurisdiction

11. This action is grounded on the record in Percy vs Brennan US SDNY Case 73-cv-04279, the case file archived as potentially of national significance in St. Louis, Missouri, the case file returned from St. Louis to the National Archives in New York City, returned upon the request on behalf of Plaintiffs, and certified by the National Archives to the United States District Court for the Southern District of New York, which record was then filed by ECF as the Docket on Appeal to the United States Second Circuit Court of Appeals 17-2273.

12. A lead action (Complaint Case 21-cv-01421 Document #1) has been filed in the US Federal Court for the Eastern District of New York against the State of New York and others for failure of settlement involving New York State Executive Order 45 (9 NYCRR 3.45),("EO 45") document

#6, attachment 14 in EDNY Case No. 21-cv-001421. That action is grounded upon the final and enforceable Memorandum/Order ("Memorandum/Order") of Judge Lasker reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, settled by agreement accepting Defendant New York State's offer of EO 45. The problem is that EO 45, document #6, attachment 14 in EDNY Case No. 21-cv-001421, failed and the Percy Class was never notified of the failure - Governor of the State of New York offered a settlement of Percy v. Brennan in case 73-cv-04279 that is unenforceable, paragraphs 528-553 of (Complaint Case 21-cv-01421 Document #1.

13. Liability is for violation of 42 U.S.C. §§2000e-2, rights secured to the Percy Class as the Complaining Party, liability of the Employer Defendants under the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§§ 2000e-2, 1981, 1983, 1985, and United States EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, for breach of contract where such Employer Defendants have breached contractual conditions requiring compliance with EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, by failing to affirmatively provide equal employment opportunity to members of the Percy Class as third-party beneficiaries to contracts with Employer Defendants, contracts funded from federal funding requiring compliance with the Civil Rights Act, regulations, laws and US constitutional provisions recited in EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421. Members of the Percy Class are beneficiaries specifically identified in contracts as conditions and obligations where Federal Funding is involved. These conditions of contracts specify compliance with EO 11246. document #6, attachment 21 in EDNY Case No. 21-cv-001421

14. The Alternative Employment Practice under the Civil Rights Act of 1964, and specifically 42 USCA §2000e-2 and §2000d as amended in 1991 (the "Civil Rights Act"), is delivered with workers' compensation coverage. All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required in under New York Workers' Compensation Law §10, workers' compensation coverage also includes safety training and loss control management.

15. Using workers' compensation coverage as the delivery method for the Alternative Employment Practice to provide paid on-the-job apprenticeship for new hires and continuing education for existing employees, the practice provides skills to educate workers to competently and safely perform work, protect themselves and people with whom they come into contact. Too long employees have struggled without being provided the skills necessary to protect themselves and the communities they serve, including the general public with whom they come in contact.

16. The Percy Program established paid on-the-job internship and apprenticeship programs as an Alternative Employment Practice to be provided with workers' compensation insurance coverage as part of safety management and loss control. All employment is covered by workers' compensation insurance. The Alternative Employment Practice set forth at (Complaint Case 21-cv-01421 Document #1), the Alternative Employment Practice at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421 Document #6 Attachment #22, incorporates

58

paid on-the-job apprentice training into the workers' compensation loss control and safety training of employees, by enrolling new entrants to the workforce to work alongside existing journeypersons, growing the depth of skilled workers, skilled workers whose ranks are being diminished through age and attrition. The workers' compensation carrier subsidizes the safety, classroom instruction and risk management of apprenticeship benefiting by recognized savings in reduction of losses, reduced exposures and liabilities of claims made under workers' compensation insurance. The Alternative Employment Practice is delivered as a function of loss control management through paid on-the-job apprentice training and continuing education under the Fitzgerald Act (29 U.S.C. §50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Bureau of Apprenticeship and Training (BAT) and C.F.R. T. 29, Subt. A, Pt. 29 and Pt. 30, made a part of workers' compensation coverage required of all employment.

17. Although the employers are not named in the original Percy v. Brennan case, Case 73-cv-04279. reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, the Employers Defendants in fact are required to provide real affirmative action.

18. The Percy Class has been constantly denied access to apprenticeship to gain skills to compete for employment and skilled careers, entitling the Percy Class to actual damages for lost wages, for lost opportunity compensation, damages also affecting members of the Percy Classes' children and families, significantly disadvantaged in education and skills, struggling to get a job.

## VENUE

19. The basis of the venue in the United States Federal Court for the Eastern District of New York is because a substantial part of the events giving rise to the claims made herein occurred in the Eastern District of New York, Albert E. Percy resides in the Eastern District of New York, and Plaintiff Percy Class is predominately situated in the Eastern District of New York.

## PARTIES

**Plaintiffs:**

20. Plaintiff Albert E. Percy, ("Percy") certified as the class representative of the certified class by Judge Lasker in the Memorandum/Order at 384 F Supp 800, page 811, [S.D.N.Y. 1974] in Case 73-cv-04279, and at document #6, attachment 3 in EDNY Case No. 21-cv-001421, reported at 384 F. Supp 800, at Page 808, docketed in US 2nd Circuit Court of Appeals appeal No. 17-2273 Docket #97 page 0003 and Docket #99 page 640, and document #6, attachment 3 in EDNY Case No. 21-cv-001421 (the "Percy Class") is fully capable of learning to perform and/or performing skilled occupations as apprentices, journeypersons and highly skilled careers. Percy, as the Complaining Party, a member of the Percy Class, was denied equal employment opportunities, and remains a proper representative of the Percy Class. Percy's personal and business interests and the claims hereinafter set forth are fully aligned with those of the Class.

21. Standing was found by the Lasker Court in its Memorandum/Order stating the Percy Class has alleged "such a personal stake in the outcome of the controversy as to assure that concrete adverseness which sharpens the presentation of issues upon which the court so largely depends for illumination of difficult constitutional questions" citing "Baker v Carr, 369 US 186,(1962) 82 S Ct 691, 7 L Ed 2d 663, document #6, attachment #6, in EDNY Case No. 21-cv-001421 (see Flast v Cohen, 392 US 83, (1968), 88 S Ct 1942, 20 L Ed 2d 947 (1968))" document #6, attachment #7, EDNY Case No. 21-cv-001421. In Percy v. Brennan, black and Spanish-surnamed workers were alleged to "have been and continue to be denied employment in the New York construction industry, demonstrating the Percy Class continues to have a personal stake", 384 F Supp 800, page 808 [S.D.N.Y. 1974], document #6, attachment 3 in EDNY Case No. 21-cv-001421, and 17-2273, Docket #99, Appendix 1, Volume 3, page 684.

22. The Memorandum/Order of Judge Lasker in the Percy Action, Percy v. Brennan, 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421, page 811 in 17-2273, Docket #99, Appendix 1, Volume 3, page 660, granted Plaintiffs motion to be maintained as a class and found standing to seek relief for the enforcement of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421 as a class of persons that EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC was designed to protect from injuries resulting from racial discrimination within the protections of the 5th and 14th Amendments to the Constitution, and 42 USC 1981, and has met the requirements of subdivisions 2 and 3 of FRCP 23. See also, Docket #99, Appendix 1, Volume 3, page 653 in 2nd Circuit Appeal 17-2273.

23. The Order certifying the Class in Case 73-cv-04279 is at 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421 and 17-2273 Docket 97, Appendix 1, Volume 3 of 3, page 640

24. Plaintiff Percy Jobs and Careers Corporation is an Internal Revenue Code 501(c)(3) non-profit managing apprentice training at the Maritime College State University Of New York, PO Box 351, 6 Pennyfield Ave, Bronx, NY 10465.

**Defendants:**

25. Defendants are named individually and as representatives of a class of employers ("Employer Defendants") to which the Plaintiff has demonstrated an alternative employment practice ("Alternative Employment Practice"). The Defendants are industry leaders identified as class representatives with the expectation that those industry leaders will protect the interests of the Class. The Employer Defendants are employers to which the Plaintiff demonstrated the Alternative Employment Practice in an effort to persuade the specifically identified Employer Defendants, which number 8,773 as set forth on Attachment #1, to adopt the Alternative Employment Practice.

## NUMEROSITY

26. The number of members of the Plaintiff Percy Class are essentially unenumerable but are not indeterminate as certified in the Percy v. Brennan action Case 73-cv-04279 being enforced here.

27. The Plaintiff Class defined and certified by Judge Lasker, as all black and Spanish surnamed persons residing in and about the City of New York is an extremely large class. To identify the Class, Percy counsel has caused to be sent out long overdue Notices of Settlement as Notices of Enforcement of the Settlement of Percy v. Brennan Case 73-cv-04279. Included in the mailing the Alternative Employment Practice demonstrated to and urged that the Employer Defendants adopt. This identification will provide specificity as to the members of the Percy Class entitled to relief.

28. The Defendant Class is identified by Don & Bradstreet by Standard Industrial Classification ("SIC") and North American Industrial Classification System (NAICS") classification codes, as defendant class representative industry leaders fairly and vigorously able to represent the interests of the Employer Class Defendant to defend this Class Action.

## COMMON ISSUES OF LAW AND FACT

29. The issues of law and fact determining the claims of the Percy Class, that the Employers Defendants named in this action, have caused, are causing, and will continue to cause serious, permanent and irreparable economic and social injury and damage to the Percy Class, are common to all members of the Class.

30. The common issues of law and fact must be determined in order to fashion an appropriate equitable remedy and provide relief for the benefit of the Percy Class.

## JUDICIAL ECONOMY

31. This action avoids the prosecution of separate actions by multiplicity of actions involving the same individual members of the Percy Class and the same Owners which would create a likelihood of inconsistent or varying adjudications with respect to individual members of the Percy Class.

32. The Percy Class has been denied and deprived of an opportunity to compete effectively within the American free enterprise system and as a result the members of the Percy Class have sustained serious and ongoing damages, that if the wrongdoing of the Defendants is not enjoined and prevented, chronic damage will continue unabated.

## AS AND FOR A FIRST CAUSE OF ACTION

33. The Plaintiffs repeat and reiterate the allegations set forth above as though fully set forth herein.

34. The Alternative Employment Practice at paragraphs 782-829 of Complaint Case 21-cv-01421 Document #1, presented in this case as the Percy Program - Alternative Employment Practice Document #22 Attachment 21, is delivered as a function of safety and training with workers' compensation under the covered payroll. The Percy Program is an Alternative Employment Practice, an element of a workers' compensation coverage. Apprenticeship is a function of safety

61

training and loss control management of workers' compensation insurance, apprentices recruited and sponsored through employment or provided through a subcontract with apprentice training under the National Apprenticeship Act of 1937 occurring by three methods: (1) coordinated with joint apprenticeship labor-management counsel involving unions, (2) by sponsorship by an employer, or (3) by sponsorship by a trade association.

35. All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required under New York Workers' Compensation Law §10, this Alternative Employment Practice of apprentice training is covered as part of workers' compensation coverage as registered apprenticeship with risk-management, safety training and loss control.

36. The Plaintiff is able to meet its burden of production and persuasion proving that there was a less discriminatory alternative method of employment practice available that the Employer Defendants could have adopted, failing to adopt the Alternative Employment Practice without valid justification is an unlawful employment practice violating 42 U.S.C. § 2000e-2(k)(1)(A)(ii) and (k)(1)(C) of the Civil Rights Act of 1964 as amended in 1991.

37. The Alternative Employment Practice answers the need for the Percy Class to obtain competitive skills by utilizing registered apprenticeship meeting the requirements of the Fitzgerald Act (29 U.S.C. § 50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Office of Apprenticeship and Training (BAT) and 29 C.F.R, Subt. A, Pt. 29 and Pt. 30. Apprenticeship is the process of learning a skilled occupation through both on-the-job training (practical, paid experience) and learning the related technical knowledge in a classroom. Candidates must be 18 years old and possess a GED (the Alternative Employment Practice will help a candidate obtain a GED). Enrollment must be done openly under the procedures established by federal and state regulations for Minimum Qualifications Review and Eligibility List Ranking using for: educational achievement, work experience, seniority, job aptitude, oral interview, and general demographic inquiries to determine a score for ranking for eligibility to be enrolled in OJT and continuing education.

38. Plaintiff Percy and the Class he represents are entitled to injunctive relief as demanded and actual damages for lost wages, for lost opportunity and compensation as money damages for the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to compensation as money damages to be determined at trial in this litigation.

39. The members of the Percy Class have been and are ready, willing and able to work, persistently wanting to work, but have been constantly deprived and denied work, damaging the members of the Percy Class, and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial.

## AS AND FOR A SECOND CAUSE OF ACTION

40. Upon information and belief, Defendants have accepted Federal funding containing conditions of compliance with Civil Rights Act of 1964 and EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.

41. Government Agencies set forth in Complaint Case 21-cv-01421 Document #1  are charged with enforcing EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC and laws as contractual conditions to receipt of federal funds, and are therefore liable for the foregoing lost wages, lost benefits and lost opportunity to which the Percy Class is entitled as intended beneficiaries.

42. EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC seeks to implement the anti-discrimination program of the Civil Rights Act of 1964. Section 2 02(1) of the Order provides: "The contractor will take affirmative action to ensure equal employment opportunity. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship", 30 Fed. Reg. 12, 319 (1965), the "color blind" approach envisioned in EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, §202(1) of EO 11246, 30 Fed. Reg. 12, 319(1965), provides that: The contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship.

43. The necessary elements of a prima facie cause of action for violation of 42 U.S.C. §2000e-2 exists, depriving rights thereunder, secured to the Percy Class as the Complaining Party by the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§ 1981, 1983, 1985, and such employer has breached contractual conditions requiring compliance with EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC).

44. The Employer Defendants and the Class of Defendant Employers have ignored the mandate of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, as well as several other federal regulations specifically identified in the contract, causing and continuing to cause disparate impact discrimination that these statutes, orders, and regulations were designed to remedy.

45. Plaintiff Percy and the Class he represents are entitled to injunctive relief and actual damages for lost wages, for lost opportunity and compensation as money damages for the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to  compensation as money damages to be determined at trial in this litigation.

## RELIEF

Plaintiffs collectively pray that this Court:

On the First Cause of Action, injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice, have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice, and damages must be stopped and rectified;

On the Second Cause of Action, award Plaintiffs actual damages for lost wages and benefits and lost opportunity damages to the Percy Class and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial;

Award Plaintiffs liquidated damages to be determined;

Award Plaintiffs pre- and post-judgment interest at the statutory rate;

Award Plaintiffs attorneys' fees, expert fees, costs, and disbursements;

Award Plaintiffs further and additional relief as this Court deems just and proper; and

Treating this as a Private Attorney General Action under 42 U.S.C. 1988 insofar as may be necessary to provide the relief requested in this Complaint together with reimbursement of attorney fees, expert fees, costs and disbursements;

All together with such other and further relief as shall seem just and proper under the circumstances.

**Pursuant to Fed. R. Civ. P. 39, demand is made for trial by jury on all the issues so triable.**

Dated: April 13, 2021

KERNAN PROFESSIONAL GROUP, LLP

James M. Kernan, Esq., of Counsel
Bar Role # JK1242

26 Broadway, 19th Floor,
New York, New York 10004
Phone:(212) 697-9084
Fax (212) 656-1213
jkernan@kernanllp.com